# UNITED STATES DISTRICT COURT
for the

District of Colorado

| | |
|---|---|
| United States of America<br>v.<br><br>Leonard L. Luton<br><br>*Defendant(s)* | )<br>)<br>)  Case No.  19-mj-00025-NRN<br>)<br>)<br>) |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief:

On or about the date(s) of __January 22, 2019__, in the county of __Larimer__ in the _____ District of __Colorado__, the defendant (s) violated:

*Code Section*                                 *Offense Description*

18 U.S.C. 1349               Attempt and Conspiracy to Commit Mail Fraud (18 U.S.C. 1341)

This criminal complaint is based on these facts:

See Affidavit attached hereto and herein incorporated by reference.

**X** Continued on attached sheet.

                                                   *s/Kevin P. Hoyland*
                                                   *Complainant's signature*

                                                   Kevin P. Hoyland, FBI Special Agent
                                                   *Printed name and title*

Sworn to before me and: ☐ signed in my presence.
       x☒ submitted, attested to, and acknowledged by reliable electronic means.

Date: 01/31/2019

                                                   *Judge's signature*

City and state: Denver, Colorado            Magistrate Judge N. Reid Neureiter
                                                           *Printed name and title*