AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the

District of Colorado

| United States of America | ) | | |
|---|---|---|---|
| v. | ) | | |
|  | ) | Case No. | 19-mj-00025-NRN |
| Leonard L. Luton | ) | | |
| *Defendant* | ) | | |

**ARREST WARRANT**

TO: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay *(name of person to be arrested)* Leonard L. Luton, who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   **X** Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. 1349, Attempt and Conspiracy to Commit Mail Fraud (18 U.S.C. 1341)

Date: 01/31/2019

City and state: Denver, Colorado

*Issuing officer's signature*: N. Reid Neureiter

Magistrate Judge N. Reid Neureiter
*Printed name and title*

**Return**

This warrant was received on *(date)* _____, and the person was arrested on *(date)* _____
at *(city and state)* _____.

Date: _____

*Arresting officer's signature*

*Printed name and title*