<u>DEFENDANT</u>: Leonard L. Luton

<u>YOB</u>:  1976

<u>ADDRESS</u> (CITY/STATE): Brooklyn, NY

COMPLAINT FILED?        __X__ Yes        _____ No

If Yes, MAGISTRATE CASE NUMBER   __19-mj-00025-NRN__

HAS DEFENDANT BEEN ARRESTED ON COMPLAINT?   __X__ Yes   __ No
    If No, a new warrant is required

<u>OFFENSE(S)</u>:       Aiding and Abetting Mail Fraud, 18 U.S.C. §§ 1341 and 2

<u>LOCATION OF OFFENSE</u> (COUNTY/STATE): Larimer County, CO

<u>PENALTY</u>:   NMT 20 years in prison, NMT $250,000 fine, or twice the financial gain or loss from the offense, whichever is greater, or both imprisonment and a fine; NMT 3 years of supervised release; $100 special assessment

<u>AGENT</u>: Kevin P. Hoyland

<u>AUTHORIZED BY</u>:  Martha A. Paluch
                    Assistant U.S. Attorney

<u>ESTIMATED TIME OF TRIAL</u>:

____ five days or less      __X__ over five days      _____ other

<u>THE GOVERNMENT</u>

__X__ will seek detention in this case        _____ will **not** seek detention in this case

The statutory presumption of detention **is not** applicable to this defendant.

OCDETF CASE:      _____ Yes    __X__      No