**Date Printed: 03/14/2019**

**People Of The State Of Colorado Vs. Luton, Leonard L - 2019CR225 - Larimer County**

| Summary | | |
|---|---|---|
| **Case #:** 2019CR225 (District) | **Location:** Larimer County | **Date Filed:** 2019-01-23 |
| **Case Status:** Closed; | **Date Case Closed:** 2019-03-14 | **Date of Speedy Trial:** N/A |
| **Case Type:** Theft | **Appealed:** N | **E-Filed:** N |
| **Judge or Magistrate:** Gregory M Lammons | **Division:** 5B | **Bar Number:** 26139 |
| **Related Cases:** N/A | | |

| Participants | | |
|---|---|---|
| **Party Type:** Defendant | **Person Status:** Not Applicable | |
| **Name:** Luton, Leonard L | **Addresses & Phone Numbers** | **Attorneys** |
| **Birthdate:** 1976-04-21<br>**Gender:** M<br>**Race:** B<br>**Drivers License:** NY 317696107 C<br>**StateID:** 3608251 | Active Address<br>1307 Pacific St 60<br>Brooklynn NY 11216 | **Attorney Role:** Deputy Public Defender<br>**Attorney Name:** Crowgey, Erin Patricia<br>**Attorney Bar #:** 43460<br>**Primary Attorney:** No<br><br>**Attorney Role:** Alternate Defense Counsel<br>**Attorney Name:** Schwartz, Jeffrey Martin<br>**Attorney Bar #:** 34913<br>**Primary Attorney:** Yes |
| **Party Type:** Impartial | **Person Status:** Active | |
| **Name:** Non-party, | **Addresses & Phone Numbers** | **Attorneys** |
| **Birthdate:**<br>**Gender:**<br>**Race:**<br>**Drivers License:**<br>**StateID:** | | |
| **Party Type:** The People of the State of CO | **Person Status:** Not Applicable | |
| **Name:** The People Of The State Of Colorado, | **Addresses & Phone Numbers** | **Attorneys** |
| **Birthdate:**<br>**Gender:**<br>**Race:**<br>**Drivers License:**<br>**StateID:** | | **Attorney Role:** Deputy District Attorney<br>**Attorney Name:** Mangione, Michael<br>**Attorney Bar #:** 45676<br>**Primary Attorney:** No<br><br>**Attorney Role:** Deputy District Attorney |

|  |  | **Attorney Name:** Starks, William Everett<br>**Attorney Bar #:** 9973<br>**Primary Attorney:** No<br><br>**Attorney Role:** Deputy District Attorney<br>**Attorney Name:** Duhon, Amanda Jo<br>**Attorney Bar #:** 42468<br>**Primary Attorney:** No |
|---|---|---|
| **Party Type:** Victim | **Person Status:** Not Applicable | |
| **Name:** Olson, Sandra | **Addresses & Phone Numbers** | **Attorneys** |
| **Birthdate:** 1938-11-27<br>**Gender:** F<br>**Race:** H<br>**Drivers License:**<br>**StateID:** | | |
| **Party Type:** Victim | **Person Status:** Not Applicable | |
| **Name:** Olson, Sandra | **Addresses & Phone Numbers** | **Attorneys** |
| **Birthdate:** 1938-11-27<br>**Gender:** F<br>**Race:** O<br>**Drivers License:**<br>**StateID:** | Active Address<br>450 Chapin Lane<br>Estes Park CO 80517<br><br>Home : (970) 6312554 | |
| **Party Type:** Victim | **Person Status:** Not Applicable | |
| **Name:** Olson, Mike | **Addresses & Phone Numbers** | **Attorneys** |
| **Birthdate:**<br>**Gender:** U<br>**Race:** O<br>**Drivers License:**<br>**StateID:** | Active Address<br>Regarding Sandra Olson<br>Visonconstructioninc@msn.com<br><br>Cellular : (303) 5918633 | |

| **Charges / Dispositions** | | | |
|---|---|---|---|
| **Arresting Agency** | | | |
| **Arresting Agency:** Estes Park Police Dept | | **Arrest Date:** 2019-01-22 | **Arrest Time:** |
| **Ticket/Summons Number:** | | **Arrest Number:** A19000935 | **Case Number:** 18-1545 |
| **Arrest Charges** | | | |
| **Charge Number:** 1 | **Charge:** Theft-$20,000-$100,000 | | **Status:** Arrest Only Charge |
| **Offense Date From:** 2018-11-05 | **Offense Date To:** 2018-11-05 | **Offense Time:** | |
| **Class:** F4 (Class 4 Felony) | **BAC:** 0.000 | **Statute:** 18-4-401(1),(2)(h) | |
| **Charge Number:** 2 | **Charge:** At-risk-theft From The Person-csp | | **Status:** Arrest Only Charge |

| Offense Date From: 2018-11-05 | Offense Date To: 2018-11-05 | Offense Time: |
|---|---|---|
| Class: F4 (Class 4 Felony) | BAC: 0.000 | Statute: 18-6.5-103(5);18-4-401(1),(5) |

| Final Disposition on Charges | | |
|---|---|---|
| Charge Number: 1 | Charge: Theft-$1,000,000 Or More | Status: Dismissed |
| Offense Date From: 2018-02-20 | Offense Date To: 2018-11-05 | Offense Time: |
| Class: F2 (Class 2 Felony) | BAC: 0.000 | Statute: 18-4-401(1),(2)(j) |
| Disposition Date: 2019-03-14 | Disposition: Dismissed by DA | |
| Charge Number: 2 | Charge: At-risk-theft-$500/more | Status: Dismissed |
| Offense Date From: 2018-02-20 | Offense Date To: 2018-11-05 | Offense Time: |
| Class: F3 (Class 3 Felony) | BAC: 0.000 | Statute: 18-6.5-103(5);18-4-401(1) |
| Disposition Date: 2019-03-14 | Disposition: Dismissed by DA | |

| Hearings/Trials | | | | | |
|---|---|---|---|---|---|
| Date | Time | Room # | Type/Note | Status | Judge/Bar Number |
| 2019-03-14 | 09:00 AM | 5B | Status Conference | Hearing Held | Gregory M Lammons (26139) |
| 2019-02-21 | 01:30 PM | 5B | Disposition Hearing NOTE: HBND | Vacated | Gregory M Lammons (26139) |
| 2019-01-31 | 08:15 AM | 5B | First Appearance | Hearing Held | Gregory M Lammons (26139) |
| 2019-01-23 | 01:30 PM | 1A | Hearing on Advisement NOTE: IN CUSTODY/VRA | Hearing Held | Kandace Bradner Majoros (41099) |

| Other Case Activities | | |
|---|---|---|
| Date | Code | Details/Notes |
| 2019-03-14 | CLDM | Case Closed-case Dismissed |
| 2019-03-14 | MINC | Minute Order (print) Lammons/miller Digital Recording 905 Comes For Stat Aty Jeff Schwartz Appears For Def - Who Is In Federal Custody; Dda Amanda Duhon Court Grants Peoples Motion To Dismiss Case Closed /amm |
| 2019-03-14 | MROV | Mandatory Protection Ord Vacat |
| 2019-03-12 | MOTN | Motion PPL1/ The People Of The State Of Colorado, Motion To Dismiss Case 7f58bf58e8658 |

| 2019-03-12 | PORD | Proposed Order<br>PPL1/ The People Of The State Of Colorado,<br>Order To Dismiss Case 7f58bf58e8658 |
|---|---|---|
| 2019-03-04 | FOTH | Filing Other<br>PPL1/ The People Of The State Of Colorado,<br>Victim Impact Statement 754ef3da472df |
| 2019-02-21 | MINC | Minute Order (print)<br>Lammons/miller Digital Recording 139<br>Comes For Disp/hbnd<br>Aty Jeff Schwartz Appears For Def Who Is Not Present; Dda Amanda Duhon<br>Atd Addresses Court And Advises Def Is In Federal Custody<br>Dda Request To Set Court Date After March 6 - Def To Be Indicted Around That<br>Time<br>Matter Is Set For Stat On March 14 2019 At 900am /amm |
| 2019-02-04 | ENTR | Entry Of Appearance<br>DEF1/ Luton, Leonard L<br>Entry Of Appearance 97a24968c47d8 |
| 2019-01-31 | MINC | Minute Order (print)<br>Lammons/miller Digital Recording 827<br>Comes For Fapp<br>Def Appears In Custody; Dda Amanda Duhon<br>Court Advises Def Of Charges And Inquires About Representation<br>Def Request Public Defender<br>Without Objection Court Appoints Pd - There Is A Conflict, Adc To Be Appointed<br>Recalled 859<br>Aty Jeff Schwartz Appears And Accepts Appointment<br>Matter Is Set For Disp/hbnd On February 21 2019 At 130pm<br>Def Waives 35 Day Prel /amm |
| 2019-01-31 | MOTN | Motion<br>DEF1/ Luton, Leonard L<br>Motion For Appointment Of Counsel Fcbd3129a93c7 |
| 2019-01-31 | ORDR | Order<br>Order Re: Adc |
| 2019-01-28 | FCMP | Felony Complaint Filed<br>PPL1/ The People Of The State Of Colorado,<br>Complaint And Information D5fb19b49b5c3 |
| 2019-01-28 | FOTH | Filing Other<br>PPL1/ The People Of The State Of Colorado,<br>Defendant Information D5fb19b49b5c3 |
| 2019-01-28 | NOTC | Notice Filed<br>PPL1/ The People Of The State Of Colorado,<br>Notice Regarding Discoverable Material 9736b961b7cad |
| 2019-01-23 | ASWA | Affi In Suppt-warrantless Arr<br>PPL1/ The People Of The State Of Colorado,<br>Affidavit In Support Of Warrantless Arrest ***sealed*** 01 23 19 Affidavit Sealed Per Magistrate Majoros |
| 2019-01-23 | FOTH | Filing Other<br>IMP1/ Non-party,<br>Bond Application |
| 2019-01-23 | MINC | Minute Order (print)<br>Dig Rec: 2:18pm<br>Judge: Majoros Dda: Little Pd: Conflict Adc: J Schwartz For Bond Purposes Only<br>Def Advised Via Video, Def Given Copy Of Protection Order At Lcdc<br>Bond Amt: $450,000 Cash/surety<br>Conditions: Std Cond, Intsv Pt Supv, Remain Law Abiding, May Not Leave |

| | | |
|---|---|---|
| | | State<br>Nco With Vic, Remain 100 Yards From Vic And Vic Residence<br>Returnable: 01 31 19 815am Ctrm 5b<br>Def Remanded /srp<br>***affidavit Sealed*** /srp |
| 2019-01-23 | MROG | Mandatory Protection Ord Grntd; Expiration Date: 2021-01-23<br>DEF1/ Luton, Leonard L<br>VIC1/ Olson, Sandra<br>MROG<br>Shall not harrass, injure, molest, intimidate, threaten, retaliate against or tamper with any witness to or victim of the acts you are charged with committing<br>Shall refrain from contacting or directly or indirectly communicating with the victim(s)<br>It Is Further Ordered Remain 100 Yrds From Vic And Vics Residence At All Tim<br>Es Order A Cond Of Bond |
| 2019-01-23 | ORDR | Order<br>Ruling: Probable Cause Found, Document Title: Order: Affidavit In Support Of<br>Warrantless Arrest |
| 2019-01-23 | ORDR | Order<br>Signed Mro |
| 2019-01-23 | RSPO | Return Of Service Protect Ordr; Expiration Date: 2021-01-23 |

**Judgments**

No Judgments Information

**Bonds**

| **Bond Status Date:** 2019-03-14 | **Bond Status:** Bond Vacated | |
|---|---|---|
| **Set Date:** 2019-01-23 | **Set Amount:** 450000.00 | **Set Type:** Cash or Surety |
| **Adjusted Date:** | **Adjusted Amount:** 0.00 | |
| **Post Date:** | **Post Amount:** 0.00 | **Post Type:** |
| **Condition(s):** STD COND INTSV PT SUPV REMAIN LAW ABIDNG MAY NOT LEAVE STATE COMPLY W NCO | | |

**Financial Summary**

No Financial Information