IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No.  19-cr-00098-CMA

UNITED STATES OF AMERICA,

   Plaintiff,

v.

1. LEONARD LUTON, and
2. RAJAY DOBSON,

   Defendants.

## SUPERSEDING INDICTMENT

The Grand Jury charges:

## COUNT 1
### Attempt and Conspiracy

1. From in or about February 2018, through January 22, 2019, in the State and District of Colorado and elsewhere, the defendants LEONARD LUTON and RAJAY DOBSON, did knowingly combine, conspire, confederate, and agree with each other and with other persons known and unknown to the Grand Jury, to commit the offense of mail fraud in violation of Title 18, United States Code, Section 1341.

**I.    Purpose of the Conspiracy**

2. The purpose of the conspiracy was to defraud victim S.O., an 80-year-old Colorado resident, whose identity is known to the Grand Jury, by convincing S.O. that she had won a lottery and needed to make certain payments in order to collect the winnings.

1

## II. Manner and Means of the Conspiracy

3. Acting interdependently, the conspirators carried out the conspiracy using the following manner and means:

a. LEONARD LUTON and RAJAY DOBSON contacted and caused to be contacted S.O. by mailing her a flyer falsely and fraudulently indicating she won $2,800,000 from a lottery drawing in Spain. The flyer informed S.O. that she was required to remit 5% of the total amount of the winnings to a promotional company in order to receive her winnings.

b. LEONARD LUTON and RAJAY DOBSON contacted and caused to be contacted S.O. by telephone. One of the individuals who called S.O. identified himself as Frank White.

c. White directed S.O. to make the payments she owed in various ways, to include mailing via private and commercial interstate carriers, such as the United Parcel Service (UPS) and Federal Express (FedEx), cashier's checks and packages containing cash.

d. White also directed S.O. to purchase and mail iPhones to addresses to which LEONARD LUTON had access.

e. White directed S.O. to mail cashier's checks and packages of cash to addresses to which LEONARD LUTON and his associates had access.

f. Specifically, White directed S.O. to mail some of the cashier's checks to S.P. in Michigan. Once deposited, S.P. was directed to obtain cashier's checks made payable to Defendant LEONARD LUTON.

      g.      White also directed S.O. to mail two cashier's checks each in the amount of $15,000 to L.W. in Connecticut.

      h.      LEONARD LUTON, RAJAY DOBSON and others communicated with each other via text messages and other messaging services about the addresses where certain of S.O.'s packages would arrive and the tracking numbers associated with those mailings.

      i.      White directed S.O. to wire funds to S.P. in Michigan.

      j.      LEONARD LUTON directed others to wire funds to Jamaica.

      k.      White directed S.O. to hand over $65,000 in cash to a person who came to her home in Colorado, which she did.

      l.      White also directed S.O. to hand over approximately $39,000 in cash to a person who came to her home in Colorado.

      m.      Through this lottery scheme, Defendants LEONARD LUTON and RAJAY DOBSON defrauded S.O. out of over $700,000.

All in violation of Title 18, United States Code, Section 1349.

## COUNTS 2 -10
### Aiding and Abetting Mail Fraud

4.      The Grand Jury re-alleges and incorporates Paragraph 3(a) through (m) of this Superseding Indictment.

5.      From in or about February, 2018, through January 22, 2019, in the State and District of Colorado and elsewhere, the defendants LEONARD LUTON and RAJAY DOBSON, devised and intended to devise, a scheme and artifice to defraud victim S.O., and to obtain property, to wit, United States currency and iPhones, by means of false and fraudulent pretenses, representations, and promises.

3

6. On or about the dates listed below for each count, in the State and District of Colorado, LEONARD LUTON and RAJAY DOBSON, for the purpose of executing the lottery scheme described above, knowingly caused and aided and abetted another who knowingly caused to be delivered by private and commercial interstate carriers, cashier's checks, cash, and iPhones, according to the direction thereon, as identified below:

| Count | Date (on or about) | Description of Mailing |
|---|---|---|
| 2 | March 29, 2018 | $9,095.75 mailed to S.P. in Grandville, MI |
| 3 | April 3, 2018 | $9,095.75 mailed to S.P. in Grandville, MI |
| 4 | April 16, 2018 | $45,000 mailed to S.P. in Grandville, MI |
| 5 | July 27, 2018 | $20,000 mailed to Frank White in Jamaica, NY |
| 6 | September 6, 2018 | $15,000 mailed to M.W. in Toms River, NJ |
| 7 | September 25, 2018 | $20,000 mailed to J.A. in Toms River, NJ |
| 8 | October 22, 2018 | Two iPhones mailed to J.A. in Brooklyn, NY |
| 9 | October 30, 2018 | Two iPhones mailed to J.A. in Brooklyn, NY |
| 10 | November 7, 2018 | $15,000 mailed to T.W. in Brooklyn, NY |

All in violation of Title 18, United States Code, Sections 1341 and 2.

## FORFEITURE

7. Upon conviction of the violations alleged in Counts 1 through 10 of this Indictment, in violation of Title 18, United States Code, Sections 1341, 1349, and 2, Defendants LEONARD LUTON and RAJAY DOBSON shall forfeit to the United States, pursuant to Title 18, United States Code, Section 981(a)(1)(C) and Title 28, United States Code, Section 2461(c), any and all of their right, title, and interest in all property constituting and derived from any proceeds they obtained directly and indirectly as a result of such scheme, including, but not limited to:

8. The entry of a money judgment in the amount of proceeds obtained by the scheme and by the defendants.

9. If any of the property described in paragraph 8 above, as a result of any act or omission of Defendants LEONARD LUTON or RAJAY DOBSON:

    a)    cannot be located upon the exercise of due diligence;

    b)    has been transferred or sold to, or deposited with, a third party;

    c)    has been placed beyond the jurisdiction of the Court;

    d)    has been substantially diminished in value; or

    e)    has been commingled with other property which cannot be subdivided without difficulty;

it is the intent of the United States, pursuant to Title 28, United States Code, Section

2461(c), incorporating Title 21, United States Code, Section 853(p), to seek forfeiture of any other property of Defendants LEONARD LUTON and RAJAY DOBSON up to the value of the forfeitable property.

                                                       A TRUE BILL

                                          <u>Ink signature on file in Clerk's Office</u>
                                          Foreperson

JASON R. DUNN
UNITED STATES ATTORNEY

*s/ Martha A. Paluch*
MARTHA A. PALUCH

*s/Sarah H. Weiss*
SARAH H. WEISS
Assistant U.S. Attorneys
1801 California Street, Suite 1600
Denver, CO  80202
(303) 454-0100
Martha.paluch@usdoj.gov
Sarah.weiss@usdoj.gov
Attorneys for the Government