DEFENDANT: Rajay Dobson

YOB:  1990

ADDRESS (CITY/STATE): Spanish Town, Kingston, Jamaica

OFFENSE(S):　　　Count 1:  Conspiracy to Commit Mail Fraud, 18 U.S.C. § 1349

　　　　　　　　　Counts 2- 10:  Aiding and Abetting Mail Fraud
　　　　　　　　　　18 U.S.C. §§ 1341 and 2

COMPLAINT FILED?　___X___ YES　__NO  19-mj-00136-MEH


LOCATION OF OFFENSE (COUNTY/STATE): Larimer County, CO

PENALTY:　　Count 1: NMT 20 years in prison, NMT $250,000 fine, or twice the
　　　　　　　financial gain or loss from the offense, whichever is greater, or both
　　　　　　　imprisonment and a fine; NMT 3 years of supervised release; $100 special
　　　　　　　assessment

　　　　　　　Counts 2- 10:  NMT 20 years in prison, NMT $250,000 fine, or twice the
　　　　　　　financial gain or loss from the offense, whichever is greater, or both
　　　　　　　imprisonment and a fine; NMT 3 years of supervised release; $100 special
　　　　　　　assessment


AGENTS: FBI Special Agents Kevin P. Hoyland and Amy L. Howard

AUTHORIZED BY:  Martha A. Paluch
　　　　　　　　　Sarah H. Weiss
　　　　　　　　　Assistant U.S. Attorneys

ESTIMATED TIME OF TRIAL:

__ __ five days or less 　___X___ over five days 　_____ other

THE GOVERNMENT

__ X__ will seek detention in this case 　_____ will **not** seek detention in this case

The statutory presumption of detention **is not** applicable to this defendant.

OCDETF CASE:　_____ Yes 　__X____ 　　No