IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

CASE NO. 19-cr-00098-CMA-1

UNITED STATES OF AMERICA,

        Plaintiff,

v.

LEONARD LUTON,

        Defendant.

---

**MOTION TO WITHDRAW AS COUNSEL
AND REQUEST FOR TERMINATION OF ELECTRONIC SERVICE**

---

The Officer of the Federal Public Defender, through Laura Suelau and Kelly Christl, Assistant Federal Public Defenders, move to withdraw as appointed counsel for the defendant, Leonard Luton, and requests termination of electronic service in the above-captioned case.

Mr. Luton has retained private counsel, Mark Scabavea, who entered his appearance on September 13, 2019.  Doc. 62.

//

//

//

//

//

//

//

Wherefore, the undersigned respectfully moves this Court for an Order allowing the Office of the Federal Public Defender to withdraw as appointed counsel for Leonard Luton, and termination of electronic service in this case.

> Respectfully submitted,
>
> VIRGINIA L. GRADY
> Federal Public Defender
>
>
> s/Laura Suelau
> LAURA SUELAU
> Assistant Federal Public Defender
>
>
> s/Kelly Christl
> KELLY CHRISTL
> Assistant Federal Public Defenders
> 633 17th Street, Suite 1000
> Denver, CO  80202
> Telephone:  (303) 294-7002
> FAX:  (303) 294-1192
> laura.suelau@fd.org
> kelly.christle@fd.org
> Attorneys for Defendant

**CERTIFICATE OF SERVICE**

   I hereby certify that on September 16, 2019, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following e-mail addresses:

  Martha Paluch, AUSA
  Martha.paluch@usdoj.gov

and I hereby certify that I have mailed or served the document or paper to the following non CM/ECF participant in the manner (mail, hand-delivery, etc.) indicated by the non-participant's name:

  Leonard Luton (U.S. Mail)
  Reg. No. 45133-013
  c/o Federal Detention Center

            s/Laura Suelau
            LAURA SUELAU
            Assistant Federal Public Defender
            633 17th Street, Suite 1000
            Denver, CO  80202
            Telephone:  (303) 294-7002
            FAX:  (303) 294-1192
            laura.suelau@fd.org
            Attorney for Defendant