**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Christine M. Arguello**

Criminal Action No. 19-cr-00098-CMA-01

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. LEONARD LUTON,

    Defendant.

---

**ORDER GRANTING UNOPPOSED MOTION TO VACATE NOVEMBER 4, 2019 TRIAL DATE, VACATE ALL TRIAL-RELATED DEADLINES, AND EXCLUDE 30 DAYS FROM THE SPEEDY TRIAL CLOCK**

---

This matter is before the Court on Defendant Leonard Luton's Unopposed Motion to Vacate November 4, 2019 Trial Date, All Trial-Related Deadlines, and Exclude 30 Days from the Speedy Trial Clock (Doc. # 65). The Court has reviewed the Motion, the case file, and the reasons set forth in the Motion, specifically:

- New defense counsel was recently retained and entered his appearance on September 13, 2019 (Doc. # 62);

- defense counsel needs additional time to review discovery, some of which is still being provided to defense counsel (Doc. # 65 at 1–2);

- the amount of discovery is voluminous, including 8,300 pages of investigative reports and subpoenaed records from 19 entities; extraction data from five phones amounting to 319 gigabytes of data; over 350 audio calls and interview

recordings, and 10 terabytes of data within seized media devices, such as laptops and thumb drives recovered from Defendant Luton's vehicles (*id.* at 1–2);

- defense counsel needs additional time to review and analyze such discovery to adequately prepare pretrial motions and defense strategy (*id.* at 4);
- defense counsel needs additional time to discuss such discovery, pretrial motions, and defense strategy with Defendant Luton in order to adequately prepare for and set trial (*id.*); and
- The Government does not oppose the Motion (*id.*).

Upon review, the Court finds pursuant to 18 U.S.C. § 3161(h)(7)(A) that the ends of justice served by granting the Motion outweigh the best interests of the public and Mr. Luton in a speedy trial. It is, therefore,

ORDERED that Defendant Luton's Unopposed Motion to Vacate November 4, 2019 Trial Date, All Trial-Related Deadlines, and Exclude 30 Days from the Speedy Trial Clock (Doc. # 65) is GRANTED, and the Court hereby grants an ends of justice continuance in this case for Defendant Luton of <u>30 days, which shall be excluded from the speedy trial clock, which currently stands at **December 17, 2019**</u> as a result of the Court's previous Order, dated July 18, 2019 (Doc. # 50). It is

FURTHER ORDERED that a Status Conference is SET for **October 24, 2019, at 3:00 PM**. It is

FURTHER ORDERED that the Final Trial Preparation Conference/Change of Plea Hearing set for **October 24, 2019, at 3:00 PM**, and the **five-day** Jury Trial set for **November 4, 2019**, are VACATED. It is

FURTHER ORDERED that all trial-related deadlines, including the pretrial motion and response deadlines, are VACATED.

DATED: September 24, 2019

BY THE COURT:

_____
CHRISTINE M. ARGUELLO
United States District Judge