**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Criminal Case No. 19-cr-00098-CMA-01

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. LEONARD LUTON,

    Defendant.

---

**UNITED STATES' UNOPPOSED MOTION FOR ORDER THAT ALL SERVED TRIAL SUBPOENAS REMAIN IN EFFECT FOR THE FEBRUARY 10, 2020 TRIAL DATE**

---

On October 30, 2019, the Court granted the defendant's unopposed request for a 30-day ends of justice continuance. ECF 71. The trial in this matter is currently scheduled to commence on February 10, 2020. To date, government witnesses (to include 29 custodians of records) have been served trial subpoenas for the previously scheduled August 19, 2019 and November 4, 2019 trial dates. In addition, the defendant may have served trial subpoenas to certain of his witnesses as well.

To avoid expending additional resources to serve all witnesses with a third subpoena reflecting the February 10, 2020 trial date, the government respectfully requests that the Court issue an order directing that all trial subpoenas previously served in this matter, by the government and by the defense, remain in effect for the newly scheduled February 10, 2010 trial date.

Undersigned counsel have discussed this motion with defendant's counsel, Mr. Mark Scabavea, Esq. Mr. Scabavea has no objection to this motion.

1

Respectfully submitted this 1st day of November, 2019.

        JASON R. DUNN
        United States Attorney

        s/ *Martha A. Paluch*
        MARTHA A. PALUCH
        SARAH H. WEISS
        Assistant U.S. Attorneys
        1801 California Street, Suite 1600
        Denver, CO 80202
        Telephone 303-454-0100
        Facsimile 303-454-0402
        Email: martha.paluch@usdoj.gov
        Sarah.weiss@usdoj.gov

## CERTIFICATE OF SERVICE

      I hereby certify that on this 1st day of November, 2019, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system that will send notification of such filing to counsel of record.

      *s/Martha A. Paluch*
Martha A. Paluch
Assistant U.S. Attorney
United States Attorney's Office
1801 California Street, Suite 1600
Denver, CO  80202
(303) 454-0100
Martha.paluch@usdoj.gov