# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Criminal Case No. 19-cr-00098-CMA-01

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. LEONARD LUTON,

    Defendant.

---

## ORDER ON THE UNITED STATES' UNOPPOSED MOTION FOR ORDER THAT ALL SERVED TRIAL SUBPOENAS REMAIN IN EFFECT FOR THE FEBRUARY 10, 2020 TRIAL DATE

---

This matter comes before the Court on the United States' Unopposed Motion for Order that All Served Trial Subpoenas Remain in Effect for the February 10, 2020 Trial Date, ECF 72.

Having reviewed this motion, it is HEREBY ORDERED THAT:

All trial subpoenas previously served in this case, whether by the government or the defense, shall remain in effect for the **February 10, 2020 trial date.**

Dated this _____ day of _____, 2019.

BY THE COURT:

_____
Christine M. Arguello
United States District Court Judge