IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Christine M. Arguello

Criminal Action No. 19-cv-00098-CMA-01

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1.  LEONARD LUTON,

    Defendant.

---

**ORDER GRANTING UNITED STATES' UNOPPOSED MOTION FOR ORDER THAT ALL SERVED TRIAL SUBPOENAS REMAIN IN EFFECT FOR THE FEBRUARY 10, 2020 TRIAL DATE**

---

    This matter is before the Court on the United States' Unopposed Motion for Order that All Served Trial Subpoenas Remain in Effect for the February 10, 2020 Trial Date (Doc. # 72). Upon review of the Motion and pertinent record, it is

    ORDERED that United States' Unopposed Motion for Order that All Served Trial Subpoenas Remain in Effect for the February 10, 2020 Trial Date (Doc. # 72) is GRANTED. It is

    FURTHER ORDERED that any subpoenas that were served, by waiver or otherwise, on witnesses for the purpose of compelling those witnesses to attend or testify at the jury trial in Case No. 19-cr-00098-CMA-01, whether by the Government or Defendant Luton, shall be CONTINUED and remain valid, enforceable, and in effect for compelling those witnesses to attend or testify at the eight-day jury trial scheduled to

commence on February 10, 2020, at 8:30 AM in Courtroom A 602, located at the Alfred A. Arraj Courthouse, 901 19th Street, Denver, Colorado, 80294.

DATED:  November 4, 2019

BY THE COURT:

_____
CHRISTINE M. ARGUELLO
United States District Judge