# FEDERAL BUREAU OF INVESTIGATION
## CELLULAR ANALYSIS SURVEY TEAM (C.A.S.T.)

 

## Historical Cellular Analysis

**Target Phone Numbers:**

347-633-8544 (Luton – T-Mobile)

Court Case: 19-cr-00098-CMA

FBI Case: 92U-DN-3025524

Date: 12/16/19

**Special Agent Kevin P. Hoyland**
Cellular Analysis Survey Team (C.A.S.T.)
FBI - Denver Division, Fort Collins Resident Agency

Intellectual Property of the FBI Cellular Analysis Survey Team. Reproduction in Whole or in Part is Prohibited.

EXP_00000493

# Investigative Information



1.  **INVESTIGATIVE  INFORMATION:** On 01/22/2019, Leonard Luton was arrested outside the home of Sandra Olson, an Estes Park, CO resident. Estes Park Police Department (EPPD) identified Luton as a suspect in an ongoing fraud investigation worked jointly with the Federal Bureau of Investigation (FBI) Denver Division. During an interview, Luton confirmed his cellular phone number was 347-633-8544 (target cell phone). EPPD subsequently obtained a search warrant for the cellular records for this phone number for further analysis.

2.  **PURPOSE OF ANALYSIS:** The FBI's Cellular Analysis Survey Team (C.A.S.T.) was requested to conduct cellular analysis of the call detail records of the phone relevant to the investigation. Specifically, C.A.S.T. National Asset FBI Special Agent Kevin Hoyland analyzed the cell sites used during voice calls and text messages, to show the phone's general locations around the times of interest to the investigation.

3.  **METHODOLOGY:** Cell phone companies maintain databases that capture and store information related to the usage of each customer's cellular phone. These databases generate call detail records (CDRs). The CDRs document the network interactions to and from the cell phone, to include the date, time, duration, number called, and calling number. Additionally, the CDRs capture the cell tower and cell sector ("cell site") which served the cell phone when contact was initiated with the network. An analysis was performed on the CDRs obtained for the target cell phone. Used in conjunction, the call detail records and a list of cell site locations illustrate a general location of the target cell phone when it initiated contact with the network.

_NOTE_: All times listed herein are in the local time zone to the area represented, unless otherwise noted.

Intellectual Property of the FBI Cellular Analysis Survey Team. Reproduction in Whole or in Part is Prohibited.

2

EXP_00000494

# Basic Principles Utilized
# In Call Detail Record Analysis



### TECHNOLOGY:

- Cell phones are RADIOS that use RADIO FREQUENCIES (RF) to communicate.
- Cell phones (when "on") constantly scan their environment looking for the strongest, cleanest signal from the tower.
- The strongest, cleanest signal generally comes from the tower that is CLOSEST to the phone or the tower with the best line of sight.
- The tower with the strongest, cleanest signal is the one the handset will use for service. This is the serving cell and will be used to make and receive calls.
- The phone "sees" other towers around the serving cell and will constantly measure those signal strengths. However, the phone will not randomly reselect to an adjacent tower unless the tower is on its "neighbor list" which is controlled by the network service provider. This allows the network to accurately manage and control their subscribers.
- As the phone moves, it will choose a new serving cell based on signal strength and neighbor list. If this occurs while the phone is in a call, the phone will "handoff" the call to the next cell site/sector. Therefore, some service providers show a "beginning cell site" (call originated) and an "ending cell site" (call ended) in their records.

### CELL SITES AND SECTORS:

- Cell towers (also known as CELL SITES or BASE TRANSCEIVER STATIONS) come in all shapes and sizes and can be located anywhere (church steeples, water towers, sides of buildings, etc.).
- A typical cell tower has THREE, 120° sectors, positioned for the best 360° coverage. The service provider sometimes labels the sectors numerically; such as 1, 2, 3, or Alpha, Beta, Gamma.
- It is important to note that each cell site has its own unique identifier, which is used to identify towers the phone uses and is like a fingerprint on the network.
- The location of a cell tower is often determined by sales/marketing, capacity, improvement of coverage, or expansion/growth of a service provider. Generally there are more towers with overlapping coverage in urban areas and less towers (less coverage) in rural areas.
- Antennas on cell towers have a downward tilt and are pointed towards the earth. The antenna arrays are fine-tuned to provide a specific area of coverage. As RF travels away from the tower, its strength diminishes with distance.

Intellectual Property of the FBI Cellular Analysis Survey Team. Reproduction in Whole or in Part is Prohibited.

3

EXP_00000495

# Sector Orientations:
## Each Cell Site Orientation May Vary



- **Orientation (or direction) is provided in degrees of a compass and corresponds to times on a clock, with 12:00 o'clock being North**

- **Every hour on the clock is equal to 30 degrees**

- **If the orientation points at 0 degrees or 12:00 o'clock, the coverage can be approximated to be 60 degrees in either direction**

- **Likewise, for the remaining sectors**

Intellectual Property of the FBI Cellular Analysis Survey Team. Reproduction in Whole or in Part is Prohibited.

4

EXP_00000496

# Cell Site Depictions



- Cell sectors illustrated on the following maps use this symbol to demonstrate the direction in which the antennas on the cell towers are orientated:



- The shaded area in the illustration shows the primary <u>DIRECTION</u> the radio frequencies (RF) travel from the antennas (see red arrows). The shaded area DOES NOT depict the actual RF footprint or coverage area of the particular sector.



SHADED AREA

- These symbols illustrate the cell sites and sectors used during a connection with the cellular network and reflect the general area where the cellular telephones were located at that time.

Intellectual Property of the FBI Cellular Analysis Survey Team. Reproduction in Whole or in Part is Prohibited.

5

EXP_00000497

# T-Mobile Call Detail Records (CDR) Explanation



| Date | Time | Duration | Call Type | Direction | Calling Number | Called Number | IMSI | IMEI | 1st LTE Site ID | 1st LTE Sector ID | 1st LAC | 1st Cell ID | 1st Tower Azimuth | 1st Tower LAT | 1st Tower LONG |
|------|------|----------|-----------|-----------|----------------|---------------|------|------|-----------------|-------------------|---------|-------------|-------------------|---------------|----------------|
| 08/04/2016 | 21:16:13 | 60 | mSTerminatingSMSinMSC | Incoming | 1303347XXXX | 1720481XXXX | 31026047283XXXX | 351501085483000 | 21901 | 3 | | | 220 | 39.696442 | -104.89513 |
| 08/04/2016 | 21:16:18 | 60 | mSTerminatingSMSinMSC | Incoming | 1303347XXXX | 1720481XXXX | 31026047283XXXX | 351501085483000 | 21901 | 3 | | | 220 | 39.696442 | -104.89513 |
| 08/04/2016 | 21:16:25 | 60 | mSTerminatingSMSinMSC | Incoming | 1303347XXXX | 1720481XXXX | 31026047283XXXX | 351501085483000 | | | 11094 | 12853 | 220 | 39.696442 | -104.89513 |
| 08/04/2016 | 21:18:27 | 42 | moc | Outgoing | 1720481XXXX | 970695XXXX | 31026047283XXXX | 351501085483000 | 21901 | 13 | | | 220 | 39.696442 | -104.89513 |
| 08/05/2016 | 06:03:23 | 135 | mSOriginating | Incoming | 1303347XXXX | 1720481XXXX | 31026047283XXXX | 351501085483000 | 21942 | 1 | | | | 39.689862 | -104.865347 |

Date, Time in UTC

Duration of the call

Call Type and Direction

Number called (incoming calls show customer number)

Cell Site Identifiers for 2G/3G Calls and Texts

Cell Site Identifiers for 4G Calls and Texts

Orientation/Direction

Subscriber number/ identifier

Number placing the call (outgoing calls show customer number)

Latitude and Longitude of Serving Tower

Note: CDR columns consolidated for display purposes

Phone equipment identifier

Intellectual Property of the FBI Cellular Analysis Survey Team. Reproduction in Whole or in Part is Prohibited.

6

EXP_00000498

## Leonard Luton
### Cell Phone Information



- **_Target Phone Number:_** 347-633-8544

- **_Service Provider:_** T-Mobile

- **_Subscriber Information:_** Lorna B Malone, 1307 Pacific St., Apt. 6D, Brooklyn, NY, established 11/04/2016

- **_Type of Records Being Analyzed:_** T-Mobile Call Detail Records (CDRs)

- **_Source From which Records Acquired:_** Obtained pursuant to a federal search warrant served on T-Mobile on 4/20/2018

- **_Date and Time Range Used for Analysis:_** Multiple days between 05/24/2018 through 01/22/2019

Intellectual Property of the FBI Cellular Analysis Survey Team. Reproduction in Whole or in Part is Prohibited.

7

EXP_00000499



## T-Mobile Towers Luton's Phone Utilized From 10/01/18 – 10/03/18

**Olson Residence:**
450 Chapin Lane,
Estes Park, CO

**Luton Residence:**
1307 Pacific St.,
Brooklyn, NY

**Arrived in Estes Park, CO around 1:30am on 10/03/18**

**10/02/18 @ 7:03pm**

**10/02/18 @ 11:47am**

**10/02/18 @ 05:09am**

**Left Brooklyn, NY area around 11pm on 10/01/18**

Intellectual Property of the FBI Cellular Analysis Survey Team. Reproduction in Whole or in Part is Prohibited.   8



**10/02/2018**
Luton Phone Connections

Last connection in Nebraska: Video from Luton's phone at 7:12pm (CDT)

CID 32814-1

10/02/2018
347-633-8544; 7:03:52 PM; Outgoing Call;
Voice; 3476338544; 5189613478; 320

**Lincoln Airport:**
2400 W. Adams St.,
Lincoln, NE

Intellectual Property of the FBI Cellular Analysis Survey Team. Reproduction in Whole or in Part is Prohibited.   9

EXP_00000501



**10/03/2018**
Luton Phone Connections

Received text message with Village Inn address on 10/02/2018 from Dobson

**Village Inn Restaurant:**
1225 West Eisenhower Blvd., Loveland, CO

CID 35196-12
10/03/2018
347-633-8544; 12:29:41 AM; Incoming SMS;
19293851484; 13476338544; 55

**Intellectual Property of the FBI Cellular Analysis Survey Team. Reproduction in Whole or in Part is Prohibited.**   10

EXP_00000502



**10/03/2018**
Luton Phone Connections

# All Connections with Dobson (876-308-6329)

Olson Residence:
450 Chapin Lane, Estes Park, CO

CID 31784-22
10/03/2018
347-633-8544: 1:44:32 AM; Outgoing SMS;
SMS; 3476338544; 8763086329; 120

CIDs 29517-11, 29517-1, 32091
10/03/2018
347-633-8544: 1:31:25 AM; Outgoing SMS; SMS; 3476338544; 8763086329; 280
347-633-8544: 1:33:51 AM; Outgoing SMS; SMS; 3476338544; 8763086329; 280
347-633-8544: 1:35:05 AM; Incoming Call; Voice; 8763086329; 3476338544; 280
347-633-8544: 1:45:06 AM; Incoming Call; Voice; 8763086329; 3476338544; 280

**Intellectual Property of the FBI Cellular Analysis Survey Team. Reproduction in Whole or in Part is Prohibited.**   11

EXP_00000503



**05/24/2018**
Luton Phone Connections

**Olson Package Delivered
via UPS at 9:34 a.m.**

CIDs 57247-12, 57247-11

05/24/2018
Phone number **347-633-8544** has **4** call(s)
between **12:44:55 PM** and **1:17:37 PM**
4 Outgoing Call

"Anderson" Residence:
854 Tacoma St.,
Allentown, PA

CIDs 43586-3, 43586-6, 43586-1

05/24/2018
Phone number **347-633-8544** has **12** call(s)
between **11:50:01 AM** and **4:31:39 PM**
7 Incoming Call
5 Outgoing Call

CID 43596-1

05/24/2018
Phone number **347-633-8544** has **4** call(s)
between **12:14:53 PM** and **4:37:27 PM**
1 Incoming Call - Routed to Voicemail
3 Outgoing Call

**Note:** Not all network connections
are shown during this time period.

**Intellectual Property of the FBI Cellular Analysis Survey Team. Reproduction in Whole or in Part is Prohibited.**   12

EXP_00000504



**05/25/2018**
Luton Phone Connections

**Olson Package Delivered via UPS at 10:18 a.m.**

CID 43597-3

05/25/2018
347-633-8544: 7:04:29 AM; Incoming Call;
18768523364; 13476338544; 260

**Miller Residence:**
35 N. 14th St.,
Allentown, PA

CIDs 58017-21, 58017-1

05/25/2018
Phone number 347-633-8544 has 5 call(s)
between 8:03:16 AM and 9:32:02 AM
3 Incoming Call
2 Outgoing Call

**Note:** Not all network connections are shown during this time period.

1000 m
2000 ft

Intellectual Property of the FBI Cellular Analysis Survey Team. Reproduction in Whole or in Part is Prohibited.   13



Intellectual Property of the FBI Cellular Analysis Survey Team. Reproduction in Whole or in Part is Prohibited.   14

EXP_00000506



**05/31/2018**
Luton Phone Connections

**Olson Package Delivered
via FedEx at 10:16 a.m.**

**Hosang Residence:**
172 42 Brocher Rd.,
Jamaica, NY

CID 48068-3

05/31/2018
347-633-8544; 9:44:03 AM; Incoming Call; Voice;
18764239379; 13476338544; 270

**Note:** Not all network connections
are shown during this time period.

**Intellectual Property of the FBI Cellular Analysis Survey Team. Reproduction in Whole or in Part is Prohibited.**   15

EXP_00000507



Intellectual Property of the FBI Cellular Analysis Survey Team. Reproduction in Whole or in Part is Prohibited.   16

EXP_00000508



**Intellectual Property of the FBI Cellular Analysis Survey Team. Reproduction in Whole or in Part is Prohibited.**   17

EXP_00000509





**Intellectual Property of the FBI Cellular Analysis Survey Team. Reproduction in Whole or in Part is Prohibited.** 19



**Intellectual Property of the FBI Cellular Analysis Survey Team. Reproduction in Whole or in Part is Prohibited.**   20

EXP_00000512



**08/22/2018**
Luton Phone Connections

**Olson Package Delivered
via FedEx at 09:59 a.m.**

**Hosang Residence:**
172 42 Brocher Rd.,
Jamaica, NY

**CID 48068-3**

**08/22/2018**
Phone number **347-633-8544** has **2** call(s)
between **9:25:23 AM** and **9:58:45 AM**
1 Outgoing Call
1 Incoming Call

**Note:** Not all network connections
are shown during this time period.

500 m
1000 ft

**Intellectual Property of the FBI Cellular Analysis Survey Team. Reproduction in Whole or in Part is Prohibited.**   21

EXP_00000513



**08/23/2018**
Luton Phone Connections

**Olson Package of Cash Delivered via FedEx at 08:34 a.m.**

**$$**

**Luton $500 ATM Deposit (JPMC)**

**Hosang Residence:**
172 42 Brocher Rd., Jamaica, NY

**CH**

CID 48068-3

08/23/2018
Phone number **347-633-8544** has 2 call(s) between 8:14:27 AM and 1:20:58 PM
1 Incoming Call
1 Outgoing Call

**Note:** Not all network connections are shown during this time period.

Intellectual Property of the FBI Cellular Analysis Survey Team. Reproduction in Whole or in Part is Prohibited.

EXP_00000514



**08/30/2018**
Luton Phone Connections

**Olson Package Delivered
via FedEx at 10:29 a.m.**

**Hosang Residence:**
172 42 Brocher Rd.,
Jamaica, NY

**CID 48068-3**

**08/30/2018**
Phone number **347-633-8544** has **12** call(s)
between **8:15:09 AM** and **11:36:17 AM**
4 Incoming Call
7 Outgoing Call
1 Incoming Call - Routed to Voicemail

**Note:** Not all network connections
are shown during this time period.

**Intellectual Property of the FBI Cellular Analysis Survey Team. Reproduction in Whole or in Part is Prohibited.**   23

EXP_00000515



**09/04/2018**
Luton Phone Connections

**Olson Package Delivered
via FedEx at 09:14 a.m.**

**Hosang Residence:**
172 42 Brocher Rd.,
Jamaica, NY

**CID 48068-3**

**09/04/2018**
Phone number **347-633-8544** has **8** call(s)
between **9:17:05 AM** and **12:04:48 PM**
6 Outgoing Call
2 Incoming Call

**Note:** Not all network connections
are shown during this time period.

500 m
1000 ft

**Intellectual Property of the FBI Cellular Analysis Survey Team. Reproduction in Whole or in Part is Prohibited.**

24

EXP_00000516



**Note:** Not all network connections are shown during this time period.

Intellectual Property of the FBI Cellular Analysis Survey Team. Reproduction in Whole or in Part is Prohibited.



**09/07/2018**
Luton Phone Connections

**Olson Package Delivered via FedEx at 10:29 a.m. (Count 6)**

CID 44106-2

09/07/2018
Phone number **347-633-8544** has **9** call(s) between **8:33:17 AM** and **3:40:37 PM**
3 Outgoing Call
6 Incoming Call

**Haughton Residence:**
204 Fifth Ave.,
Toms River, NJ

**Note:** Not all network connections are shown during this time period.

CIDs 43749-2, 43749-5, 43749-3, ...

09/07/2018
Phone number **347-633-8544** has **5** call(s) between **11:08:40 AM** and **2:08:45 PM**
4 Incoming Call
1 Outgoing Call

1000 m
2000 ft

**Intellectual Property of the FBI Cellular Analysis Survey Team. Reproduction in Whole or in Part is Prohibited.**   26

EXP_00000518



**Intellectual Property of the FBI Cellular Analysis Survey Team. Reproduction in Whole or in Part is Prohibited.**

EXP_00000519



**10/12/2018**
Luton Phone Connections

**Olson Package Delivered**
**via FedEx at 10:03 a.m.**

**CID 44106-2**

**10/12/2018**
Phone number **347-633-8544** has **5** call(s)
between **8:57:18 AM** and **10:54:33 AM**
3 Outgoing Call
2 Incoming Call

**CIDs 43749-3, 43749-6**

**10/12/2018**
Phone number **347-633-8544** has **2** call(s) between
**8:13:26 AM** and **8:55:13 AM**
2 Incoming Call

**Haughton Residence:**
204 Fifth Ave.,
Toms River, NJ

**Note:** Not all network connections
are shown during this time period.

**Intellectual Property of the FBI Cellular Analysis Survey Team. Reproduction in Whole or in Part is Prohibited.**   28

EXP_00000520



**11/06/2018**
Luton Phone Connections

**Olson Package Delivered via UPS at 10:28 a.m.**

**CID 44106-2**

**11/06/2018**
Phone number **347-633-8544** has **2** call(s) between **7:30:44 AM** and **9:40:44 AM**
1 Incoming Call
1 Outgoing Call

**CIDs 43749-3, 43749-6**

**11/06/2018**
Phone number **347-633-8544** has **2** call(s) between **7:51:50 AM** and **7:53:42 AM**
2 Outgoing Call

**Haughton Residence:**
204 Fifth Ave.,
Toms River, NJ

**Note:** Not all network connections are shown during this time period.

1000 m
2000 ft

**Intellectual Property of the FBI Cellular Analysis Survey Team. Reproduction in Whole or in Part is Prohibited.**   29

EXP_00000521



**11/08/2018**
Luton Phone Connections

**Olson Package Delivered
via UPS at 10:12 a.m. (Count 10)**

**Byfield Residence:**
443 Tompkins Ave.,
Brooklyn, NY

AB

**CID 42840-2**

**11/08/2018**
Phone number **347-633-8544** has **6** call(s)
between **10:42:56 AM** and **12:48:07 PM**
3 Outgoing Call
1 Incoming Call - Routed to Voicemail
2 Incoming Call

**Luton Residence:**
1307 Pacific St.,
Brooklyn, NY

LL

**Note:** Not all network connections
are shown during this time period.

100 m
200 ft

**Intellectual Property of the FBI Cellular Analysis Survey Team. Reproduction in Whole or in Part is Prohibited.**   30

EXP_00000522



T-Mobile Towers Luton's Phone Utilized From **01/20/19 – 01/22/19**

Olson Residence:
450 Chapin Lane,
Estes Park, CO

Luton Residence:
1307 Pacific St.,
Brooklyn, NY

01/22/19
@ 8:55am

01/21/19
@ 12:17pm

01/20/19
@ 08:58pm

Arrested in Estes Park, CO at approximately 4:30pm on 01/22/19

Left Brooklyn, NY area around 5:30pm on 01/20/19

**Intellectual Property of the FBI Cellular Analysis Survey Team. Reproduction in Whole or in Part is Prohibited.**  31

EXP_00000523

# END OF REPORT




Intellectual Property of the FBI Cellular Analysis Survey Team. Reproduction in Whole or in Part is Prohibited.

EXP_00000524