# Doug Shadel
dshadel@aarp.org

## Experience

| | |
|---|---|
| **Columnist/Investigative Reporter** – AARP The Magazine | 2014-present |
| **State Director** - AARP Washington | 2003-Present |
| **Associate Regional Director** – AARP West Region | 1999-2003 |
| **Consumer Affairs Director** - AARP West Region | 1993-1999 |
| **Special Assistant to the Attorney General** –Washington AG's Office | 1989-1993 |
| **State Investigator** – Washington State Attorney General's Office | 1979-1989 |
| **Legislative Aide** - United States Senate - Committee on Appropriations | 1978 |

## Education

| | | | |
|---|---|---|---|
| PhD | Social Science | Tilburg University | 2007 |
| EdD | Educational Leadership | Seattle University | 1997 |
| MPA | Public Administration | The Evergreen State College | 1983 |
| BA | Political Science | University of Washington | 1979 |

## Selected Books

**Outsmarting the Scam Artists: How to Protect Yourself from the Most Clever Cons,** by Doug Shadel, John Wiley & Sons, 2012.

**Weapons of Fraud: A Source Book for Fraud Fighters** Co-authored by Doug Shadel and Anthony Pratkanis, PhD. AARP, 2005.

**Outsmart Crime: Creative Strategies for Outsmarting Today's Criminal** Co-authored by Doug Shadel and Al Ward - Foreword by Washington Attorney General Ken Eikenberry. Newcastle Publishing, Los Angeles, CA. 1995.

**Schemes & Scams: A Practical Guide for Outwitting Today's Con Artist** Co-authored by Doug Shadel and John T. Foreword by Walter Cronkite. Newcastle Publishing, Los Angeles, CA. 1994

## Organizations

| | |
|---|---|
| **Expert Witness** – US Department of Justice, Criminal Division | 2014-2018 |
| **American Psychological Association** | 2017-Present |
| **Association for Psychological Science, Washington DC** | 2016-Present |
| **Stanford Fraud Research Center Advisory Board** | 2010-2015 |
| **National Institute of Justice** – Peer Review Panelist | 2012-2014 |
| **Seattle University Educational Leadership Advisory Board** | 2005-2010 |
| **Bureau of Justice Assistance, DOJ, Grant Review Panelist** | 2006-2008 |
| **Washington State Crime Prevention Assn. Board of Directors** | 1989-1993 |
| **South Sound Senior Services Board of Directors** | 1981-1986 |

Doug Shadel CV

EXP_00000372

## Selected Presentations

**U.S. Senate Special Committee on Aging,** Elder fraud in America, Washington D.C., 2018

**White House Regional Conference on Aging,** Elder Justice Panelist, Seattle, 2015.

**Stanford University Fraud Research Center Symposium**, Washington DC, 2014

**U.S. Senate Special Committee on Aging,** Jamaican Lottery Scam, Washington DC, 2013

**AARP National Member Event,** New Orleans, LA, 2012.

**Stanford Fraud Research Center Conference,** Washington DC, 2011.

**National Academy of Science, Symposium on Elder Abuse,** Washington DC, 2010.

**National Assn. of Elder Law Attorneys (NAELA) Annual Conference** Orlando Florida, 2010.

## Research

**Up For Grabs: Taking Charge of Your Digital Identity (2018),** AARP Washington, May, 2018.

**Under Fire: Veterans and Fraud in America (2017),** AARP and NORC at The University of Chicago, November, 2017

**Emotional Arousal May Increase Susceptibility to Fraud in Older Adults,** Katharina Kircanski, Nanna Notthoff, Stanford University, Doug Shadel. http://162.144.124.243/~longevl0/wp-content/uploads/2017/02/Kircanski.pdf, 2015

**Identity Theft: Americans still not taking necessary precautions to prevent it** (August, 2014), 2250 respondents 18+).

**Caught in the Scammer's Web: Risk Factors that May Lead to Internet Fraud (February, 2014).** Co-led a survey of 11,271 web surfers that compared internet fraud victims to non-victims. The study included one national sample and 12 state samples.

**National Fraud Victim Profiling Study (2011)**. Co-led a study surveying thousands of victims of ten different scams and a large general population sample to identify behavioral and demographic differences. AARP Foundation and AARP Washington.

**Forewarning Reduces Fraud Susceptibility in Vulnerable Consumers** (2014) Scheibe, S., Notthoff, N., Menkin, J., Ross, L., Shadel, D., Deevy, M., Carstensen, L., Basic and Applied Social Psychology, Vol. 36, Issue 3, pp. 272-279.

**Outsmarting Investment Fraud Persistence Study (2009)** Conducted response testing of older consumers exposed to a fraud prevention workshop to determine if the workshop changed behavior. Study found significant reduction in responsiveness to a fraud pitch.

**Mental Status of Lottery Victims Pilot Study (2009).** Co-led research that conducted in-home mental status evaluations of elderly lottery victims to assess the presence of cognitive impairment. The study found that 80% of those evaluated had cognitive impairment beyond that found in normal aging.

Doug Shadel CV

EXP_00000373

**Outsmarting Investment Fraud Field Study (2008)** Conducted response testing of older persons exposed to investment fraud prevention curriculum compared to controls. Study found a significant reduction in response to a fraud pitch among those receiving training.

**A Survey of Investment Victims and the General Population (2008)** Conducted a study that refined and replicated previous studies profiling investment fraud victims. It was sponsored by AARP Washington.

**The Psychology of Consumer Fraud (2007)** Co-led a study that analyzed hundreds of undercover fraud tapes and identified the most common persuasion tactics used by con men by scam type. It was conducted with Karla Pak and was a doctoral dissertation.

**The Senior Investor Fraud Study (2006)** Co-led a study that profiled investment and lottery fraud victims and found discrete differences compared to a control population. The study found victims of investment fraud were more financially literate than the general population. The study was funded by the NASD Investor Education Foundation.

**US DOJ Study - "Off the Hook: Reducing Participation in Telemarketing Fraud" (2003)** Co-led this study that tested the effectiveness of peer counseling in preventing consumer fraud victimization. The study found peer counseling significantly reduces susceptibility to fraud pitches.

## Investigative Articles

**When Prison Calls: inside the Georgia Prison Scandal,** , AARP the Magazine, 2019
**How Crooks Use Gift Cards,** AARP The Magazine, May/June, 2019
**Dancing with the Devil: Inside the Social Security Scam,** AARP the Magazine, April/May, 2019
**Inside the Dark Web,** AARP Bulletin, Sept/Oct, 2018
**Website Wolves,** AARP the Magazine, Sept/Oct., 2018
**Beware the Blue Screen of Death,** AARP The Magazine, June/July, 2017.
**The Timeshare Trap,** AARP The Magazine, by Doug Shadel, Feb./Mar, 2017.
**All that Glitters,** AARP The Magazine, by Doug Shadel and Joe Eaton, August/September, 2016.
**Are You Real?,** AARP The Magazine, by Doug Shadel and David Dudley, Jun/Jul, 2015.
**She Stole My Life,** AARP The Magazine, by Doug Shadel, October/November, 2014
**Confessions of a Con Man,** AARP The Magazine, by Doug Shadel, November, 2012.

## Columns

**Out Tech the Scams,** AARP the Magazine, July/August, 2019
**The Worst Time to Answer the Phone,** AARP Bulletin, February/March, 2019.
**Summer crime prevention tips,** AARP the Magazine, July/August, 2018
**The Big Freeze,** AARP The Magazine, April/May, 2018
**The Sounds of Fraud,** AARP The Magazine, Feb./Mar., 2018
**The Charity Check Scam,** AARP The Magazine, Dec./Jan. 2018
**When a Con Man Calls,** AARP The Magazine, Oct./Nov. 2017
**7 Ways to Block Computer Viruses,** AARP The Magazine, Aug/Sept. 2017

Doug Shadel CV

EXP_00000374

## Documentaries

**Out of the Shadows: The Dark Web,** AARP Washington, 2019
**Unmasking the Imposters (2018)** AARP Washington, February, 2018
**Stealing Your Name, Stealing Your Life (2016)** October, 2016.
**Under the Ether: The Con's Secret (2014),** Cerviking and AARP Broadcast, Washington DC.
**Tricks of the Trade DVD (2010)** FINRA Investor Education Foundation,  Carden Productions.
**Stolen Futures Video Documentary (2008)** One Bounce/Cerviking Video Productions, Seattle, WA.
**Cyber Cons Video Documentary (2006)** AARP Washington and Viking Productions, Seattle, WA.
**Identity Theft Video Documentary (2003)** Bruce Carlson, One Bounce Productions and AARP Television, Washington DC.
**The Weapons of Fraud Video Documentary (2002)** One Bounce Productions and AARP Television.
**No Profit, No Return Video Documentary (2001)** Co-Produced by Bruce Carlson, One Bounce Productions and AARP Television, Washington DC.
**The Charity Con Video Documentary (1998)** Co-Produced by Bruce Carlson, One Bounce Productions and AARP Television, Washington DC.
**Don't Fall for a Telephone Line Video Documentary (1997).** Co-Produced by Bruce Carlson, One Bounce Productions, and AARP Television, Washington DC.

## Awards

**FBI Director's Award (2000)** For Exceptional Public Service

Doug Shadel CV

EXP_00000375