IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No: 19-cr-00098-CMA-1

UNITED STATES OF AMERICA,

    Plaintiff,

v.

LEONARD LUTON,

    Defendant.

---

**ORDER REGARDING PROPOSED EXPERT TESTIMONY
PURSUANT TO FED. R. EVID. 702**

---

Upon consideration of the Unopposed Motion for Pretrial Ruling Regarding the Government's Proposed Expert Testimony Pursuant to Fed. R. Evid. 702, it is hereby

ORDERED that Federal Bureau of Investigations Special Agent Kevin Hoyland and Dr. Doug Shadel are permitted to render expert opinions and testimony during the trial in this case consistent with their expected testimony as outlined in the Unopposed Motion.

Dated this _____ day of _____, 2020.

                              BY THE COURT:

                              _____
                              The Honorable Christine M. Arguello
                              United States District Court Judge