**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Criminal Case No. 19-cr-00098-CMA-01

UNITED STATES OF AMERICA,

    Plaintiff,

v.

LEONARD LUTON,

    Defendant.

---

**ORDER REGARDING
SELF-AUTHENTICATING, NON-HEARSAY EVIDENCE
PURSUANT TO FED. Rs. EVID. 803(6), 902(11), and 902(13)**

---

Upon consideration of the unopposed Motion in Limine seeking a pre-trial ruling that certain records the government will seek to admit at trial are non-hearsay, self-authenticating evidence pursuant to Fed. Rs. Evid. 803(6), 902(11) and 902(13), it is hereby ORDERED that the authenticity of the records listed below have been established by the parties' stipulation as non-hearsay, self-authenticating evidence. It is further ORDERED that, for those custodians of the records listed below who have received trial subpoenas from the government, such custodians are hereby released from their subpoena obligations to appear at the trial of this matter.

The applicable non-hearsay, self-authenticating records to which this Order applies are as follows:

| Custodian | Bates Number(s) of Certified Declaration(s) | Bates Range of Certified Records |
|---|---|---|
| Apple | INV_1214<br>INV_2194<br>SW_314 | INV_1215-1216<br>INV_1201[1]<br>SW_315-318, 325[2] |
| Bank of America (Luton) | BOA_2<br>BOA_446 | BOA_3-445<br>BOA_447-455 |
| Bank of America (Wessam) [3] | *Forthcoming* | *Forthcoming* |
| Bank of Colorado | BCO_2–BCO_3<br>BCO_69.001<br>BCO_73 | BCO_4-69<br>BCO_70-72<br>INV_2385-2386 |
| Bank of Estes Park | BEP_2<br>BEP_30<br>BEP_77<br>INV_1759 | BEP_3-79;<br><br>INV_1760-1761 |
| Cellebrite Image of Defendant Luton's Cellphone | INV_2007-2009 | Thumb Drive #0000469 |
| CenturyLink | INV_1529 | CENT_1-131 |
| Citizens Bank | CITZ_3 | CITZ_4-24 |
| Discover | INV_1249 | INV_1253-1257 |
| FedEx | FEDX_16<br>INV_1587 | FEDX_2-15<br>INV_1580-1586 |

---

[1] INV_256 is a duplication of INV_1201.
[2] SW_320-324 is a duplication of SW_315-318.
[3] The government is awaiting certified records from this custodian, but will turn those records over to the defense promptly upon their receipt. Subject to defense objection, this Order shall apply to these forthcoming records.

| Flagstar Bank | FLG_89 | INV-2013-2087 |
| --- | --- | --- |
|  |  | FLG_1-88 |
| Google (Gmail) | SW_306 | SW_307-313 & thumb drive provided on 9/24/19 |
| Grand River Bank | GRB_3 | GRB_4-22 |
| Hartford Federal Credit Union | INV_2647 | INV_2305-2646 |
| Huntington National Bank | HNB_101 | HNB_4-239 |
| Immigration & Customs Enforcement Travel Records (Luton & Dobson) | INV_2365<br><br>INV_2576-2577<br>INV_2581-2582 | INV_2366-2382<br><br>INV_2578-2580<br>INV_2583-2593 |
| Immigration & Customs Enforcement A-File (Luton) | A-FILE_1 | A-FILE_2-172 |
| Jackson National Life Insurance | INV_1531 | JNLI_4-693 |
| JP Morgan Chase | JPM_2 | JPM_3-146 |
| KeyBank | KEY_3 | KEY_5-29 |
| Old National Bank | INV_1527 | ONB_1-7 |
| Peoples United Bank | INV_2684-2685 | INV_2686-2715 |
| Premier Members Credit Union | PMCU_1<br>PMCU_216 | PMCU_2-145<br><br>PMCU_146-215 |

| | | |
|---|---|---|
| TD Bank | TDB_3–TDB_4 | TDB_9-44 |
| T-Mobile | SW_176<br>INV_1971 | SW_177-186<br>INV_1972-1981 |
| UPS | INV_1693<br>INV_1940 | INV_1694-1700<br>INV_1941-1955 |
| US Bank | USB_2 | USB_3-33 |
| US Bank NA (Fidelity) | INV_1670 | INV_1671-1683 |
| USPS | INV_2113-2115 | INV_2116-2122 |
| Verizon | INV_1528 | VZN_1-11 |
| Western Union | WU_1 | WU_2[4] |
| Ymax Communications | ORD_23-24 | ORD_16-22 |

DATED this _____ day of _____, 2020.

BY THE COURT:

_____
The Honorable Christine M. Arguello
United States District Court Judge

---

[4] INV_1702 is a duplication of WU_2.