IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No.  19-cr-00098-CMA-1

UNITED STATES OF AMERICA,

    Plaintiff,

v.

LEONARD LUTON,

    Defendant.

_____

**STIPULATION AS TO ADMISSIBILITY OF
FED. R. EVID. 1006 SUMMARY CHARTS**
_____

The United States of America, by and through Assistant United States Attorneys Martha A. Paluch, and Sarah H. Weiss, and the Defendant Leonard Luton, by and through his counsel Mark Scabavea, hereby agree and stipulate that the following exhibit listed by the government in its Exhibit List is admissible as a summary chart of voluminous evidence pursuant to Fed. R. Evid. 1006.  Specifically, this summary chart will be offered at trial to prove the content of voluminous records related to this case that cannot be conveniently examined in court.

| EXHIBIT NUMBER | SUMMARY CHART |
|---|---|
| Government's Ex. 128 | Summary of Mailings and Wires Made by S.O. |

DATED this 23rd day of January, 2020.

*s/ Mark Scabavea*_____  
Mark Scabavea  
Counsel for Leonard Luton

*s/ Martha A. Paluch*_____  
Martha A. Paluch  
Assistant United States Attorney  
Counsel for the Government

s/_____  
Leonard Luton  
Defendant

s/ *Sarah H. Weiss*_____  
Sarah H. Weiss  
Assistant United States Attorney  
Counsel for the Government