

# Extraction Report
Apple iPhone Logical

## Participants

  18765627953@s.whatsapp.net
Budman

  13476338544@s.whatsapp.net
NEW RULES (owner)

## Conversation - Instant Messages (5)



| | | |
|---|---|---|
| 18765627953@s.whatsapp.net Budman | | 2/28/2018 5:18:08 PM(UTC+0) |
| Attachments: https://mmg-fna.whatsapp.net/d/f/Av5DcYv-KWMjlnz_tJqWsdrikJ6mnfiTHHiUkHenS0RA.enc d3aebea9-7cc0-4969-938a-4ab62e781410.jpg | | |
| 13476338544@s.whatsapp.net NEW RULES | | 3/1/2018 1:21:57 AM(UTC+0) |
| Dixonreggie1296 1296pacific | | |
| 13476338544@s.whatsapp.net NEW RULES | | 3/1/2018 1:23:14 AM(UTC+0) |
| Jack phone number is 7027262033 | | |
| 18765627953@s.whatsapp.net Budman | | 3/1/2018 2:01:14 AM(UTC+0) |
| Chop | | |
| System Message System Message | | 3/3/2018 6:13:17 PM(UTC+0) |
| Missed Voice Call | | |



# Extraction Report
Apple iPhone Logical

## Participants


18765627953@s.whatsapp.net
Budman

* * *


13476338544@s.whatsapp.net
NEW RULES (owner)

* * *

## Conversation - Instant Messages (6)

| | | |
|---|---|---|
| System Message System Message | | 7/27/2018 10:37:41 AM(UTC-6) |
| Missed Voice Call | | |

| | | |
|---|---|---|
| System Message System Message | | 7/27/2018 10:38:32 AM(UTC-6) |
| Missed Voice Call | | |

| | | |
|---|---|---|
| System Message System Message | | 7/27/2018 12:14:42 PM(UTC-6) |
| Missed Voice Call | | |

| | | |
|---|---|---|
| 18765627953@s.whatsapp.net Budman | | 7/27/2018 2:46:24 PM(UTC-6) |
| 1ze082774155097523 | | |

| | | |
|---|---|---|
| 13476338544@s.whatsapp.net NEW RULES | | 7/27/2018 2:52:46 PM(UTC-6) |
| Up top | | |

| | | |
|---|---|---|
| System Message System Message | | 7/27/2018 9:28:12 PM(UTC-6) |
| Missed Voice Call | | |



## Participants


18765627953@s.whatsapp.net
Budman

\* \* \*


13476338544@s.whatsapp.net
NEW RULES (owner)

\* \* \*

## Conversation - Instant Messages (7)



# Extraction Report
Apple iPhone Logical

## Participants

18765627953@s.whatsapp.net
Budman

13476338544@s.whatsapp.net
NEW RULES (owner)

## Conversation - Instant Messages (10)

**13476338544@s.whatsapp.net NEW RULES** — 8/22/2018 1:55:10 PM(UTC+0)

Attachments:

https://mmg-fna.whatsapp.net/d/f/AhZzeP1srxCTwavuW_BLahVVDiD0dRRyGsJnfXch_49H.enc
1ebee5bb-f176-4586-b062-923696c55932.jpg

**18765627953@s.whatsapp.net Budman** — 8/22/2018 6:56:49 PM(UTC+0)

782425727628

**13476338544@s.whatsapp.net NEW RULES** — 8/22/2018 7:06:08 PM(UTC+0)

Chop

**13476338544@s.whatsapp.net NEW RULES** — 8/23/2018 12:36:43 PM(UTC+0)

Me get it but me no was Carlene no

**13476338544@s.whatsapp.net NEW RULES** — 8/23/2018 12:36:47 PM(UTC+0)

Waa

**13476338544@s.whatsapp.net NEW RULES** — 8/23/2018 12:36:50 PM(UTC+0)

She here ok

**System Message System Message** — 8/23/2018 1:12:45 PM(UTC+0)

Missed Voice Call

**13476338544@s.whatsapp.net NEW RULES** — 8/24/2018 3:06:54 AM(UTC+0)

Attachments:

https://mmg-fna.whatsapp.net/d/f/AswIeUOfE3_InxPDmQ9c22YHR62YlfvzP6TR9dIsilBy.enc
67cece41-0b0d-4861-912e-0dc2d0d39ab7.mp4



18765627953@s.whatsapp.net Budman — 8/29/2018 4:22:19 PM(UTC+0)
782531341581

13476338544@s.whatsapp.net NEW RULES — 8/29/2018 4:27:32 PM(UTC+0)
Kool



## Participants


18767743214@s.whatsapp.net
Fry


13476338544@s.whatsapp.net
NEW RULES (owner)

## Conversation - Instant Messages (5)





## Participants


18767743214@s.whatsapp.net
Fry


13476338544@s.whatsapp.net
NEW RULES (owner)

## Conversation - Instant Messages (6)

**System Message System Message** — 9/5/2018 11:20:35 PM(UTC+0)
Missed Voice Call

**13476338544@s.whatsapp.net NEW RULES** — 9/6/2018 2:27:01 PM(UTC+0)
204 fifth avenue Toms River New Jersey 08757

**18767743214@s.whatsapp.net Fry** — 9/6/2018 7:42:52 PM(UTC+0)
782658697114

**13476338544@s.whatsapp.net NEW RULES** — 9/6/2018 7:51:32 PM(UTC+0)
Up top

**18767743214@s.whatsapp.net Fry** — 9/6/2018 10:53:21 PM(UTC+0)
Send the thing

**13476338544@s.whatsapp.net NEW RULES** — 9/6/2018 11:15:27 PM(UTC+0)

Attachments:



https://mmg-fna.whatsapp.net/d/f/AijYdDQOYp5S1oDHSu_IOzJI8RCGNGzR2_ROvxBPvcaU.enc
c20053c3-13fd-492a-8026-50058596638e.jpg

1

CELL_00000011



## Participants



18767743214@s.whatsapp.net
Fry



13476338544@s.whatsapp.net
NEW RULES (owner)

## Conversation - Instant Messages (3)

| | System Message System Message | 9/20/2018 4:49:57 PM(UTC-6) |
|---|---|---|
| | Missed Voice Call | |

| | 18767743214@s.whatsapp.net Fry | 9/25/2018 3:06:23 PM(UTC-6) |
|---|---|---|
| | 782940407140 | |



13476338544@s.whatsapp.net NEW RULES — 9/27/2018 9:03:39 PM(UTC-6)

Attachments:

https://mmg-fna.whatsapp.net/d/f/AiKv3kn5klrkOYTehXmhAKHTpUp5HZjdFm-vMyhfRcPm.enc
abe58330-91df-437a-9264-d029aed82d58.jpg

1

CELL_00000013





### Extraction Report
Apple iPhone Logical

### Participants

| | |
|---|---|
| | fass2rass@hotmail.com<br>**bruce luton*** (owner) |
| | +18763086329<br>**X-Budman*** |
| | +13476338544<br>**bruce luton*** (owner) |
| | +18764965900 |

### Conversation - Instant Messages (5)

| | | |
|---|---|---|
| ☆ | +13476338544 bruce luton | 9/25/2018 12:30:24 PM(UTC+0) |
| | Aznarh3159@gmail.com @je263660 | |
| ☆ | +18763086329 X-Budman | 10/2/2018 11:06:38 PM(UTC+0) |
| | 450 chapin lane  Estes Park co 80517 | |
| ☆ | +18763086329 X-Budman | 10/3/2018 8:30:14 AM(UTC+0) |
| | Yow | |
| ☆ | +13476338544 bruce luton | 10/4/2018 2:32:14 PM(UTC+0) |
| | Chop | |
| ☆ | +13476338544 bruce luton | 11/23/2018 6:01:13 PM(UTC+0) |
| | 204 fifth avenue Toms River New Jersey 08757 | |

1

Case 1:19-cr-00098-CMA   Document 89-1   Filed 01/27/20   USDC Colorado   Page 11 of 18



**Extraction Report**
Apple iPhone Logical

### Participants


18767743214@s.whatsapp.net
Fry


13476338544@s.whatsapp.net
NEW RULES (owner)

### Conversation - Instant Messages (5)



| | | |
|---|---|---|
| ☆ | System Message System Message | 10/20/2018 10:09:20 AM(UTC-6) |
| | Missed Voice Call | |
| ☆ | 18767743214@s.whatsapp.net Fry | 10/22/2018 10:21:20 AM(UTC-6) |
| | 783366336132 | |
| ☆ | 13476338544@s.whatsapp.net NEW RULES | 10/22/2018 10:21:38 AM(UTC-6) |
| | Xmax dat | |
| ☆ | 18767743214@s.whatsapp.net Fry | 10/22/2018 10:21:53 AM(UTC-6) |
| | Ahh | |
| ☆ | System Message System Message | 10/23/2018 10:41:31 AM(UTC-6) |
| | Missed Voice Call | |

1

CELL_00000024



## Participants


18767743214@s.whatsapp.net
Fry


13476338544@s.whatsapp.net
NEW RULES (owner)

## Conversation - Instant Messages (4)



| | | |
|---|---|---|
| System Message System Message | | 10/23/2018 4:47:04 PM(UTC+0) |
| Missed Voice Call | | |
| 18767743214@s.whatsapp.net Fry | | 10/30/2018 2:39:14 AM(UTC+0) |
| 783488291612 | | |
| 13476338544@s.whatsapp.net NEW RULES | | 10/30/2018 3:07:18 AM(UTC+0) |
| Maddddddddd | | |
| System Message System Message | | 10/30/2018 7:32:34 PM(UTC+0) |
| Missed Voice Call | | |

1

CELL_00000026



## Participants


18767743214@s.whatsapp.net
Fry


13476338544@s.whatsapp.net
NEW RULES (owner)

## Conversation - Instant Messages (9)



| | | |
|---|---|---|
| System Message System Message | | 10/30/2018 7:32:34 PM(UTC+0) |
| Missed Voice Call | | |
| 18767743214@s.whatsapp.net Fry | | 11/5/2018 7:54:36 PM(UTC+0) |
| 1ze082770190919671 | | |
| 13476338544@s.whatsapp.net NEW RULES | | 11/5/2018 7:54:51 PM(UTC+0) |
| Fed? | | |
| 18767743214@s.whatsapp.net Fry | | 11/5/2018 7:54:57 PM(UTC+0) |
| U | | |
| 13476338544@s.whatsapp.net NEW RULES | | 11/5/2018 7:55:09 PM(UTC+0) |
| Ok skirt a jer? | | |
| 18767743214@s.whatsapp.net Fry | | 11/5/2018 7:55:18 PM(UTC+0) |
| Yea | | |
| 13476338544@s.whatsapp.net NEW RULES | | 11/5/2018 7:55:23 PM(UTC+0) |
| Ahh | | |
| 13476338544@s.whatsapp.net NEW RULES | | 11/5/2018 7:57:14 PM(UTC+0) |
| It na show | | |
| System Message System Message | | 11/6/2018 2:23:08 PM(UTC+0) |
| Missed Voice Call | | |



**Extraction Report**
Apple iPhone Logical

### Participants


18767743214@s.whatsapp.net
Fry


13476338544@s.whatsapp.net
NEW RULES (owner)

### Conversation - Instant Messages (7)



| | | |
|---|---|---|
| System Message System Message | | 11/6/2018 7:26:20 AM(UTC-7) |
| Missed Voice Call | | |
| 13476338544@s.whatsapp.net NEW RULES | | 11/6/2018 1:48:57 PM(UTC-7) |
| 443 Tompkins ave Brooklyn n.y 11216 | | |
| 18767743214@s.whatsapp.net Fry | | 11/6/2018 1:52:27 PM(UTC-7) |
| Tom white | | |
| 13476338544@s.whatsapp.net NEW RULES | | 11/6/2018 1:52:47 PM(UTC-7) |
| Ok | | |
| 18767743214@s.whatsapp.net Fry | | 11/7/2018 9:48:20 AM(UTC-7) |
| 1ze082770190958192 | | |
| 13476338544@s.whatsapp.net NEW RULES | | 11/7/2018 9:48:42 AM(UTC-7) |
| Mad | | |
| 18767743214@s.whatsapp.net Fry | | 11/8/2018 12:30:19 PM(UTC-7) |
| 1ze082770154467290 | | |

1

CELL_00000029


# Extraction Report
Apple iPhone Logical

## Timeline (14)

| # | Type | Direction | Attachments | Locations | Timestamp | Party | Description | Deleted |
|---|---|---|---|---|---|---|---|---|
| 1 | Instant Messages | Incoming | 1 | | 11/21/2018 3:54:38 AM(UTC+0) | From: 18763086329@s.whatsapp.net | 76afc0fd-eef4-46de-86bc-f6ca357da5b2.mp4 | |
| 2 | SMS Messages | Outgoing | | | 11/23/2018 3:24:39 PM(UTC+0) | To: +8763086329 X-Budman | 172-42 Brocher Rd Jamaica queens 11343 | |
| 3 | SMS Messages | Outgoing | | | 11/23/2018 4:08:04 PM(UTC+0) | To: +8763086329 X-Budman | 172-42 Brocher Rd Jamaica queens 11343 | |
| 4 | SMS Messages | Outgoing | | | 11/23/2018 4:11:44 PM(UTC+0) | To: +8763086329 X-Budman | 172-42 Brocher rd Jamaica queens | |
| 5 | SMS Messages | Outgoing | | | 11/23/2018 4:33:38 PM(UTC+0) | To: +8763086329 X-Budman | 172-42 Brocher rd Jamaica queens 11343 | |
| 6 | SMS Messages | Outgoing | | | 11/23/2018 4:35:42 PM(UTC+0) | To: +18763086329 X-Budman | 172-42 Brocher rd Jamaica queens 11343 | |
| 7 | Instant Messages | Incoming | | | 11/23/2018 11:45:18 PM(UTC+0) | From: +18763086329 X-Budman | 773793266629 | |
| 8 | Instant Messages | Incoming | | | 11/24/2018 2:44:37 AM(UTC+0) | From: 18763086329@s.whatsapp.net | Soon let u get it | |
| 9 | SMS Messages | Outgoing | | | 11/27/2018 7:20:52 PM(UTC+0) | To: +18763086329 X-Budman | 443 Tompkins Ave Brooklyn New York 11216 | |
| 10 | SMS Messages | Outgoing | | | 11/27/2018 7:22:31 PM(UTC+0) | To: +18763086329 X-Budman | 443 Tompkins Ave Brooklyn New York 11216 | |
| 11 | SMS Messages | Outgoing | | | 11/27/2018 7:25:04 PM(UTC+0) | To: +18763086329 X-Budman | 443 Tompkins Ave Brooklyn New York 11216 | |
| 12 | SMS Messages | Outgoing | | | 11/27/2018 7:28:55 PM(UTC+0) | To: +18763086329 X-Budman | 443 Tompkins Ave Brooklyn New York 11216 use this | |
| 13 | Instant Messages | Incoming | | | 11/28/2018 4:06:29 PM(UTC+0) | From: +18763086329 X-Budman | 784048214190 | |
| 14 | Instant Messages | Incoming | | | 11/29/2018 1:14:40 AM(UTC+0) | From: 18763086329@s.whatsapp.net | Kimisha Bently | |

UNCLASSIFIED

UNITED STATES DEPARTMENT OF JUSTICE
FEDERAL BUREAU OF INVESTIGATION



FBI Miami
2030 SW 145th Avenue
Miramar, FL 33027

| | |
|---|---|
| File Number: | 092U-DN-3025524 |
| Requesting Official(s) and Office(s): | SA Amy Howard (DN) |
| Task Number(s) and Request ID: | 1065793, 1044593 |
| Date Completed: | 10/24/2019 |
| Name and Office of Linguist(s): | CL Paulette D'Souza (MM) |
| Name and Office of Reviewer(s): | CL Kissuam S. Hudson (MM) |
| Source Language(s): | English Caribbean Creole |
| Target Language: | English |

Source File Information
  Name of Audio File or CD:   Dobson Audio
  –Date:   03/06/2018, 02/18/2018, 07/24/2018, 09/27/2018, 10/02/2018, 10/04/2018, 01/12/2019, 01/22/2019

VERBATIM TRANSLATION

Participants:
  RD                                          Rayjay Dobson AKA Rajay

Abbreviations:
  UI                                          Unintelligible
  [ ]                                         Translator's note and Exegesis

UNCLASSIFIED

INV_00002595

UNCLASSIFIED

File: 092U-DN-3025524
Task: 1065793

**DobsonAudio8765627953Budman0306201821sec**

[Indistinct voices in background]

RD: No, man. It's thing there, it's the other two. The other… he got the other two, you know? Boy, that's what I called him on and he said he had given a man a-a-a skirt…the skirt already, to deal with. You understand? So, what he said he was going to do, he is going to max out the card and close them, and order fo-four more. You understand? So, he's here with me, man. You're going to get one of them, man.

**DobsonAudio8765627953Budman072420186sec**

RD: Yeah, it's the thing that you were-that you were to send back to the dogs, the three bills. Send it to that name. [Tapping sound]

**DobsonAudio8763086329x-budman09271811sec**

[Indistinct voices in background]

RD: Yeah, supposed to, because it was the same one you had done it to the last time. You know? Remember that is the one it went to the last time. We had put the grand to that. A grand or was it fifteen bills? One of them. Fifteen bills, eh?

**DobsonAudio8763086329x-budman100220185sec**

[Music playing]

RD: Yeah, doing the road, general. Nebraska here now.

**DobsonAudio8763086329xbudman02181821sec**

[Traffic noises]

RD: Eh, because I was dealing with the thing, you understand? I could make her get some bills. You understand? Because right now I do not have anything else dealing with. But true, I have not given that to the dog yet, that is our nigga down there. You understand? I know I could let her get some bills now.

UNCLASSIFIED

File: 092U-DN-3025524
Task: 1065793

**DobsonAudio8767707685MaxBird01121950sec**

RD: Yeah, so that's why I'm letting him know that, if he looks at them, two of them are fi… One of them is five for the card, and he gets a solid five. So, the most he could get is nine bills now, you understand? Or you send him a-an eight fifty, anything like that. Yeah, and you still have back five… How much do you have left back there for me? It's supposed to be five you have left back there because you had…What? Nineteen. You sent two to me. You understand? And you had back seventeen, and you stayed like that, and sent the-the-the-the other two again. You understand? Today. So, I got four in all, you gave the nigga ten. Eh-hm. So, you're supposed to have five left back there for me. So, you can send him a-an eight fifty, bad man, out of it because it's one grand he would have left back there. So, if he gets eight fifty, he can't complain.

**DobsonAudio8767707685MaxBird01221920sec**

[Indistinct voices in background]

RD: God knows, dog. You understand? That's what happens, you know, dog. You understand? If the weather was good, the journey would be longer, long just the same. You know the weather is bad, dog, but, everything happens for a reason because you know that less of them and things the same way. You understand? So, continue taking care of yourself, brother. You understand?

**DobsonAudio8767743214Fry100420186sec**

RD: Yeah my general, just let her give you that right now. [UI] So, it can be ready by tomorrow.