IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 19-cr-00098-CMA-01

UNITED STATES OF AMERICA,

    Plaintiff,

v.

LEONARD LUTON,

    Defendant.

## GOVERNMENT'S SUPPLEMENT TO ITS MEMORANDUM IN SUPPORT OF ITS *JAMES* PROFFER, ECF 76

The United States of America (the government), by Martha A. Paluch, and Sarah H. Weiss, Assistant United States Attorneys, respectfully submits this supplement to its Memorandum in Support of its *James* Proffer filed January 8, 2020, ECF 76.

In support, the government states as follows:

1. A *James* hearing is scheduled to commence at 10:00 a.m. on Tuesday, February 4, 2020. The government has provided to the Court a final log of the co-conspirator statements for which it will seek admission. ECF 89.

2. During the hearing, the government will address the phone numbers referenced in those documents and how the government intends to prove they are associated with the defendant's coconspirator and co-defendant Rajay Dobson.

3. For ease of reference, the government provides the Court and counsel with the chart attached hereto as Attachment 1, which sets forth these phone numbers and their association to Dobson. Attachment 2 to this Supplement contains the contacts for

Dobson referenced in the government's Final *James* log which were retrieved from the defendant's cellphone.

Respectfully submitted this 28th day of January, 2020.

        JASON R. DUNN
        United States Attorney


        s/ *Martha A. Paluch*
        MARTHA A. PALUCH
        SARAH H. WEISS
        Assistant U.S. Attorneys
        1801 California Street, Suite 1600
        Denver, CO 80202
        Telephone 303-454-0100
        Facsimile 303-454-0402
        Email: martha.paluch@usdoj.gov
        Sarah.weiss@usdoj.gov

## CERTIFICATE OF SERVICE

      I hereby certify that on this 28th day of January, 2020, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to counsel of record.

      *s/Martha A. Paluch*
Martha A. Paluch
Assistant U.S. Attorney
United States Attorney's Office
1801 California Street, Suite 1600
Denver, CO  80202
(303) 454-0100
Martha.paluch@usdoj.gov