# Phone Numbers Associated with Rajay Dobson

**876.770.7685** – Provided by Luton during post-arrest interview & saved in Luton's contacts as "Max Bird" [CELL_48]

**876.774.3214** – Provided by Luton during post-arrest interview & saved in Luton's contacts as "Bird Lime" and referred to as "Fry" in WhatsApp conversations  [CELL_49, CELL_10]

**876.562.7953** – Saved in Luton's contacts as "Budman," with the Snapchat User ID of "rjay733" [CELL_47]

**876.308.6329** – Saved in Luton's contacts as "X-Budman" & sent in text message from Luton to C.H. in response to Hosang's request for "Bird's" number.  Photo of Dobson also saved with this contact.

[CELL_3; CELL_45; CELL_45.001]

