

# Extraction Report
Apple iPhone Logical

## Contacts (1)

| # | Contact | Timestamp | Entries | Addresses | Notes | Deleted |
|---|---------|-----------|---------|-----------|-------|---------|
| 1 | **Name:** Max Bird<br>**Source:** WhatsApp<br>**Photos:**<br>18767707685-1548022232.jpg | **Modified:**<br>1/16/2019 1:41:50 AM(UTC+0) | **Phone:**<br>Mobile +1 (876) 770-7685 | | About: Busy | |



# Extraction Report
Apple iPhone Logical

## Contacts (1)

| # | Contact | Timestamp | Entries | Addresses | Notes | Deleted |
|---|---------|-----------|---------|-----------|-------|---------|
| 1 | **Name:** Bird Lime<br>**Source:** WhatsApp<br>**Photos:**<br>18767743214-1542293695.jpg | **Modified:**<br>11/15/2018 2:54:17 PM(UTC+0) | **Phone:**<br>18767743214 | | About: Hey there! I am using WhatsApp. | |

1

CELL_00000049



## Extraction Report
Apple iPhone Logical

### Participants


18767743214@s.whatsapp.net
Fry

\* \* \*


13476338544@s.whatsapp.net
NEW RULES (owner)

\* \* \*

### Conversation - Instant Messages (5)



| | | |
|---|---|---|
| 13476338544@s.whatsapp.net NEW RULES | | 9/4/2018 3:27:56 PM(UTC+0) |
| Attachments: https://mmg-fna.whatsapp.net/d/f/AkGSj0MiBSoBC0WQoUPd1QXk6LQHKa4BU_AEdE3KCYim.enc 817dee92-cd0e-4df4-9f65-19ebe045a948.mp4 | | |
| 18767743214@s.whatsapp.net Fry | | 9/4/2018 4:44:41 PM(UTC+0) |
| 782608227498 | | |
| 13476338544@s.whatsapp.net NEW RULES | | 9/4/2018 4:44:50 PM(UTC+0) |
| Mad rass | | |
| 18767743214@s.whatsapp.net Fry | | 9/4/2018 4:45:02 PM(UTC+0) |
| Ahh | | |
| 13476338544@s.whatsapp.net NEW RULES | | 9/4/2018 11:07:05 PM(UTC+0) |
| Attachments: https://mmg-fna.whatsapp.net/d/f/Akmu9kckXSBeYL4mIrxmdiap51FX1J6lpYd73YgX71b3.enc f079138d-60eb-47dd-86d2-58d719f2ad30.mp4 | | |



# Extraction Report
Apple iPhone Logical

## Contacts (2)

| # | Contact | Timestamp | Entries | Addresses | Notes | Deleted |
|---|---|---|---|---|---|---|
| 1 | **Name:** Budman<br>**Group:** friends<br>**Source:** Snapchat | | **User ID:**<br>Username rjay733 | | | |
| 2 | **Name:** Budman<br>**Source:** WhatsApp<br>**Photos:**<br>18765627953-1508368907.jpg | | **Phone:**<br>Mobile +1 (876) 562-7953 | | | |



# Extraction Report
Apple iPhone Logical

## SMS Messages (4)

⚠ *These details are cross-referenced from this device's contacts*

| # | Folder | Party | Time | All timestamps | Status | Message | Deleted |
|---|--------|-------|------|----------------|--------|---------|---------|
| 1 | Inbox | To +13476338544 bruce luton* From +18764698163 Miss Carlene* Direction: Incoming | 7/29/2018 9:31:03 PM(UTC+0) | Read: 7/29/2018 9:31:05 PM(UTC+0) | Read | MI a go get min and call yuh | |
| 2 | Inbox | To +13476338544 bruce luton* From +18764698163 Miss Carlene* Direction: Incoming | 7/29/2018 9:30:31 PM(UTC+0) | Read: 7/29/2018 9:30:34 PM(UTC+0) | Read | MI left my money in my car | |
| 3 | Sent | From +13476338544 bruce luton* To +18764698163 Miss Carlene* Direction: Outgoing | 7/29/2018 9:28:06 PM(UTC+0) | | Sent | +1 (876) 308-6329 | |
| 4 | Inbox | To +13476338544 bruce luton* From +18764698163 Miss Carlene* Direction: Incoming | 7/29/2018 9:27:11 PM(UTC+0) | Read: 7/29/2018 9:27:19 PM(UTC+0) | Read | What is bird number | |

1

CELL_00000003



# Extraction Report
Apple iPhone Logical

## Contacts (1)

| # | Contact | Timestamp | Entries | Addresses | Notes | Deleted |
|---|---|---|---|---|---|---|
| 1 | **Name:** X-Budman<br>**Source:** WhatsApp<br>**Photos:**<br>18763086329-1519781522.jpg<br>18763086329-1537577152.thumb<br>18763086329-1537577152.jpg | **Modified:**<br>2/25/2018 2:36:33 AM(UTC+0) | **Phone:**<br>+18763086329 | | About: Busy | |



CELL_00000045.001