IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Christine M. Arguello

Criminal Action No. 19-cr-00098-CMA-01

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. LEONARD LUTON,

    Defendant.

---

## VERDICT FORM

---

### COUNT 1

We, the jury, upon our oaths, unanimously find Mr. Luton, in Count 1 of the Superseding Indictment, charging Mr. Luton with conspiracy to commit mail fraud:

_____ Not Guilty      __X__ Guilty

### COUNT 2

We, the jury, upon our oaths, unanimously find Mr. Luton, in Count 2 of the Superseding Indictment, charging Mr. Luton with aiding and abetting mail fraud on or about March 29, 2018:

_____ Not Guilty      __X__ Guilty

### COUNT 3

We, the jury, upon our oaths, unanimously find Mr. Luton, in Count 3 of the Superseding Indictment, charging Mr. Luton with aiding and abetting mail fraud on or about April 3, 2018:

_____ Not Guilty      __X__ Guilty

## COUNT 4

We, the jury, upon our oaths, unanimously find Mr. Luton, in Count 4 of the Superseding Indictment, charging Mr. Luton with aiding and abetting mail fraud on or about April 16, 2018:

__X__ Not Guilty          _____ Guilty

## COUNT 5

We, the jury, upon our oaths, unanimously find Mr. Luton, in Count 5 of the Superseding Indictment, charging Mr. Luton with mail aiding and abetting mail fraud on or about July 27, 2018:

_____ Not Guilty          __X__ Guilty

## COUNT 6

We, the jury, upon our oaths, unanimously find Mr. Luton, in Count 6 of the Superseding Indictment, charging Mr. Luton with aiding and abetting mail fraud on or about September 6, 2018:

_____ Not Guilty          __X__ Guilty

## COUNT 7

We, the jury, upon our oaths, unanimously find Mr. Luton, in Count 7 of the Superseding Indictment, charging Mr. Luton with aiding and abetting mail fraud on or about September 25, 2018:

_____ Not Guilty          __X__ Guilty

## COUNT 8

We, the jury, upon our oaths, unanimously find Mr. Luton, in Count 8 of the Superseding Indictment, charging Mr. Luton with aiding and abetting mail fraud on or about October 22, 2018:

_____ Not Guilty          __X__ Guilty

## COUNT 9

We, the jury, upon our oaths, unanimously find Mr. Luton, in Count 9 of the Superseding Indictment, charging Mr. Luton with aiding and abetting mail fraud on or about October 30, 2018:

_____ Not Guilty          \_\_X\_\_ Guilty

## COUNT 10

We, the jury, upon our oaths, unanimously find Mr. Luton, in Count 10 of the Superseding Indictment, charging Mr. Luton with aiding and abetting mail fraud on or about November 7, 2018:

_____ Not Guilty          \_\_X\_\_ Guilty

13 Feb 2020
DATE

[REDACTED]
FOREPERSON