**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Criminal Case No. 19-cr-00098-CMA-1

UNITED STATES OF AMERICA,

    Plaintiff,

v.

LEONARD LUTON,

    Defendant.

---

## *UNOPPOSED* MOTION TO EXTEND TIME TO FILE OBJECTIONS TO PSR

---

Defendant Leonard Luton ("Defendant"), by Counsel, Mark Edward Scabavea of SCABAVEA & ASSOCAIATES, LLC, respectfully requests that this Honorable Court extend time to file Defendant's Objections to PSR currently due on May 5, 2020, to May 15, 2020.

### CONFERRAL

Counsel has conferred with government's counsel on April 30, 2020, and the government does not oppose this motion.

### BACKGROUND

On April 14, 2020, Counsel filed a Motion to Extend Time to File Objections to PSR from April 21, 2020, to May 5, 2020, which this Court granted on the same day. Counsel requested the extension because the COVID-19 Pandemic has prevented Counsel from meeting with Defendant from the date of the filing of the first draft of the PSR to the date of the Motion.

1

## **ARGUMENT**

As of the time of this filing, the COVID-19 Pandemic has continued to prevent Counsel from meeting with defendant at FDC Englewood to go over defendant's PSR. It appears likely that Counsel will be able to meet with defendant before May 15, 2020.

WHEREFORE, Defendant Leonard Luton respectfully requests this Court extend his deadline to file Objections to PSR from May 5, 2020, to May 15, 2020.

Respectfully submitted this 1st day of May, 2020.

                SCABAVEA & ASSOCIATES, LLC

                s/ Mark E. Scabavea
                MARK EDWARD SCABAVEA
                301 Sheridan Blvd.
                Lakewood, Colorado 80226
                Office: (707) 592-5571
                markscabavea@icloud.com

**CERTIFICATE OF SERVICE (CM/ECF)**

   I hereby certify that on May 1, 2020, I electronically filed the foregoing Unopposed Motion to Extend Deadline to File Objections to the PSR with the Clerk of the Court using the CM/ECF system and/or electronic mail, which will send electronic notification to all the parties.

Martha Ann Paluch
martha.paluch@usdoj.com

              s/ Mark E. Scabavea
              MARK EDWARD SCABAVEA
              301 Sheridan Blvd.
              Lakewood, Colorado 80226
              Office: (707) 592-5571
              markscabavea@icloud.com