**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

Criminal Case No. 19-cr-00098-CMA-1

UNITED STATES OF AMERICA,

      Plaintiff,

v.

LEONARD LUTON,

      Defendant.

---

### *UNOPPOSED* MOTION TO EXTEND TIME TO FILE OBJECTIONS TO PSR

---

Defendant Leonard Luton ("Defendant"), by Counsel, Mark Edward Scabavea of SCABAVEA & ASSOCAIATES, LLC, respectfully requests that this Honorable Court extend time to file Defendant's Objections to PSR currently due on May 20, 2020, to May 27, 2020.

### CONFERRAL

Counsel has conferred with government's counsel on May 15, 2020, and the government does not oppose this motion.

### BACKGROUND

On April 14, 2020, Counsel filed a Motion to Extend Time to File Objections to PSR from April 21, 2020, to May 5, 2020, which this Court granted on the same day. Counsel requested the extension because the COVID-19 Pandemic has prevented Counsel from meeting with Defendant from the date of the filing of the first draft of the PSR to the date of the Motion. On May 1, 2020, Counsel filed a Second Motion to Extend Time to File Objections to PSR from May 5, 2020, to May

1

15, 2020, which this Court granted on the same day.  Counsel requested the extension for the same reason as noted above.  On May 15, Counsel and Counsel for the Government filed a Joint Motion to Reset the Sentencing date due to COVID-19 and in that Motion jointly Moved to Extend the Time to File Objections to PSR to May 20, 2020, which this Court granted on the same day.

## **ARGUMENT**

Due to COVID-19, Counsel has not been able to visit Defendant as of the date of this filing.  Due to Counsel's numerous extension requests regarding the instant deadline, Counsel decided to confer with Defendant over the phone.  On May 18, 2020, Counsel requested FDC Englewood to have a phone conversation with Defendant.  FDC's current policy is that Counsel must make the request 48 hours in advance, which Counsel did.  However, FDC never got back to counsel about having a phone conversation.  Over the past two weeks, regarding other clients, Counsel has encountered difficulty in having phone conversations with clients in FDC.  Counsel has made another request to speak with Defendant the date of this filing.

WHEREFORE, Defendant Leonard Luton respectfully requests this Court extend his deadline to file Objections to PSR from May 20, 2020, to May 27, 2020.

Respectfully submitted this 20th day of May, 2020.


SCABAVEA & ASSOCIATES, LLC


s/ Mark E. Scabavea
MARK EDWARD SCABAVEA
301 Sheridan Blvd.
Lakewood, Colorado 80226
Office: (707) 592-5571
markscabavea@icloud.com

## CERTIFICATE OF SERVICE (CM/ECF)

I hereby certify that on May 20, 2020, I electronically filed the foregoing Unopposed Motion to Extend Deadline to File Objections to the PSR with the Clerk of the Court using the CM/ECF system and/or electronic mail, which will send electronic notification to all the parties.

Martha Ann Paluch
martha.paluch@usdoj.com

s/ Mark E. Scabavea
MARK EDWARD SCABAVEA
301 Sheridan Blvd.
Lakewood, Colorado 80226
Office: (707) 592-5571
markscabavea@icloud.com