**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Criminal Case No. 19-cr-00098-CMA-1

UNITED STATES OF AMERICA,

    Plaintiff,

v.

LEONARD LUTON,

    Defendant.

---

### OBJECTIONS TO PRESENTENCE REPORT

---

Defendant Leonard Luton ("Defendant"), by counsel, Mark Edward Scabavea of SCABAVEA & ASSOCAIATES, LLC, respectfully objects to the following paragraphs of the Presentence Report dated April 7, 2020, as follows:

### OBJECTIONS TO PARAGRPAH 9

The Presentence Report states that "the defendant' co-conspirator, Rajay Dobson ("Dobson"), calling himself 'Frank White,' convinced the victim, S.O [that she won a lottery scheme.]" The trial and no other evidence established that Dobson was "Frank White." To the extent that the PSR asserts that Dobson is "Frank White," Defendant objects entirely.

### OBJECTIONS TO PARAGRPAH 16

The Presentence Report states that Defendant's loss to victims of the scheme totaled $994,793.75. Defendant objects. The PSR is wrong. The loss is significantly less. Defendant's reasoning and argument will be included the Defendant's sentencing statement.

1

## OBJECTIONS TO PARAGRPAH 17 - 57

The Presentence Report states that Defendant obstructed justice. For the reasons stated in Defendant's sentence statement, Defendant objects.

## OBJECTIONS TO PARAGRPAH 72

The Presentence Report asserts that S.O was a vulnerable victim for purposes of the Sentencing Guidelines. Defendant asserts that victim was not vulnerable and, in fact, assisted in perpetuating the scheme. Defendant's reasoning and argument will be included the Defendant's sentencing statement. Defendant also asserts that S.P assisted in perpetuating the scheme.

## OBJECTIONS TO PARAGRPAH 66-67

Defendant objects to the offense level computation for the reasons stated in the paragraph above.

## OBJECTIONS TO PARAGRPAH 69-72

Defendant objects to the offense level computation for the reasons stated in the paragraph above.

## OBJECTIONS TO PARAGRPAH 74-75

Defendant objects to the offense level computation for the reasons stated in the paragraph above.

## OBJECTION TO PARAGRPAH 78

Defendant objects to the offense level computation for the reasons stated in the paragraph above.

### OBJECTIONS TO PARAGRPAH 112 - 116

Defendant objects to these paragraphs for the reasons stated in the paragraph above.

### OBJECTION TO PARAGRPAH 123

Defendant objects to this paragraphs for the reasons stated in the paragraph above.

Respectfully submitted this 27th day of May, 2020.

        SCABAVEA & ASSOCIATES, LLC

        s/ Mark E. Scabavea
        MARK EDWARD SCABAVEA
        301 Sheridan Blvd.
        Lakewood, Colorado 80226
        Office: (707) 592-5571
        markscabavea@icloud.com
        *Attorney for Defendant Leonard Luton*

**CERTIFICATE OF SERVICE (CM/ECF)**

       I hereby certify that on May 27, 2020, I electronically filed the foregoing Defendant's Objections to the Presentence Report with the Clerk of the Court using the CM/ECF system and/or electronic mail, which will send electronic notification to all the parties.

martha.paluch@usdoj.com

                                            s/ Mark E. Scabavea
                                            MARK EDWARD SCABAVEA
                                            301 Sheridan Blvd.
                                            Lakewood, Colorado 80226
                                            Office: (707) 592-5571
                                            markscabavea@icloud.com