**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Criminal Case No. 19-cr-00098-CMA-1

UNITED STATES OF AMERICA,

    Plaintiff,

v.

LEONARD LUTON,

    Defendant.

---

## DEFENDANT"S NON-WAIVER TO VTC

---

Defendant Leonard Luton ("Defendant"), by Counsel, Mark Edward Scabavea states that he DOES NOT waive his physical appearance at his Sentencing Hearing.

Respectfully submitted this 22nd day of July, 2020.

        SCABAVEA & ASSOCIATES, LLC

        s/ Mark E. Scabavea
        MARK EDWARD SCABAVEA
        301 Sheridan Blvd.
        Lakewood, Colorado 80226
        Office: (707) 592-5571
        markscabavea@icloud.com

2

## CERTIFICATE OF SERVICE (CM/ECF)

       I hereby certify that on July.22, 2020, I electronically filed forgoing with the Clerk of the Court using the CM/ECF system and/or electronic mail, which will send electronic notification to all the parties.

Martha Ann Paluch
martha.paluch@usdoj.com

                                          s/ Mark E. Scabavea
                                          MARK EDWARD SCABAVEA
                                          301 Sheridan Blvd.
                                          Lakewood, Colorado 80226
                                          Office: (707) 592-5571
                                          markscabavea@icloud.com