Leonard Tutor
19-cr-00098-C.MA

Ex parte Letter

Judge: Christine M. Arguello

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO
NOV 04 2020
JEFFREY P. COLWELL
CLERK

Good Day Your Honor, I hope my letter reaches you in good faith and also catches you in good health. The importance of this letter to you your honor is to somewhat highlight some of the many systematic unfairness portrayed within my Pre-sentence Report and my entire case also, but at this point i'm mostly making reference to my "P.S.R Reports." Being present at my trial we all observed the fact that I was not found guilty of my conviction of "Mail fraud 18.U.S.C 1341" but instead I was found guilty of Aiding and Abetting "Mail fraud," hence I was aiding someone "so to speak" whom have not been found guilty in a court of law for "Mail fraud" but yet still the government's failure to properly prove beyond an preponderous of evidence whom the real perpitraitor/s of this crime has yeilded the government to place the entirety of burden of this crime on my shoulders like a noose, portraying me to be this supervillan or better yet the next "Bernie Maydof" whilst my 4th yrs of existance has never shown any form or sort of criminal activity or history ever!

Despite our differences, wether it be race, color, gender, ethnicbackground e.t.c, we are all living breathing human beings with soles and hearts and families e.t.c so I believe like you that equal treatment should be established across the board for everyone. Not to drag out this letter, but there are many, many case's of and with the same stature as

the one I have that has gotten relatively minimal or even probational sentences for this stature and these cases show some or 90% of these defendants doing extremely worse damage in peoples lives, community, this City and others and frankly our Country that I love so dearly America. This is no way shape or form a letter trying to tell you how to do your job as hats off to you Mrs. Arguello for being the most fair and non partial judge that we as inmates wish to encounter, cause you have a heart and that a rare trait portrayed in these judges. So thats why I've chosen to write you as a human being with a heart and understanding and not as this "supervillan" portrayed by the government. I wish to show you in the future cases of the same statue and terrible History and involvement, whom has gotten sentences in proportion to their conduct as opposed to my "Relevant Conduct" in my case.

In Life we can't often retract the decisions that we've made but I will make sure to make better ones in the future." A false balance is an obamination to the Lord, but just weight is It's Delight." Please be safe in this pandemic and thank you for your time.

Leonard Huton
F.D.C Englewood
9595 west Quincy Ave
Littleton C.O. 80123

Legal Mail

DENVER CO 802
2 NOV 2020 PM 9 L

19-CR-00098-CMA

Clerk of Court
901 19th st
Denver C.O. 80294
United States District Court

80294-250099

Legal Mail



