Leonard Luton

To: Judge... Christine M. Arguello

Exparte Letter

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

JAN 05 2021

JEFFREY P. COLWELL
CLERK

Good day your Honor, I am deeply saddened to be writing to you again but my current situations have now escalated to heights that I am not able to continue withstanding without pleading my cause to you your Honor. Its with an extremely heavy heart that I express a small fraction of whats been happening since Ive been incarcerated. Currently my mother has been hospitalized for over a month with health issues witch has led to the loss of her primary limbs, well some of them the lower half to be precise, the hospital had her on therapy to aid her in trying to have her walk again. but so far little or no success. Now the hospital is sending her home as her insurance is not covering any more of the therapy and we do not have the finance needed to get her the help she needs. Its rather embarrising for me to say as a grown man but my mother and me partially lives off her social security check and also whatever Im able to work and bring home. Your Honor. We weren't suffering mam but we were going to food pantries two times or more a week cause most of our earnings goes to bills every month. with that said I have received numerous texts and letters from my son's mother about not being able to provide food for my child since Ive been locked up mam and that tears me to threads to no that Ive failed as a parent to my kids and also as a man and a son to my Mother & father your Honor, just the thought of me being accused, worst convicted of an hanius crime witch I was told that it has generated nearly a million dollars but obviously not by me nor anyone associated with me as we all have seen that we all from then till now is still financially deprived of that kind of money so your Honor how much of this "elaborate scheme" benefitted anybody at all wether mentioned or not, theres no symbiosis between my life or anyone factually about this alleged million dollar scheme. Ive suffered irreversable trauma to find out

that some of my family had to relocate because of threats due to the current situation and also my son's grandfather was brutally slain in accordance also to these horrific and wrongfull convictions placed upon me your Honor and I have to live with these consequences both mentally and physically.

My Attorney failed to establish any grounds in my trial as there was absolutely no preparation made for my trial by my Attorney as we saw in court, and frankly your Honor I can't blame my Attorney because of the mere fact that I failed to pay him for his services so again the lack of finances is killing me slowly. Many un-objected statements were made by the Prosecution like them labelling me as a scammer because I'm Jamaican and a song they used as an inference to stereotype Jamaicans and My Attorney had nothing to say about it your honor, so clearly both the Prosecution and my Attorney was not on my side for the most part Man. Your Honor I am just asking you to see my character as I truely am and not as this in-humane criminal that the Prosecutors are portraying me to be "I am also a victim - I've lost everything man".

I'm hoping that your just fairness puts you down in history as a Judge whom is on the side a better judicial system, working towards the end of Prosecutional abuse of Power & systematic Racial Bias withing our beloved America.

With all Due Respect, please be safe and may God Bless You And your loved ones and keep you healthy.

[Luke 11 v 46]



Reorvad Newton - 44615-3013
F.S.C. Englewood
9595 West Quincy
Littleb CO. 80123

19-cr-00098-CMA

Legal Mail

DENVER CO  802
29 DEC 2020  PM 6  L

802848$2500

CLERK OF COURT -
19-cr-00098-CMA
901 19th St Denver
CO. 802014
United State District Court

Happy
Holidays

19-cr-00098-cma

Legal Mail

19-cr-00098-cma