**SUMMARY OF MAILINGS AND WIRES MADE BY SANDRA OLSON**

| DATE (on or about) | NAME OF RECIPIENT | ADDRESS | SANDRA OLSON BANK | AMOUNT | BATES | COMMENT | CASH/ CHECK/ PHONE | SHIP COST | SHIP METHOD | OTHER BATES NO |
|---|---|---|---|---|---|---|---|---|---|---|
| 03/22/18 | Jane Therault | | Bank of EP Savings | $ 10,606.00 | Bank Stmnt: BEP_4 Bank Support: BEP_8 (CC) | $10,600 Cashier's Check to Jane Therault. $6 Fee. | cashier's check | | | |
| 03/26/18 | Sandra Pitcher | 4370 Wimbleton Dr Apt 8, Grandville MI 49418 | Safeway/cash | $ 1,960.00 | WU_2 | | Western Union | | | Name & Address of Olson & Pitcher: WU_2 |
| 03/27/18 | Sandra Pitcher | 4370 Wimbleton Dr Apt 8, Grandville MI 49418 | Safeway/cash | $ 1,999.20 | WU_2 | | Western Union | | | Name & Address of Olson & Pitcher: WU_2 |
| 03/27/18 | Sandra Pitcher | 4370 Wimbleton Dr Apt 8, Grandville MI 49418 | Safeway/cash | $ 1,960.00 | WU_2 Bank Support: FLG_9 (Pitcher check to Luton) | | Western Union | | | Name & Address of Olson & Pitcher: WU_2 |
| 03/27/18 | Sandra Pitcher | 4370 Wimbleton Dr Apt 8, Grandville MI 49418 | Bank of EP | $ 5,000.00 | Bank Stmnt: BEP_4 Bank Support: BEP_9 (CC/Cash) Bank Support: FLG_9 (Pitcher check to Luton) | $5,000 Cashier's Check to Sandra Pitcher. $6 Fee. $3,006 w/l. $2,000 Cash in. | cash | $ 15.90 | UPS | Name, Address, & Ship Cost: INV_1955 |
| 03/29/18 | Sandra Pitcher | 4370 Wimbleton Dr Apt 8, Grandville MI 49418 | Bank of EP | $ 9,095.75 | Bank Support: INV_1760-1761; Bank Stmnt: BEP_44 Bank Stmnt: HNB_120 (Pitcher Acct) Bank Support: HNB_9 (Pitcher Acct) | **COUNT 2** | cashier's check | | | |
| 04/02/18 | Sandra Pitcher | 4368 Wimbleton Dr Apt 8, Grandville MI 49418 | Premier Members CU | $ 28,002.00 | Bank Stmnt: PMCU_23 Bank Support: PMCU_119 Bank Stmnt: FLG_16 (Pitcher Acct) Bank Support: FLG_10 (Pitcher Acct) | | check | | UPS | Address: INV_1694 |
| 04/03/18 | Sandra Pitcher | 4369 Wimbleton Dr Apt 8, Grandville MI 49418 | Premier Members CU | $ 9,097.75 | Bank Stmnt: PMCU_23 Bank Support: PMCU_120 Bank Stmnt: HNB_120 (Pitcher Acct) Bank Support: HNB_10 (Check, Pitcher Acct) | **COUNT 3** $9,095.75 check disbursed to Sandra Pitcher. $2 fee | cashier's check | | | |
| 04/10/18 | Sandra Pitcher | 4370 Wimbleton Dr Apt 8, Grandville MI 49418 | Premier Members CU | $ 20,000.00 | Bank Stmnt: PMCU_23 Bank Support: PMCU_111 Bank Stmnt: FLG_16 (Pitcher Acct) Bank Support: FLG_11 (Pitcher Acct) | $20,000 check disbursed to Sandra Pitcher | check | | UPS | Address: INV_1694 |

1

**ATTACHMENT A**

GOVERNMENT EXHIBIT 128 19-cr-00098-CMA-01

| DATE (on or about) | NAME OF RECIPIENT | ADDRESS | SANDRA OLSON BANK | AMOUNT | BATES | COMMENT | CASH/ CHECK/ PHONE | SHIP COST | SHIP METHOD | OTHER BATES NO |
|---|---|---|---|---|---|---|---|---|---|---|
| 04/16/18 | Sandra Pitcher | 4371 Wimbleton Dr Apt 8, Grandville MI 49418 | Premier Members CU | $ 45,002.00 | Bank Stmnt: PMCU_24 & 30 (Reverse) Bank Support: PMCU_122 Bank Support: ONB_6 (Pitcher Acct withdrawal) | $45,000 check disbursed to Sandra Pitcher. $2 fee 05/30 Reversed | Cashier's Check (Returned 5/30) | | UPS | Address: INV_1694 |
| 04/16/18 | Sandra Pitcher | 4371 Wimbleton Dr Apt 8, Grandville MI 49418 | Bank of EP Savings | $ 45,006.00 | Bank Stmnt: BEP_12 Bank Support: BEP_16 Bank Stmnt: GRB_11 (Pitcher Acct) Bank Support: GRB_12-13 (Pitcher Acct) | **COUNT 4** BEP_16 (04/16) $45,000 Cashier's Check to Sandra Pitcher. $6 Fee. BEP_17 (05/03) Returned from Grand River Bank | Cashier's Check (returned 5/3 $45,000) | | | |
| 05/23/18 | John Anderson | 854 N Tacoma Apt C, Allentown, PA 18109 | | $ 10,000.00 | | | cash | $ 49.19 | UPS | Name, Address & Ship Cost: INV_1950 |
| 05/24/18 | Paul Wither | 35 N 14th St Apt 9, Allentown, PA 18102 | | $ 10,000.00 | | | cash | $ 49.19 | UPS | Name, Address & Ship Cost: INV_1951 |
| 05/29/18 | | | Bank of EP | $ 9,000.00 | Bank Stmnt: BEP_53 Bank Support: BEP_55 (Cash) | | cash | | | |
| 05/29/18 | John Anderson | 172-42 Brocher Rd, Jamaica, NY 11434 | Premier Members CU | $ 9,000.00 | Bank Stmnt: PMCU_30 Bank Support: PMCU_125 (Cash) | | cash | | FedEx | Name & Address: INV_1580 |
| 05/30/18 | John Anderson | 172-42 Brocher Rd, Jamaica, NY 11434 | Premier Members CU | $ 10,000.00 | Bank Stmnt: PMCU_30 Bank Support: PMCU_126 (Cash) | | cash | | FedEx | Name & Address: INV_1586 |
| 06/04/18 | John Anderson | 172-42 Brocher Rd, Jamaica, NY 11434 | Premier Members CU | $ 15,000.00 | Bank Stmnt: PMCU_34 Bank Support: PMCU_127 (Cash) Cash Receipt Form: PMCU_70 | | cash | | FedEx | Name & Address: INV_1581 |
| 06/05/18 | Nicoli Miller/ Sandra Pitcher | Pomepano Beach, FL | Bank of CO | $ 15,000.00 | Bank Stmnt: BCO_62 Bank Support: BCO 64 & 65 (CC) | $15,000 Cashier's Check to Nicoli Miller | cashier's check | | | |
| 06/05/18 | Ashli Jarret | Pampano Beach, FL | Bank of CO | $ 15,000.00 | Bank Stmnt: BCO_33 Bank Support: BCO_35 & 36 (CC) Bank Support: BOA_449 (Luton Acct) | $15,000 Cashier's Check to Ashli Jarrett | cashier's check | | | |
| 06/07/18 | John Anderson | 172-42 Brocher Rd, Jamaica, NY 11434 | Bank of CO | $ 5,000.00 | Bank Stmnt: BCO_62 Bank Support: BCO_64 (Cash) Bank Support: BOA_450-451 (Luton Acct) | | cash | $ 49.30 | UPS | Name, Address, & Ship Cost: INV_1944 |
| 06/07/18 | John Anderson | 172-42 Brocher Rd, Jamaica, NY 11434 | Bank of CO | $ 4,000.00 | Bank Stmnt: BCO_33 Bank Support: BCO_35 (Cash) | | cash | | UPS | Name, Address, & Ship Cost: INV_1944 |
| 06/07/18 | John Anderson | 172-42 Brocher Rd, Jamaica, NY 11434 | | $ 6,000.00 | | | cash | | UPS | Name, Address, & Ship Cost: INV_1944 |

**ATTACHMENT A**

| DATE (on or about) | NAME OF RECIPIENT | ADDRESS | SANDRA OLSON BANK | AMOUNT | BATES | COMMENT | CASH/ CHECK/ PHONE | SHIP COST | SHIP METHOD | OTHER BATES NO |
|---|---|---|---|---|---|---|---|---|---|---|
| 07/06/18 | Whittas Trucking | 132 School Street, Manchester, CT 06040 | Bank of CO | $ 25,000.00 | Bank Stmnt: BCO_26 Bank Support: BCO_28 & 30 (CC) | $25,000 Cashier's Check to Wittas Trucking | cashier's check | | FedEx | Name & Address: INV_1582 |
| 07/06/18 | Barbara Nations | 736 Anna Laurel Rd, Early Branch SC 29916 | Bank of CO | $ 25,000.00 | Bank Stmnt: BCO_26 Bank Support: BCO_28 & 29 (CC) | $25,000 Cashier's Check to Barbara Nations | cashier's check | | FedEx | Name & Address: INV_1584 |
| 07/09/18 | Frank White | 172-42 Brocher Rd, Jamaica, NY 11434 | Premier Members CU | $ 4,000.00 | Bank Stmnt: PMCU_38 Bank Support: PMCU_130 (Cash) | | cash | | FedEx | Name & Address: INV_1585 |
| 07/16/18 | Tracy Ann McLean | | Bank of EP | $ 15,006.00 | Bank Stmnt: BEP_22 Bank Support: BEP_26 (CC) | $15,000 Cashier's Check to Tracy Ann Mclean. $6 Fee | cashier's check | | UPS | Address: INV_1694 |
| 07/16/18 | Tracy Ann McLean | | Premier Members CU | $ 15,002.00 | Bank Stmnt: PMCU_38 Bank Support: PMCU_131 (Check) | $15,000 check disbursed receipt to Tracy Ann McLean. $2 fee | check | | | |
| 07/17/18 | Frank White | 132 School Street, Manchester, CT 06040 | credit card | $ 2,307.00 | | | 2 Verizon iPhones | | UPS | Address: INV_1694 |
| 07/23/18 | Lloyd Wessom | 132 School Street, Manchester, CT 06040 | Bank of CO | $ 15,000.00 | Bank Stmnt: BCO_22 ($30,000 check split into two CC) Bank Support: BCO_71-72 | | cashier's check | | UPS | Address: INV_1694 |
| 07/23/18 | Lloyd Wessom | 132 School Street, Manchester, CT 06040 | Bank of CO | $ 15,000.00 | Bank Stmnt: BCO_22 ($30,000 check split into two CC) Bank Support: BCO_71-72 | | cashier's check | | UPS | Address: INV_1694 |
| 07/27/18 | Frank White | 172-42 Brocher Rd, Jamaica, NY 11434 | Bank of EP | $ 20,000.00 | Bank Stmnt: BEP_67 Bank Support: BEP_69 (Cash) | **COUNT 5** | cash | | UPS | Address: INV_1694 |
| 08/06/18 | Daniel McFarlane | 911 Grade Ln, Louisville, KY 40213 | | $ 30,000.00 | | | cash | $ 83.69 | UPS | Address: INV_1694 |
| 08/10/18 | Frank White | 172-42 Brocher Rd, Jamaica, NY 11434 | | $ 10,000.00 | | | cash | | FedEx | Name & Address: FEDX_15 |
| 08/20/18 | Frank White | 172-42 Brocher Rd, Jamaica, NY 11434 | Premier Members CU | $ 15,100.00 | Bank Stmnt: PMCU_43 Bank Support: PMCU_71-72 | | cash | | FedEx | Name & Address: FEDX_14 |
| 08/22/18 | Frank White | 172-42 Brocher Rd, Jamaica, NY 11434 | | $ 15,000.00 | | | cash | | FedEx | Name & Address: FEDX_13 |
| 08/29/18 | Frank White | 172-42 Brocher Rd, Jamaica, NY 11434 | Premier Members CU | $ 14,000.00 | Bank Stmnt: PMCU_43 Bank Support: PMCU_134 (Cash); PMCU_73-74 | | cash | | FedEx | Name & Address: FEDX_12 |
| 08/31/18 | Frank White | 172-42 Brocher Rd, Jamaica, NY 11434 | Premier Members CU | $ 6,000.00 | Bank Stmnt: PMCU_43 Bank Support: PMCU_135 (Cash) | | cash | | | |
| 08/31/18 | Frank White | 172-42 Brocher Rd, Jamaica, NY 11434 | | $ 15,000.00 | | | cash | | FedEx | Name & Address: FEDX_11 |
| 09/04/18 | Frank White | 172-42 Brocher Rd, Jamaica, NY 11434 | | $ 10,000.00 | | | cash | | FedEx | Name & Address: FEDX_10 |
| 09/06/18 | Mark White | 204 Fifth Ave., Toms River NJ 08757 | Bank of CO | $ 5,000.00 | Bank Stmnt: BCO_53 | **COUNT 6** | cash | | FedEx | Name & Address: FEDX_9 |
| 09/06/18 | Mark White | 204 Fifth Ave., Toms River NJ 08757 | Premier Members CU | $ 10,000.00 | Bank Stmnt: PMCU_48 Bank Support: PMCU_136 (Cash) | **COUNT 6** | cash | | FedEx | Name & Address: FEDX_9 |
| 09/25/18 | John Anderson | 204 Fifth Ave., Toms River NJ 08757 | Bank of CO | $ 20,000.00 | Bank Stmnt: BCO_15 Bank Support: BCO_17 (Cash) | **COUNT 7** | cash | | FedEx | Name & Address: FEDX_8 |

**ATTACHMENT A**

| DATE (on or about) | NAME OF RECIPIENT | ADDRESS | SANDRA OLSON BANK | AMOUNT | BATES | COMMENT | CASH/ CHECK/ PHONE | SHIP COST | SHIP METHOD | OTHER BATES NO |
|---|---|---|---|---|---|---|---|---|---|---|
| 10/01/18 | Nadine Willis | 4298 Oneida Ave., Bronx, NY 10470 | Premier Members CU | $ 20,000.00 | Bank Stmnt: PMCU_52 Bank Support: PMCU_139 (Cash) | | cash | $ 18.15 | UPS | Name, Address & Ship Cost: INV_1948 |
| 10/02/18 | Frank White | 450 Chaplin Ln, Estes Park CO 80517 | | $ 65,000.00 | | | cash | | hand-delivered | |
| 10/11/18 | John Anderson | 204 Fifth Ave., Toms River NJ 08757 | | $ 10,000.00 | | | cash | | FedEx | Name & Address: FEDX_6 |
| 10/11/18 | John Anderson | 204 Fifth Ave., Toms River NJ 08757 | Bank of CO | $ 5,000.00 | Bank Stmnt: BCO_50 Bank Support: BCO_52 (Cash) | | cash | | | |
| 10/19/18 | | | Premier Members CU | $ 25,000.00 | Bank Stmnt: PMCU_52 Bank Support: PMCU_141 (Cash) | | cash | | | |
| 10/22/18 | John Anderson | 1307 Pacific St., Apt 6D, Brooklyn, NY 11216 | credit card | $ 2,718.94 | Purchase receipt: INV_1215 Credit card: INV_1256 | **COUNT 8** | 2 iPhone XS phones | | FedEx | Name & Address: FEDX_4 |
| 10/26/18 | | | Premier Members CU | $ 34,144.00 | Bank Stmnt: PMCU_52 Bank Support: PMCU_110 (Cash); PMCU_79-80 | | cash | | | |
| 10/26/18 | | | Premier Members CU | $ 10,000.00 | Bank Stmnt: PMCU_52 Bank Support: PMCU_110 (Check) | $10,000 check disbursed to Sandra Olson | check | | | |
| 10/30/18 | John Anderson | 1307 Pacific St., Apt 6, Brooklyn, NY 11216 | credit card | $ 2,718.94 | Purchase receipt: INV_1216 Credit card: INV_1674 | **COUNT 9** | 2 iPhone XS phones | | FedEx | Name & Address: FEDX_2 |
| 11/05/18 | John Anderson | 204 Fifth Ave., Toms River NJ 08757 | | $ 15,000.00 | | | cash | | UPS | Address: INV_1694 |
| 11/07/18 | Tom White | 443 Tompkins Ave., Brooklyn, NY 11216 | | $ 15,000.00 | | **COUNT 10** | cash | | UPS | Address: INV_1694 |
| | | | TOTAL | $ 776,725.58 | | | TOTAL SHIPPING | $ 265.42 | | |

**ATTACHMENT A**