| DATE | NAME | ADDRESS | BANK | AMT | CASH/CHECK/PHONE | SHIP COST | SHIP |
|---|---|---|---|---|---|---|---|
| 2/20/2018 | | | | ??? | | | |
| 3/21/2018 | | | Bank of EP Savings | $ 1,000.00 | cash | | |
| 3/22/2018 | | | Bank of EP Savings | $ 10,606.00 | cashier's check | $ 34.31 | FedEx |
| 3/27/2018 | | | Bank of EP Savings | $ 3,006.00 | cash | | |
| 3/26/2018 | Sandra Pitcher | 4370 Wimbleton Dr Apt 8, Grandville MI 49418 | Safeway/cash | $ 1,960.00 | Western Union | $ 39.20 | fee |
| 3/27/2018 | Sandra Pitcher | 4370 Wimbleton Dr Apt 8, Grandville MI 49418 | Safeway/cash | $ 1,960.00 | Western Union | $ 39.20 | fee |
| 3/27/2018 | Sandra Pitcher | 4370 Wimbleton Dr Apt 8, Grandville MI 49418 | Safeway/cash | $ 1,960.00 | Western Union | $ 39.20 | fee |
| 3/27/2018 | | | | $ 5,000.00 | cash | $ 47.70 | UPS |
| 3/29/2018 | | | | $ 9,095.75 | cash | $ 47.70 | |
| 3/30/2018 | | | Bank of EP Savings | $ 48,310.00 | | | |
| 4/2/2018 | Sandra Pitcher | 4368 Wimbleton Dr Apt 8, Grandville MI 49418 | Premier Members CU | $ 28,002.00 | cash | $ 47.18 | UPS |
| 4/3/2018 | Sandra Pitcher | 4369 Wimbleton Dr Apt 8, Grandville MI 49418 | Premier Members CU | $ 9,097.75 | cash | $ 47.18 | UPS |
| 4/10/2018 | Sandra Pitcher | 4370 Wimbleton Dr Apt 8, Grandville MI 49418 | Premier Members CU | $ 20,000.00 | cash | $ 47.29 | UPS |
| 4/16/2018 | Sandra Pitcher | 4371 Wimbleton Dr Apt 8, Grandville MI 49418 | Bank of EP/Premier | $ 45,002.00 | cash/returned 5/30 | $ 47.18 | UPS |
| 4/16/2018 | | withdrawal | Bank of EP Savings | $ 45,006.00 | cash | returned 5/3 $45000 | |
| 5/10/2018 | | UPS returned to Bank of EP | | $ (24,825.00) | cash | | |
| 5/22/2018 | | | Bank of EP | $ 2,000.00 | cash | | |
| 5/23/2018 | John Anderson | 854 N Tacoma Apt C, Allentown, PA 18109 | | $ 10,000.00 | cash | $ 53.56 | UPS |
| 5/24/2018 | Paul Wither | 35 N 14th St Apt 9, Allentown, PA 18102 | | $ 10,000.00 | cash | $ 53.56 | UPS |
| 5/29/2018 | | | Bank of EP | $ 9,000.00 | cash | | |
| 5/29/2018 | John Anderson | 172-42 Brocher Rd, Jamaica, NY 11434 | Premier Members CU | $ 9,000.00 | cash | $ 44.39 | FedEx |
| 5/30/2018 | John Anderson | 172-42 Brocher Rd, Jamaica, NY 11434 | Premier Members CU | $ 10,000.00 | cash | $ 44.39 | FedEx |
| 5/30/2018 | | | Bank of EP | $ 15,000.00 | cash | | |
| | | | Bank of EP | $ 50,000.00 | cashier's check | | |
| 5/30/2018 | | | Bank of EP Savings | $ 15,000.00 | cash | | |
| 6/4/2018 | John Anderson | 172-42 Brocher Rd, Jamaica, NY 11434 | Premier Members CU | $ 15,000.00 | money order | $ 44.39 | FedEx |
| 6/5/2018 | Nicoli Miller/Sandra Pitcher | Pomepano Beach, FL | Bank of CO | $ 15,000.00 | cash deposit in Wells Fargo acct#6031943688 | | Wells Fargo, Loveland |
| 6/5/2018 | Ashli Jarret | Pampano Beach, FL | Chase Bank, Loveland | $ 15,000.00 | cash deposit in Chase acct 763200958 | | Chase Bank, Loveland |
| 6/7/2018 | John Anderson | 172-42 Brocher Rd, Jamaica, NY 11434 | Bank of EP | $ 5,000.00 | cash | $ 47.49 | UPS |
| 6/7/2018 | John Anderson | 172-42 Brocher Rd, Jamaica, NY 11434 | Bank of CO | $ 4,000.00 | cash | same | same |
| 6/7/2018 | John Anderson | 172-42 Brocher Rd, Jamaica, NY 11434 | Bank of EP | $ 6,000.00 | cash | same | same |
| 7/2/2018 | | | Bank of EP | $ 25,000.00 | cash | | |
| 7/6/2018 | Frank White | 132 School Street, Manchester, CT 06040 | Bank of CO | $ 25,000.00 | cashier's check | $ 97.84 | FedEx |
| 7/6/2018 | Barbara Nations | 736 Anna Laurel Rd, Early Branch SC 29916 | Bank of CO | $ 25,000.00 | cashier's check | $ 53.86 | FedEx |
| 7/9/2018 | Frank White | 172-42 Brocher Rd, Jamaica, NY 11434 | Premier Members CU | $ 5,000.00 | cash | $ 44.08 | FedEx |
| | | | Bank of EP Savings | $ 3,500.00 | cash | | |
| 7/16/2018 | Tracy Ann McLean | | Bank of EP | $ 15,000.00 | cash | $ 51.50 | UPS |
| 7/16/2018 | Tracy Ann McLean | | Premier Members CU | $ 15,002.00 | cashier's check | | |
| 7/17/2018 | Frank White | 132 School Street, Manchester, CT 06040 | credit card | $ 2,307.00 | 2 Verizon iPhones | $ 147.01 | UPS |
| 7/23/2018 | Lloyd Wessom | | Bank of CO | $ 15,000.00 | cashier's check | $ 51.50 | UPS |
| 7/23/2018 | Lloyd Wessom | | Bank of CO | $ 15,000.00 | cashier's check | same | same |
| 7/27/2018 | Frank White | 172-42 Brocher Rd, Jamaica, NY 11434 | Bank of EP | $ 20,000.00 | cash | $ 134.72 | UPS |
| 8/2/2018 | | | Bank of EP | $ 3,000.00 | cash | | |
| 8/2/2018 | | | Premier Members CU | $ 15,000.00 | cash | | |
| 8/6/2018 | Daniel McFarlane | 4298 Oneida Ave., Bronx, NY 10470 | | $ 30,000.00 | cash | $ 83.69 | UPS |
| 8/10/2018 | | | Premier Members CU | $ 3,029.00 | cash | | |
| 8/10/2018 | Frank White | 172-42 Brocher Rd, Jamaica, NY 11434 | | $ 10,000.00 | cash | $ 69.93 | FedEx |
| 8/20/2018 | | | Bank of EP | $ 15,935.41 | cash | | |
| 8/20/2018 | Frank White | 172-42 Brocher Rd, Jamaica, NY 11434 | Premier Members CU | $ 15,100.00 | cash | $ 44.08 | UPS |
| 8/22/2018 | Frank White | 172-42 Brocher Rd, Jamaica, NY 11434 | Premier Members CU | $ 15,000.00 | cash | $ 134.72 | FedEx |
| 8/29/2018 | Frank White | 172-42 Brocher Rd, Jamaica, NY 11434 | Premier Members CU | $ 14,000.00 | cash | $ 83.69 | FedEx |
| 8/31/2018 | | | Verizon Wireless Chg | $ 2,158.00 | credit card | | |
| 8/31/2018 | Frank White | 172-42 Brocher Rd, Jamaica, NY 11434 | Premier Members CU | $ 6,000.00 | cash | | |
| 8/31/2018 | Frank White | 172-42 Brocher Rd, Jamaica, NY 11434 | Bank of CO | $ 15,000.00 | cash | $ 44.08 | UPS |
| 9/4/2018 | Frank White | 172-42 Brocher Rd, Jamaica, NY 11434 | Bank of CO | $ 10,000.00 | cash | $ 47.70 | FedEx |
| 9/6/2018 | Mark White | 204 Fifth Ave., Toms River NJ 08757 | Bank of CO | $ 5,000.00 | cash | $ 44.08 | FedEx |
| 9/6/2018 | Mark White | 204 Fifth Ave., Toms River NJ 08757 | Premier Members CU | $ 10,000.00 | cash | | |
| 9/27/2018 | John Anderson | 204 Fifth Ave., Toms River NJ 08757 | Premier Members CU | $ 20,000.00 | cash | $ 44.70 | FedEx |
| 10/1/2018 | Nadine Willis | 4298 Oneida Ave., Bronx, NY 10470 | Premier Members CU | $ 20,000.00 | cash | $ 22.94 | UPS |

**ATTACHMENT B**

**GOVERNMENT EXHIBIT 4**
19-cr-00098-CMA-01

| DATE | NAME | ADDRESS | BANK | AMT | | CASH/CHECK/PHONE | SHIP COST | | SHIP |
|---|---|---|---|---|---|---|---|---|---|
| 10/2/2018 | David Wither | Registered Merchant Banker Ohio | | $ | 65,000.00 | cash | | | |
| 10/2/2018 | Jasmine McLemore | Merchant Banker Broker | | $ | 25,000.00 | cashier's check | | | |
| 10/11/2018 | John Anderson | 204 Fifth Ave., Toms River NJ 08757 | Bank of CO | $ | 10,000.00 | cash | $ | 44.81 | FedEx |
| 10/11/2018 | John Anderson | 204 Fifth Ave., Toms River NJ 08757 | Premier Members CU | $ | 5,000.00 | cash | | | |
| 10/19/2018 | | | Premier Members CU | $ | 25,000.00 | cash | | | |
| 10/22/2018 | John Anderson | 1307 Pacific St., Apt 6D, Brooklyn, NY 11216 | credit card | $ | 2,718.94 | 2 iPhone XS phones | $ | 112.96 | FedEx |
| 10/26/2018 | | | Premier Members CU | $ | 34,144.00 | cash | | | |
| 10/26/2018 | | | Premier Members CU | $ | 10,000.00 | cashier's check | | | |
| 10/30/2018 | John Anderson | 1307 Pacific St., Apt 6, Brooklyn, NY 11216 | credit card | $ | 2,718.90 | 2 iPhone XS phones | $ | 101.46 | FedEx |
| 11/5/2018 | John Anderson | 204 Fifth Ave., Toms River NJ 08757 | Bank of CO | $ | 15,000.00 | cash | $ | 87.61 | UPS |
| 11/7/2018 | Tom White | 443 Tompkins Ave., Brooklyn, NY 11216 | Bank of CO | $ | 15,000.00 | cash | $ | 84.27 | UPS |
| 11/8/2018 | Tom White | 443 Tompkins Ave., Brooklyn, NY 11216 | Bank of CO | $ | 20,000.00 | cash | $ | 84.27 | UPS |
| | | | TOTAL | $ | 999,793.75 | TOTAL SHIPPING | $2,439.42 | | |

NSTC  218-230-7674

Perpetual License Person Insurance 2018

Bank International Sweepstakes

Antonio Morris 646-926-2083 x606

Jenny Walker 876-853-2946, 202-780-4977

David Anderson  876-318-3114

David Miller  876-484-4276, 403-630-1297, 763-360-8742

Mary Nunez  951-382-3668    $450 ??

Frank White CEO   530-317-248? Old#, 702-726-2033 new#

Reggie Dixon

132 School St

Manchester, CT  06840

172-42 Brocher Rd

Jamaica, NY  11434

iPhones

Serial # F2LXHJ7VKPHJ

IMEI # 357268094590751

John Anderson

854 N Tacoma Apt C

Allentown, PA 18109

Serial # F2LXHKZ3KPHJ

204 Fifth Ave

IMEI # 357268094547884

Toms River, NJ  08757

172-42 Brocher Rd

Jamaica, NY  11431

1307 Pacific St, Apt 6D

Brooklyn, nY  11216

Paul Wither

35 N 14th St Apt 9

Allentown, PA  18102

Daniel McFarlane                                UPS is returning this

4290 Oneida Ave

Bronx, NY  10470

Barbara Nation

736 Anna Laurel Rd

Early Branch, SC  29916

David Wither, Registered Merchant Banker

Ohio

Tom White

443 Tompkins Ave

Brooklyn, NY  11216

Mark White

204 Fifth Ave

Toms River, NJ  08757

Jacob Adams (FBI)

347-719-7368

Tracy Ann McLean

Lloyd Wessom

Nadine Willis

4298 Oneida Ave, Bronx NY  10470

John Peterson  315-608-6060

2

**ATTACHMENT B**