| | | | | | | FORFEITURE AMOUNT ATTRIBUTED TO LEONARD LUTON | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| **DATE (on or about)** | **NAME OF RECIPIENT** | **ADDRESS** | **S.O. BANK** | **S.O. AMT** | **ADDN'L AMNT DUE** | **TRIAL VERSION AMOUNT** | **BATES** | **COMMENT** | **CASH/ CHECK/ PHONE** | **SHIP COST** | **SHIP METHOD** | **OTHER BATES NO** |
| 03/26/18 | Sandra Pitcher | 4370 Wimbleton Dr Apt 8, Grandville MI 49418 | Safeway/cash | 1,960.00 | | 1,960.00 | WU_2 | | Western Union | | | Name & Address of S.O. & Pitcher: WU_2 |
| 03/27/18 | Sandra Pitcher | 4370 Wimbleton Dr Apt 8, Grandville MI 49418 | Safeway/cash | 1,960.00 | 39.20 | 1,999.20 | WU_2 | | Western Union | | | Name & Address of S.O. & Pitcher: WU_2 |
| 03/27/18 | Sandra Pitcher | 4370 Wimbleton Dr Apt 8, Grandville MI 49418 | Safeway/cash | 1,960.00 | | 1,960.00 | WU_2 Bank Support: FLG_9 (Pitcher check to Luton) | | Western Union | | | Name & Address of S.O. & Pitcher: WU_2 |
| 03/27/18 | Sandra Pitcher | 4370 Wimbleton Dr Apt 8, Grandville MI 49418 | Bank of EP | 3,006.00 | 1,994.00 | 5,000.00 | Bank Stmnt: BEP_4 Bank Support: BEP_9 (CC/Cash) Bank Support: FLG_9 (Pitcher check to Luton) | $5,000 Cashier's Check to Sandra Pitcher. $6 Fee. $3,006 w/l. $2,000 Cash in. | cash | $ 15.90 | UPS | Name, Address, & Ship Cost: INV_1955 |
| 03/29/18 | Sandra Pitcher | 4370 Wimbleton Dr Apt 8, Grandville MI 49418 | Bank of EP | 9,095.75 | | 9,095.75 | Bank Support: INV_1760-1761; Bank Stmnt: BEP_44 Bank Stmnt: HNB_120 (Pitcher Acct) Bank Support: HNB_9 (Pitcher Acct) | **COUNT 2** | cashier's check | | | |
| 04/02/18 | Sandra Pitcher | 4368 Wimbleton Dr Apt 8, Grandville MI 49418 | Premier Members CU | 28,002.00 | | 28,002.00 | Bank Stmnt: PMCU_23 Bank Support: PMCU_119 Bank Stmnt: FLG_16 (Pitcher Acct) Bank Support: FLG_10 (Pitcher Acct) | | check | | UPS | Address: INV_1694 |
| 04/03/18 | Sandra Pitcher | 4369 Wimbleton Dr Apt 8, Grandville MI 49418 | Premier Members CU | 9,097.75 | | 9,097.75 | Bank Stmnt: PMCU_23 Bank Support: PMCU_120 Bank Stmnt: HNB_120 (Pitcher Acct) Bank Support: HNB_10 (Check, Pitcher Acct) | **COUNT 3** $9,095.75 check disbursed to Sandra Pitcher. $2 fee | cashier's check | | | |
| 04/10/18 | Sandra Pitcher | 4370 Wimbleton Dr Apt 8, Grandville MI 49418 | Premier Members CU | 20,000.00 | | 20,000.00 | Bank Stmnt: PMCU_23 Bank Support: PMCU_111 Bank Stmnt: FLG_16 (Pitcher Acct) Bank Support: FLG_11 (Pitcher Acct) | $20,000 check disbursed to Sandra Pitcher | check | | UPS | Address: INV_1694 |
| 05/23/18 | John Anderson | 854 N Tacoma Apt C, Allentown, PA 18109 | | | | 10,000.00 | | | cash | $ 49.19 | UPS | Name, Address & Ship Cost: INV_1950 |
| 05/24/18 | Paul Wither | 35 N 14th St Apt 9,Allentown, PA 18102 | | | | 10,000.00 | | | cash | $ 49.19 | UPS | Name, Address & Ship Cost: INV 1951 |
| 05/29/18 | John Anderson | 172-42 Brocher Rd, Jamaica, NY 11434 | Premier Members CU | | | 9,000.00 | Bank Stmnt: PMCU_30 Bank Support: PMCU_125 (Cash) | | | | FedEx | Name & Address: INV_1580 |
| 05/30/18 | John Anderson | 172-42 Brocher Rd, Jamaica, NY 11434 | Premier Members CU | | | 10,000.00 | Bank Stmnt: PMCU_30 Bank Support: PMCU_126 (Cash) | | | | FedEx | Name & Address: INV_1586 |

**ATTACHMENT G**

| DATE (on or about) | NAME OF RECIPIENT | ADDRESS | S.O. BANK | S.O. AMT | ADDN'L AMNT DUE | TRIAL VERSION AMOUNT | BATES | COMMENT | CASH/ CHECK/ PHONE | SHIP COST | SHIP METHOD | OTHER BATES NO |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 06/04/18 | John Anderson | 172-42 Brocher Rd, Jamaica, NY 11434 | Premier Members CU | 15,000.00 | | 15,000.00 | Bank Stmnt: PMCU_34 Bank Support: PMCU_127 (Cash) Cash Receipt Form: PMCU_70 | | | | FedEx | Name & Address: INV_1581 |
| 06/07/18 | John Anderson | 172-42 Brocher Rd, Jamaica, NY 11434 | Bank of CO | 5,000.00 | | 5,000.00 | Bank Stmnt: BCO_62 Bank Support: BCO_64 (Cash) Bank Support: BOA_450-451 (Luton Acct) | | cash | $ 49.30 | UPS | Name, Address, & Ship Cost: INV_1944 |
| 06/07/18 | John Anderson | 172-42 Brocher Rd, Jamaica, NY 11434 | Bank of CO | 4,000.00 | | 4,000.00 | Bank Stmnt: BCO_33 Bank Support: BCO_35 (Cash) | | cash | | UPS | Name, Address, & Ship Cost: INV_1944 |
| 06/07/18 | John Anderson | 172-42 Brocher Rd, Jamaica, NY 11434 | | 6,000.00 | | 6,000.00 | | | cash | | UPS | Name, Address, & Ship Cost: INV_1944 |
| 07/06/18 | Whittas Trucking | 132 School Street, Manchester, CT 06040 | Bank of CO | 25,000.00 | | 25,000.00 | Bank Support: BCO_26 Bank Support: BCO_28 & 30 (CC) | $25,000 Cashier's Check to Wittas Trucking | cashier's check | | FedEx | Name & Address: INV_1582 |
| 07/09/18 | Frank White | 172-42 Brocher Rd, Jamaica, NY 11434 | Premier Members CU | 5,000.00 | | 4,000.00 | Bank Stmnt: PMCU_38 Bank Support: PMCU_130 (Cash) | | cash | | FedEx | Name & Address: INV_1585 |
| 07/17/18 | Frank White | 132 School Street, Manchester, CT 06040 | credit card | 2,307.00 | | 2,307.00 | | 2 Verizon iPhones | | | UPS | Address: INV_1694 |
| 07/23/18 | Lloyd Wessom | 132 School Street, Manchester, CT 06040 | Bank of CO | 15,000.00 | | 15,000.00 | Bank Stmnt: BCO_22 ($30,000 check split into two CC) Bank Support: BCO_71-72 | | cashier's check | | UPS | Address: INV_1694 |
| 07/23/18 | Lloyd Wessom | 132 School Street, Manchester, CT 06040 | Bank of CO | 15,000.00 | | 15,000.00 | Bank Stmnt: BCO_22 ($30,000 check split into two CC) Bank Support: BCO_71-72 | | cashier's check | | UPS | Address: INV_1694 |
| 07/27/18 | Frank White | 172-42 Brocher Rd, Jamaica, NY 11434 | Bank of EP | 20,000.00 | | 20,000.00 | Bank Stmnt: BEP_67 Bank Support: BEP_69 (Cash) | COUNT 5 | cash | | UPS | Address: INV_1694 |
| 08/10/18 | Frank White | 172-42 Brocher Rd, Jamaica, NY 11434 | | 10,000.00 | | 10,000.00 | | | cash | | FedEx | Name & Address: FEDX_15 |
| 08/20/18 | Frank White | 172-42 Brocher Rd, Jamaica, NY 11434 | Premier Members CU | 15,100.00 | | 15,100.00 | Bank Stmnt: PMCU_43 Bank Support: PMCU_71-72 | | cash | | FedEx | Name & Address: FEDX_14 |
| 08/22/18 | Frank White | 172-42 Brocher Rd, Jamaica, NY 11434 | | 15,000.00 | | 15,000.00 | | | cash | | FedEx | Name & Address: FEDX_13 |
| 08/29/18 | Frank White | 172-42 Brocher Rd, Jamaica, NY 11434 | Premier Members CU | 14,000.00 | | 14,000.00 | Bank Stmnt: PMCU_43 Bank Support: PMCU_134 (Cash); PMCU_73-74 | | cash | | FedEx | Name & Address: FEDX_12 |
| 08/31/18 | Frank White | 172-42 Brocher Rd, Jamaica, NY 11434 | Premier Members CU | 6,000.00 | | 6,000.00 | Bank Stmnt: PMCU_43 Bank Support: PMCU_135 (Cash) | | cash | | | |
| 08/31/18 | Frank White | 172-42 Brocher Rd, Jamaica, NY 11434 | | 15,000.00 | | 15,000.00 | | | cash | | FedEx | Name & Address: FEDX_11 |
| 09/04/18 | Frank White | 172-42 Brocher Rd, Jamaica, NY 11434 | | 10,000.00 | | 10,000.00 | | | cash | | FedEx | Name & Address: FEDX_10 |
| 09/06/18 | Mark White | 204 Fifth Ave., Toms River NJ 08757 | Bank of CO | 5,000.00 | | 5,000.00 | Bank Stmnt: BCO_53 | COUNT 6 | cash | | FedEx | Name & Address: FEDX_9 |
| 09/06/18 | Mark White | 204 Fifth Ave., Toms River NJ 08757 | Premier Members CU | 10,000.00 | | 10,000.00 | Bank Stmnt: PMCU_48 Bank Support: PMCU_136 (Cash) | COUNT 6 | cash | | FedEx | Name & Address: FEDX_9 |
| 09/25/18 | John Anderson | 204 Fifth Ave., Toms River NJ 08757 | Premier Members CU | 20,000.00 | | 20,000.00 | Bank Stmnt: BCO_15 Bank Support: BCO_17 (Cash) | COUNT 7 | cash | | FedEx | Name & Address: FEDX_8 |

**ATTACHMENT G**

| DATE (on or about) | NAME OF RECIPIENT | ADDRESS | S.O. BANK | S.O. AMT | ADDN'L AMNT DUE | TRIAL VERSION AMOUNT | BATES | COMMENT | CASH/ CHECK/ PHONE | SHIP COST | SHIP METHOD | OTHER BATES NO |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 10/02/18 | Frank White | 450 Chaplin Ln, Estes Park CO 80517 | | 65,000.00 | | 65,000.00 | | | cash | | hand-delivered | |
| 10/11/18 | John Anderson | 204 Fifth Ave., Toms River NJ 08757 | | 10,000.00 | | 10,000.00 | | | cash | | FedEx | Name & Address: FEDX_6 |
| 10/11/18 | John Anderson | 204 Fifth Ave., Toms River NJ 08757 | Bank of CO | 5,000.00 | | 5,000.00 | Bank Stmnt: BCO_50 Bank Support: BCO_52 (Cash) | | cash | | | |
| 10/22/18 | John Anderson | 1307 Pacific St., Apt 6D, Brooklyn, NY 11216 | credit card | 2,718.94 | | 2,718.94 | Purchase receipt: INV_1215 Credit card: INV_1256 | COUNT 8 | 2 iPhone XS phones | | FedEx | Name & Address: FEDX_4 |
| 10/30/18 | John Anderson | 1307 Pacific St., Apt 6, Brooklyn, NY 11216 | credit card | 2,718.90 | 0.04 | 2,718.94 | Purchase receipt: INV_1216 Credit card: INV_1674 | COUNT 9 | 2 iPhone XS phones | | FedEx | Name & Address: FEDX_2 |
| 11/05/18 | John Anderson | 204 Fifth Ave., Toms River NJ 08757 | | 15,000.00 | | 15,000.00 | | | cash | | UPS | Address: INV_1694 |
| 11/07/18 | Tom White | 443 Tompkins Ave., Brooklyn, NY 11216 | | 15,000.00 | | 15,000.00 | | COUNT 10 | cash | | UPS | Address: INV_1694 |
| 11/08/18 | | | | 20,000.00 | | | | Per S.O. chart, Tom White at 443 Tompkins Ave., Brooklyn, NY 11216 | cash | | | |
| | | | | | | | | | | | | |
| | | | SUBTOTAL | 481,926.34 | 2,033.24 | 462,959.58 | | | TOTAL SHIPPING | $    163.58 | | |

|  | |
|---|---|
| TOTAL FORFEITURE AMOUNT | 484,123.16 |

**ATTACHMENT G**