**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Criminal Case No. 19-cr-00098-CMA-1

UNITED STATES OF AMERICA,

    Plaintiff,

v.

LEONARD LUTON,

    Defendant.

---

***UNOPPOSED* DEFENDANT'S MOTION FOR LEAVE
TO FILE CHARACTER LETTERS AND ACCOMPLISHMENTS OF
DEFENDANT WHILE INCARCERATED AND TO FILE SAID DOCUMENTS
UNDER LEVEL 2 RESTRICTION**

---

Defendant Leonard Luton ("Defendant"), by Counsel, Mark Edward Scabavea of SCABAVEA & ASSOCAIATES, LLC, respectfully requests this Honorable Court for leave to file two character letters and his accomplishments which he was incarcerated in FDC Englewood.

## I.  CONFERRAL

Counsel for Defendant conferred with Counsel for the government via email on August 3, 2021.  This motion is *unopposed*.

## II.  LAW

D.C.COLO.LCrR 32.1 (e) states regarding Sentencing Related Documents: "Unless otherwise ordered correspondence or other documents related to sentencing, including letters, reports, certificates, awards, photographs, or other documents pertaining to the defendant, shall be provided to the probation office no

later than 10 days before sentencing and shall be filed no later than seven days before sentencing by a probation officer and are entitled to Level 2 restriction under D.C.COLO.LCrR 47.1(f)(1)(A)." D.C.COLO.LCrR 32.1 (e).

### III.  ARGUMENT

Undersigned counsel was not aware of nor received the attached documents which are two character letters and certificates of accomplishments of Defendant while he was incarcerated in FDC Englewood until August 2, 2021.

### IV.  CONCLUSION

WHEREFORE, Defendant Leonard Luton requests this Honorable Court to ACCEPT filing of the two character letters and certificates of accomplishments of Defendant attached to this motion and to file said documents under Level 2 Restriction.

Dated this 3rd day of August, 2021.

                                      Respectfully Submitted,

                                      **SCABAVEA & ASSOCIATES, LLC**

                                      s/ Mark E. Scabavea
MARK EDWARD SCABAVEA
301 Sheridan Blvd.
Lakewood, Colorado 80226
Office: (707) 592-5571
markscabavea@icloud.com

## CERTIFICATE OF SERVICE (CM/ECF)

I hereby certify that on August 3, 2021, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system and/or electronic mail, which will send electronic notification to all the parties.

Martha Ann Paluch
martha.paluch@usdoj.com

                                                       s/ Mark E. Scabavea
                                                       MARK EDWARD SCABAVEA
                                                       301 Sheridan Blvd.
                                                       Lakewood, Colorado 80226
                                                       Office: (707) 592-5571
                                                       markscabavea@icloud.com