Clarks Town P.O
Top Town
Trelawny

To whom it may Concerns.
I Sandra Blackwood have known Bruce for over 20 years never gets in trouble with the law always kind loving to everyone he meet on his way, always with a smile never let nothing get him down. he is the most beautiful person you can find. to lift your sprite up whenever you feel down. As a mother I am asking kindly for leaness for him because of his son a son need his father espiccially in Jamaica where we have alot of absentee fathers. a son need a father to show him right from wrong and the most I know about Bruce and his son, watch him comes around his son it the most beautiful thing a son can get form a father.

Your truly
Sandra Blackwood.