# CERTIFICATE of PERFORMANCE

THIS ACKNOWLEDGES THAT

## Leonard Luton

HAS OUTSTANDING PERFORMANCE AS A UNIT ORDERLY DURING THE COVID-19 PANDEMIC

His efforts assisted in ensuring a clean, safe, and sanitary environment

APRIL 2021

SIGNED, *Signatory Name, Signatory Title*

Unit Manager

```
ENGF8            *         INMATE EDUCATION DATA        *    04-28-2021
PAGE 002         *              TRANSCRIPT              *      08:30:48


REGISTER NO: 45133-013      NAME..: LUTON                 FUNC: DIS
FORMAT.....: TRANSCRIPT     RSP OF: ENG-ENGLEWOOD FCI


-------------------------------  EDUCATION COURSES  -------------------------------
SUB-FACL   DESCRIPTION                  START DATE  STOP DATE  EVNT AC LV  HRS
ENG DCU    FDC UNDERSTANDING INVESTMENTS 12-10-2020 01-12-2021   P   C  P   10
ENG DCU    FDC STRATEGIC THINKING SKILLS 12-10-2020 01-12-2021   P   C  P   10
ENG DCU    FDC WWII ACE                  12-10-2020 01-12-2021   P   C  P   10
ENG DCU    FDC ACE WWI                   12-10-2020 01-12-2021   P   C  P   10
ENG DCU    FDC ANALOGIES                 12-10-2020 01-12-2021   P   C  P   10
ENG DCU    FDC ECONOMICS OF UNCERTAINTY  12-10-2020 01-12-2021   P   C  P   10
ENG DCU    FDC ART OF STORYTELLING       02-15-2021 03-18-2021   P   C  P   10
ENG DCU    FDC SECRETS OF MYSTERY FICTION 02-15-2021 03-18-2021  P   C  P   10
ENG DCU    FDC REVOLUTIONS&ENLIGHTENMENTS 02-15-2021 03-18-2021  P   C  P   10
ENG DCU    FDC MONEY MANAGEMENT SKILLS   02-15-2021 03-18-2021   P   C  P   10
ENG DCU    FDC MONEY & BANKING PART II   02-15-2021 03-18-2021   P   C  P   10
ENG DCU    FDC MONEY & BANKING PART I    02-15-2021 03-18-2021   P   C  P   10
ENG DCU    FDC MIDDLE AGES & RENAISSANCE 02-15-2021 03-18-2021   P   C  P   10
ENG DCU    FDC FIRST CIVILIZATIONS       02-15-2021 03-18-2021   P   C  P   10


G0002        MORE PAGES TO FOLLOW . . .
```

```
 ENGF8            *         INMATE EDUCATION DATA       *    04-28-2021
 PAGE 003 OF 003  *              TRANSCRIPT             *    08:30:48


 REGISTER NO: 45133-013    NAME..: LUTON              FUNC: DIS
 FORMAT.....: TRANSCRIPT   RSP OF: ENG-ENGLEWOOD FCI


 ---------------------------- EDUCATION COURSES ----------------------------
 SUB-FACL   DESCRIPTION                START DATE  STOP DATE  EVNT AC LV  HRS
 ENG DCU    FDC FINANCIAL LITERACY     02-15-2021  03-18-2021  P   C  P   10
 ENG DCU    FDC TURNING PTS IN AM HIS II  01-12-2021 02-15-2021  P   C  P   10
 ENG DCU    FDC TURNING PTS IN AM HIS I   01-12-2021 02-15-2021  P   C  P   10
 ENG DCU    FDC BRAIN MYTHS EXPLODED   01-12-2021  02-15-2021  P   C  P   10
 ENG DCU    FDC ECONOMIC CRASHES & CRISES 01-12-2021 02-15-2021 P   C  P   10
 ENG DCU    FDC EX OFFENDER JOB HUNTING 01-12-2021 02-15-2021  P   C  P   10
 ENG DCU    FDC PHENOMENA              10-01-2020  10-15-2020  P   C  P   10
 ENG DCU    FDC WWII ACE               07-25-2020  08-07-2020  P   C  P   10
 ENG DCU    FDC ACE EGYPT              07-05-2020  07-12-2020  P   C  P   10




 G0005      TRANSACTION SUCCESSFULLY COMPLETED - CONTINUE PROCESSING IF DESIRED
```

```
ENGF8              *         INMATE EDUCATION DATA            *      04-28-2021
PAGE 001           *              TRANSCRIPT                  *        08:30:48


REGISTER NO: 45133-013    NAME..: LUTON                         FUNC: DIS
FORMAT.....: TRANSCRIPT   RSP OF: ENG-ENGLEWOOD FCI


------------------------------ EDUCATION INFORMATION ---------------------------
FACL ASSIGNMENT DESCRIPTION                 START DATE/TIME  STOP DATE/TIME
ENG  GED UNK    GED STATUS UNKNOWN          02-06-2019 1821  CURRENT


------------------------------- EDUCATION COURSES ------------------------------
SUB-FACL   DESCRIPTION                          START DATE  STOP DATE  EVNT  AC  LV  HRS
ENG DCU    FDC POETRY                           03-18-2021  04-20-2021   P    C   P   10
ENG DCU    FDC IMPERIALISM&WRLD CONFLICTS       03-18-2021  04-20-2021   P    C   P   10
ENG DCU    FDC PHENOMENA                        03-18-2021  04-20-2021   P    C   P   10
ENG DCU    FDC CREATIVE THINKERS' TOOLKIT       03-18-2021  04-20-2021   P    C   P   10
ENG DCU    FDC RE-ENTRY PT 3                    03-18-2021  04-20-2021   P    C   P   10
ENG DCU    FDC RE-ENTRY PT 2                    03-18-2021  04-20-2021   P    C   P   10
ENG DCU    FDC RE-ENTRY PT 1                    03-18-2021  04-20-2021   P    C   P   10
ENG DCU    FDC PRACTICING MINDFULNESS           03-18-2021  04-20-2021   P    C   P   10
ENG DCU    FDC SCIENCE OF RAISING KIDS II       12-10-2020  01-12-2021   P    C   P   10
ENG DCU    FDC SCIENCE OF RAISING KIDS          12-10-2020  01-12-2021   P    C   P   10


G0002         MORE PAGES TO FOLLOW . . .
```

```
ENGF8                 *       INMATE EDUCATION DATA        *    04-28-2021
PAGE 003 OF 003       *            TRANSCRIPT              *    08:30:48


REGISTER NO: 45133-013    NAME..: LUTON              FUNC: DIS
FORMAT.....: TRANSCRIPT   RSP OF: ENG-ENGLEWOOD FCI


---------------------------- EDUCATION COURSES -----------------------------
SUB-FACL   DESCRIPTION                 START DATE  STOP DATE  EVNT AC LV  HRS
ENG DCU    FDC FINANCIAL LITERACY      02-15-2021 03-18-2021   P   C  P   10
ENG DCU    FDC TURNING PTS IN AM HIS II 01-12-2021 02-15-2021  P   C  P   10
ENG DCU    FDC TURNING PTS IN AM HIS I 01-12-2021 02-15-2021   P   C  P   10
ENG DCU    FDC BRAIN MYTHS EXPLODED    01-12-2021 02-15-2021   P   C  P   10
ENG DCU    FDC ECONOMIC CRASHES & CRISES 01-12-2021 02-15-2021 P   C  P   10
ENG DCU    FDC EX OFFENDER JOB HUNTING 01-12-2021 02-15-2021   P   C  P   10
ENG DCU    FDC PHENOMENA               10-01-2020 10-15-2020   P   C  P   10
ENG DCU    FDC WWII ACE                07-25-2020 08-07-2020   P   C  P   10
ENG DCU    FDC ACE EGYPT               07-05-2020 07-12-2020   P   C  P   10




G0005      TRANSACTION SUCCESSFULLY COMPLETED - CONTINUE PROCESSING IF DESIRED
```

**U.S. Department of Justice**

**Federal Bureau of Prisons**

**Federal Correctional Institution**

Office of the Warden

FCI Englewood, CO 80123

September 21, 2020

| | |
|---|---|
| **MEMORANDUM FOR** | **ALL CONCERNED** |
| **FROM:** | D. Humphries, Correctional Officer-Counselor |
| **SUBJECT:** | Luton, Leonard Reg. Num. 45133-013 |

During the COVID 19 pandemic operations at FDC Englewood, Inmate Luton, Leonard Reg. Num. 45133-013 has been utilized, at his request, to assist staff in cleaning and sanitizing the unit. This has assisted the institution in maintaining a lower than other institutions positivity rate. Additionally, this has also assisted the institution in maintaining a positivity rate lower than general public number.

Inmate Luton has taken this responsibility, understanding the potential life threatening virus and still assisting in providing a safer environment for other inmates and staff.

```
ENGF8    531.01   *           INMATE HISTORY              *      05-21-2021
PAGE 001 OF 001   *              PT OTHER                 *      08:09:38

REG NO..: 45133-013   NAME......: LUTON, LEONARD
CATEGORY: PTO        FUNCTION: DIS        FORMAT:

FCL   ASSIGNMENT   DESCRIPTION                              START DATE/TIME   STOP DATE/TIME
ENG   TALK DOC C   TALKING WITH YOUR DOCTOR COMP            05-13-2021 0830   05-20-2021 1000
```