APPEAL,TERMED

# U.S. District Court − District of Colorado
## District of Colorado (Denver)
## CRIMINAL DOCKET FOR CASE #: 1:19−cr−00098−CMA−1

Case title: USA v. Luton et al

Magistrate judge case number: 1:19−mj−00025−NRN *SEALED*

Date Filed: 03/06/2019

Date Terminated: 08/10/2021

Assigned to: Judge Christine M. Arguello

### Defendant (1)

**Leonard Luton**  represented by  **Kelly D. Christl**
*TERMINATED: 08/10/2021*     Federal Public Defender's Office−Denver
also known as     633 17th Street
Leonard L. Luton     Suite 1000
*TERMINATED: 08/10/2021*     Denver, CO 80202
     303−294−7002
     Fax: 303−294−1192
     Email: kelly_christl@fd.org
     *TERMINATED: 09/18/2019*
     Designation: Public Defender or Community Defender Appointment

**Laura Hayes Suelau**
Office of the Federal Public Defender−Denver
633 Seventeenth Street
Suite 1000
Denver, CO 80202
303−294−7002
Fax: 303−294−1192
Email: laura_suelau@fd.org
*TERMINATED: 09/18/2019*
Designation: Public Defender or Community Defender Appointment

**Mark Edward Scabavea**
Mark Edward Scabavea, Attorney at Law
301 Sheridan Boulevard
Lakewood, CO 80226
707−592−5571
Email: markscabavea@icloud.com
*ATTORNEY TO BE NOTICED*
Designation: Retained

### Pending Counts                                    Disposition

18 U.S.C. §§ 1341 and 2 Aiding
and Abetting Mail Fraud                               Dismissed
(1−5)

18 U.S.C. § 1349 Conspiracy to        Defendant committed to the custody of the Federal
Commit Mail Fraud                     Bureau of Prisons to be imprisoned for a total term
(1s)                                  of ONE HUNDRED (108) MONTHS. Supervised
                                      Release of THREE (3) YEARS. Special Assessment
                                      of $100.00. Total Restitution of $884.947.41.

| | |
|---|---|
| 18 U.S.C. §§ 1341 and 2 Aiding and Abetting Mail Fraud (2s) | Defendant committed to the custody of the Federal Bureau of Prisons to be imprisoned for a total term of ONE HUNDRED AND EIGHT (108) MONTHS, concurrent to Counts 1s, 3s, and 5s−10s. Supervised Release of THREE (3) YEARS concurrent to Counts 1s, 3s, and 5s−10s. Special Assessment of $100.00. Total Restitution of $884,947.41. |
| 18 U.S.C. §§ 1341 and 2 Aiding and Abetting Mail Fraud (3s) | Defendant committed to the custody of the Federal Bureau of Prisons to be imprisoned for a total term of ONE HUNDRED AND EIGHT (108) MONTHS, concurrent to Counts 1s, 2s, and 5s−10s. Supervised Release of THREE (3) YEARS concurrent to Counts 1s, 2s, and 5s−10s. Special Assessment of $100.00. Total Restitution of $884,947.41 |
| 18 U.S.C. §§ 1341 and 2 Aiding and Abetting Mail Fraud (4s) | Not Guilty |
| 18 U.S.C. §§ 1341 and 2 Aiding and Abetting Mail Fraud (5s−10s) | Defendant committed to the custody of the Federal Bureau of Prisons to be imprisoned for a total term of ONE HUNDRED AND EIGHT (108) MONTHS, concurrent to Counts 1s and 2s. Supervised Release of THREE (3) YEARS concurrent to Counts 1s and 2s. Total Special Assessment of $600.00 ($100 per count). Total Restitution of $884,947.41. |

**Highest Offense Level (Opening)**

Felony

| **Terminated Counts** | **Disposition** |
|---|---|
| None | |

**Highest Offense Level (Terminated)**

None

| **Complaints** | **Disposition** |
|---|---|
| 18 U.S.C. 1349, Attempt and Conspiracy to Commit Mail Fraud (18 U.S.C. 1341) | |

---

**Material Witness**

| | | |
|---|---|---|
| **Carlene Hosang** | represented by | **Mark Cameron Johnson** Mark C. Johnson, Attorney at Law 4450 Arapahoe Avenue #100 Boulder, CO 80303 303−448−8836 Fax: 303−415−2500 Email: mark.johnson68@gmail.com *ATTORNEY TO BE NOTICED* |

---

**Plaintiff**

| | | |
|---|---|---|
| **USA** | represented by | **Martha Ann Paluch** U.S. Attorney's Office−Denver |

1801 California Street  
Suite 1600  
Denver, CO 80202  
303−454−0100  
Fax: 303−454−0402  
Email: Martha.paluch@usdoj.gov  
*LEAD ATTORNEY*  
*ATTORNEY TO BE NOTICED*  
*Designation: Federal Agency Attorney*

**Elizabeth Jane Young**  
U.S. Attorney's Office−Denver  
1801 California Street  
Suite 1600  
Denver, CO 80202  
303−454−0100  
Email: elizabeth.young2@usdoj.gov  
*ATTORNEY TO BE NOTICED*  
*Designation: Federal Agency Attorney*

**Sarah Hunter Weiss**  
U.S. Attorney's Office−Denver  
1801 California Street  
Suite 1600  
Denver, CO 80202  
303−454−0100  
Email: sarah.weiss@usdoj.gov  
*ATTORNEY TO BE NOTICED*  
*Designation: Federal Agency Attorney*

| Date Filed | # | Docket Text |
|---|---|---|
| 01/31/2019 | 1 | CRIMINAL COMPLAINT as to Leonard l. Luton (1). (Attachments: # 1 Affidavit, # 2 Criminal Information Sheet) (jgonz, ) (Additional attachment(s) added on 2/11/2019: # 3 Redacted Affidavit) (nmarb, ). [1:19−mj−00025−NRN *SEALED*] (Entered: 02/01/2019) |
| 01/31/2019 | 2 | Arrest Warrant Issued in case as to Leonard l. Luton. (jgonz, ) [1:19−mj−00025−NRN *SEALED*] (Entered: 02/01/2019) |
| 01/31/2019 | 3 | MOTION for Leave to Restrict by USA as to Leonard l. Luton. (jgonz, ) [1:19−mj−00025−NRN *SEALED*] (Entered: 02/01/2019) |
| 01/31/2019 | 4 | ORDER granting 3 Motion for Leave to Restrict Case until further order of the court as to Leonard l. Luton (1) by Magistrate Judge N. Reid Neureiter on 1/31/2019. (jgonz, ) [1:19−mj−00025−NRN *SEALED*] (Entered: 02/01/2019) |
| 02/01/2019 | 5 | MOTION for Writ of Habeas Corpus ad Prosequendum by USA as to Leonard l. Luton. (Attachments: # 1 Proposed Order (PDF Only), # 2 Proposed Document)(Paluch, Martha) [1:19−mj−00025−NRN *SEALED*] (Entered: 02/01/2019) |
| 02/01/2019 | 6 | ORDER granting 5 Motion for Writ of Habeas Corpus ad Prosequendum as to Leonard l. Luton (1) by Magistrate Judge N. Reid Neureiter on 2/4/2019. (tsher, ) [1:19−mj−00025−NRN *SEALED*] (Entered: 02/04/2019) |
| 02/04/2019 | 7 | Writ of Habeas Corpus ad Prosequendum Issued as to Leonard l. Luton returnable forthwith (tsher, ) [1:19−mj−00025−NRN *SEALED*] (Entered: 02/04/2019) |
| 02/06/2019 | 8 | Arrest of Leonard L. Luton. Initial Appearance set for 2/6/2019 02:00 PM in Courtroom C204 before Magistrate Judge S. Kato Crews. (Text Only entry)(jgonz, ) [1:19−mj−00025−NRN *SEALED*] (Entered: 02/06/2019) |
| 02/06/2019 | 9 | COURTROOM MINUTES for proceedings held before Magistrate Judge S. Kato Crews: Initial Appearance as to Leonard L. Luton held on 2/6/2019. Defendant present in custody. Defendant advised. Court appoints counsel. Detention Hearing set for 2/11/2019 10:00 AM in Courtroom C204 before Magistrate Judge S. Kato Crews. |

| | | |
|---|---|---|
| | | Preliminary Examination set for 2/20/2019 10:00 AM in Courtroom A 502 before Magistrate Judge Nina Y. Wang. Defendant remanded. (Total time: 9 minutes, Hearing time: 2:33−2:42 p.m.)<br><br>**APPEARANCES**: Martha Paluch on behalf of the Government, Matthew Belcher on behalf of the defendant, Pat Hanley on behalf of pretrial. FTR: Courtroom C−204. (amont, ) Text Only Entry [1:19−mj−00025−NRN *SEALED*] (Entered: 02/06/2019) |
| 02/06/2019 | 10 | ORDER APPOINTING COUNSEL as to Leonard L. Luton by Magistrate Judge S. Kato Crews on 2/6/19. Text Only Entry (amont, ) [1:19−mj−00025−NRN *SEALED*] (Entered: 02/06/2019) |
| 02/06/2019 | 11 | CJA 23 Financial Affidavit by Leonard L. Luton. (amont, ) [1:19−mj−00025−NRN *SEALED*] (Entered: 02/06/2019) |
| 02/07/2019 | 12 | NOTICE OF ATTORNEY APPEARANCE: Laura Hayes Suelau appearing for Leonard L. LutonAttorney Laura Hayes Suelau added to party Leonard L. Luton(pty:dft) (Suelau, Laura) [1:19−mj−00025−NRN *SEALED*] (Entered: 02/07/2019) |
| 02/07/2019 | 13 | MOTION to Modify *Restriction and Substitute Redacted Affidavit* by USA as to Leonard L. Luton. (Attachments: # 1 Redacted Affidavit, # 2 Proposed Order (PDF Only))(Paluch, Martha) [1:19−mj−00025−NRN *SEALED*] (Entered: 02/07/2019) |
| 02/08/2019 | 14 | ORDER by Magistrate Judge N. Reid Neureiter on 2/8/19 GRANTING 13 Motion to Modify as to Leonard L. Luton (1). Clerk's Office is to substitute the redacted affidavit for the original affidavit filed on 1/31/19, and that the redacted affidavit and all other pleadings in this case be restricted at Level 1 restriction to allow access only to the Court, counsel for the defendant and for the government. The original affidavit is to remain restricted at a Level 3 restriction for the reasons stated in the government's motion. (nmarb, ) [1:19−mj−00025−NRN *SEALED*] (Entered: 02/11/2019) |
| 02/11/2019 | 15 | COURTROOM MINUTES for proceedings held before Magistrate Judge S. Kato Crews: Detention Hearing as to Leonard L. Luton held on 2/11/2019. Defendant present in custody. Defendant's oral motion to continue the Detention Hearing is GRANTED. Detention Hearing continued until 2/13/2019 at 10:00 AM in Courtroom C204 before Magistrate Judge S. Kato Crews. Defendant remanded. (Total time: 5 minutes, Hearing time: 10:29−10:34 a.m.)<br><br>**APPEARANCES**: Martha Paluch on behalf of the Government, David Johnson on behalf of the defendant, Joesph Mellberg on behalf of pretrial. FTR: Courtroom C−204. (amont, ) Text Only Entry [1:19−mj−00025−NRN *SEALED*] (Entered: 02/11/2019) |
| 02/13/2019 | 16 | COURTROOM MINUTES for proceedings held before Magistrate Judge S. Kato Crews: Detention Hearing as to Leonard L. Luton held on 2/13/2019. Defendant present in custody. Defendant is not contesting detention. Defendant ORDERED detained. Defendant remanded. (Total time: 2 minutes, Hearing time: 10:07−10:09 a.m.)<br><br>**APPEARANCES**: Martha Paluch on behalf of the Government, Laura Suelau on behalf of the defendant, Angela Ledesma on behalf of pretrial. FTR: Courtroom C−204. (amont, ) Text Only Entry [1:19−mj−00025−NRN *SEALED*] (Entered: 02/13/2019) |
| 02/13/2019 | 17 | ORDER OF DETENTION as to Leonard L. Luton by Magistrate Judge S. Kato Crews on 2/13/19. (amont, ) [1:19−mj−00025−NRN *SEALED*] (Entered: 02/13/2019) |
| 02/20/2019 | 18 | COURTROOM MINUTES for Preliminary Hearing as to Leonard L. Luton and Stacy Byfield held on 2/20/2019 before Magistrate Judge Nina Y. Wang. Defendants present in custody. Parties proceed to Preliminary Hearing. Government calls Agent Hoyland. Defense counsel cross−examines Agent Hoyland. Parties provide argument. The court finds that Probable Cause exists. A Status Conference is set for 3/7/2019 02:00 PM in Courtroom A 501 before Magistrate Judge Michael E. Hegarty. Defendants remanded. (Total time: 47 minutes for each defendant, Hearing time: 10:32−12:06)<br><br>**APPEARANCES**: Martha Paluch on behalf of the Government, Laura Suelau on |

| | | |
|---|---|---|
| | | behalf of Mr. Luton, Jane Fisher−Byrialsen for Ms. Byfield, Angela Ledesma on behalf of Pretrial. FTR: Courtroom A−502. (bwilk, ) Text Only Entry [1:19−mj−00025−NRN *SEALED*] (Entered: 02/20/2019) |
| 03/06/2019 | 20 | INDICTMENT as to Leonard Luton (1) count(s) 1−5. (Attachments: # 1 Penalty Sheet) (athom, ) (Entered: 03/07/2019) |
| 03/06/2019 | 21 | RESTRICTED DOCUMENT − Level 4 as to Leonard Luton. (athom, ) (Entered: 03/07/2019) |
| 03/06/2019 | 22 | Utility Setting/Resetting Deadlines/Hearings as to Leonard Luton: Arraignment and Discovery Hearing set for 3/7/2019 02:00 PM in Courtroom A 501 before Magistrate Judge Michael E. Hegarty. Status Conference changed into Arraignment and Discovery Hearing pursuant to 20 Indictment. Text Only Entry (athom, ) (Entered: 03/07/2019) |
| 03/07/2019 | 23 | COURTROOM MINUTES/MINUTE ENTRY for proceedings held before Magistrate Judge Michael E. Hegarty: Arraignment and Discovery Hearing as to Leonard Luton held on 3/7/2019. Plea of NOT GUILTY entered by defendant. Oral motion by the USA to unseal the case was GRANTED. Defendant present in custody, Discovery memorandum executed, Defendant remaded, Counsel is directed to chambers, (Total time: 2 mins, Hearing time: 2:25−2:27 p.m.)<br><br>**APPEARANCES**: Martha Paluch on behalf of the Government, Laura Suelau on behalf of the defendant, Angela Ledesma on behalf of pretrial. FTR: Courtroom A501. (mdave, ) Text Only Entry (Entered: 03/07/2019) |
| 03/07/2019 | 24 | Discovery Conference Memorandum and ORDER: Estimated Trial Time − 6 days days as to Leonard Luton by Magistrate Judge Michael E. Hegarty on 03/07/2019. (mdave, ) (Entered: 03/08/2019) |
| 03/08/2019 | 25 | ORDER as to Leonard Luton: Pretrial motions due by 3/25/2019. Responses due by 4/8/2019. If counsel believe an evidentiary hearing on motions is necessary, they shall confer and e−mail Chambers at arguello_chambers@cod.uscourts.gov no later than 4/10/2019 to set such a hearing. Final Trial Preparation Conference/Change of Plea Hearing set for 4/24/2019, at 3:00 PM in Courtroom A602 before Judge Christine M. Arguello. Five−day Jury Trial set to begin 5/6/2019, at 8:30 AM, with Jury Selection scheduled for the morning of trial. FURTHER ORDERED, the Court will not consider any motion related to the disclosure or production of discovery that is addressed by the Discovery Order and/or Fed.R.Crim.P.16, unless Counsel for the moving party, prior to filing the motion, has conferred or made reasonable, good−faith efforts to confer with opposing counsel in an effort to attempt to resolve the disputed matter, e.g., questions or disputes relating to the scope and/or timing of disclosure of such discovery. If the parties are able to resolve the dispute, the Motion shall be entitled Unopposed Motion for _____, and the parties shall submit the proposed order the parties wish the Court to enter. If the parties are unable to resolve the dispute, the moving party shall state in the Motion the specific efforts that were taken to comply with this Order to Confer. FURTHER ORDERED, parties are expected to comply with this Court's "Criminal Practice Standards" (see www.cod.uscourts.gov, under tab "Court Operations/Rules & Procedures/Judicial Practice Standards"). SO ORDERED by Judge Christine M. Arguello on 3/8/2019. Text Only Entry (cmasec) (Entered: 03/08/2019) |
| 03/14/2019 | 26 | MOTION for Order *to Reopen Detention Hearing* by Leonard Luton. (Attachments: # 1 Exhibit 1)(Suelau, Laura) (Entered: 03/14/2019) |
| 03/18/2019 | 27 | MEMORANDUM regarding 26 MOTION for Order *to Reopen Detention Hearing* filed by Leonard Luton. Motion referred to Magistrate Judge S. Kato Crews by Judge Christine M. Arguello on 3/18/2019. Text Only Entry (cmasec) (Entered: 03/18/2019) |
| 03/18/2019 | 28 | ORDER granting 26 Motion to Reopen Detention Hearing as to Leonard Luton (1). Detention Hearing set for 3/21/2019 at 02:00 PM in Courtroom C204 before Magistrate Judge S. Kato Crews. SO ORDERED by Magistrate Judge S. Kato Crews on 3/18/19. Text Only Entry (amont, ) (Entered: 03/18/2019) |
| 03/20/2019 | 29 | MEMORANDUM in Support by USA as to Leonard Luton *(GOVERNMENTS MEMORANDUM IN SUPPORT OF DETENTION)* (Paluch, Martha) (Entered: |

| | | |
|---|---|---|
| | | 03/20/2019) |
| 03/21/2019 | 30 | COURTROOM MINUTES for proceedings held before Magistrate Judge S. Kato Crews: Detention Hearing as to Leonard Luton held on 3/21/2019. Defendant present in custody. This hearing is before the Court pursuant to defendant's motion to re−open detention 26 . Argument and proffer regarding detention. RECESS. Findings by the Court. Defendant ORDERED detained. Defendant remanded. (Total time: 48 minutes, Hearing time: 2:05−2:42 and 2:58−3:09 p.m.)<br><br>**APPEARANCES**: Martha Paluch on behalf of the Government, Laura Suelau on behalf of the defendant, Justine Kozak on behalf of pretrial. FTR: Courtroom C−204. (amont, ) Text Only Entry (Entered: 03/21/2019) |
| 03/21/2019 | 31 | ORDER OF DETENTION PENDING TRIAL as to Leonard Luton by Magistrate Judge S. Kato Crews on 3/21/19. (amont, ) (Entered: 03/21/2019) |
| 03/22/2019 | 32 | Unopposed MOTION to Exclude *90 Days from the Speedy Trial Act and Reset Trial Dates and Deadlines* by Leonard Luton. (Suelau, Laura) (Entered: 03/22/2019) |
| 03/26/2019 | 33 | ORDER that Defendant's Unopposed Motion to Exclude 90 Days from the Speedy Trial Act and Reset Trial Dates and Deadlines (Doc. # 32 ) is,**GRANTED** and the Court hereby grants an ends of justice continuance in this case of 90 days, which shall be excluded from the speedy trial clock, which currently stands at May 25, 2019. That pretrial motions are due by July 1, 2019. Responses due by July 15, 2019. That the Final Trial Preparation Conference/Change of Plea Hearing set for April 25, 2019, **VACATED** and **RESET** to August 6, 2019, at 11:00 AM. It is FURTHER ORDERED that five−day jury trial set to begin on May 6, 2019, is **VACATED** and **RESET** to August 19, 2019, at 8:30 AM. by Judge Christine M. Arguello on 3/26/2019. (evana, ) (Entered: 03/26/2019) |
| 04/07/2019 | 34 | TRANSCRIPT of Detention Hearing as to Leonard Luton held on March 21, 2019 before Magistrate Judge Crews. Pages: 1−33.<br><br>**NOTICE − REDACTION OF TRANSCRIPTS: Within seven calendar days of this filing, each party shall inform the Court, by filing a Notice of Intent to Redact, of the party's intent to redact personal identifiers from the electronic transcript of the court proceeding. If a Notice of Intent to Redact is not filed within the allotted time, this transcript will be made electronically available after 90 days. Please see the Notice of Electronic Availability of Transcripts document at www.cod.uscourts.gov.**<br><br>Transcript may only be viewed at the court public terminal or purchased through the Court Reporter/Transcriber prior to the 90 day deadline for electronic posting on PACER. (Patterson Transcription Company, ) (Entered: 04/07/2019) |
| 04/20/2019 | 35 | TRANSCRIPT of Preliminary Hearing as to Leonard Luton held on February 20, 2019 before Magistrate Judge Wang. Pages: 1−64.<br><br>**NOTICE − REDACTION OF TRANSCRIPTS: Within seven calendar days of this filing, each party shall inform the Court, by filing a Notice of Intent to Redact, of the party's intent to redact personal identifiers from the electronic transcript of the court proceeding. If a Notice of Intent to Redact is not filed within the allotted time, this transcript will be made electronically available after 90 days. Please see the Notice of Electronic Availability of Transcripts document at www.cod.uscourts.gov.**<br><br>Transcript may only be viewed at the court public terminal or purchased through the Court Reporter/Transcriber prior to the 90 day deadline for electronic posting on PACER. (Patterson Transcription Company, ) (Entered: 04/20/2019) |
| 04/26/2019 | 36 | MOTION for Order *to Revoke Detention Order* by Leonard Luton. (Attachments: # 1 Attachment 1)(Suelau, Laura) (Entered: 04/26/2019) |
| 04/29/2019 | 37 | ORDER as to Leonard Luton re 36 MOTION for Revocation of Detention Order. Pursuant to email correspondence between counsel and Chambers staff, a Motion Hearing is set for 5/21/2019 at 3:30 PM in Courtroom A 602 before Judge Christine M. Arguello. SO ORDERED by Judge Christine M. Arguello on 4/29/2019. Text Only |

| | | |
|---|---|---|
| | | Entry (cmalc2) (Entered: 04/29/2019) |
| 04/29/2019 | 38 | Utility Confirming Setting Hearing as to Leonard Luton: Pursuant to the 37 Minute Order, Motion Hearing set for 5/21/2019 03:30 PM in Courtroom A 602 before Judge Christine M. Arguello. Text Only Entry (evana, ) (Entered: 04/30/2019) |
| 05/21/2019 | 39 | MINUTE ENTRY for proceedings held before Judge Christine M. Arguello: Motion Hearing as to Leonard Luton held on 5/21/2019. ORDERED: TAKING UNDER ADVISEMENT 36 Defendant's Motion for Order to Revoke Detention Order. Defendant present in custody; Defendant remanded. (Total time: 42 Minutes, Hearing time: 3:30 p.m. −− 4:12 p.m.)<br><br>**APPEARANCES**: Martha Paluch on behalf of the Government; Laura Suelau on behalf of the Defendant; Joe Mellberg on behalf of Probation. Court Reporter: Darlene Martinez. (swest) Text Only Entry (Entered: 05/21/2019) |
| 05/28/2019 | 40 | ORDER that defendant's 36 Motion for Revocation of Detention Order is DENIED, by Judge Christine M. Arguello on 5/28/2019. (evana, ) (Entered: 05/28/2019) |
| 06/13/2019 | 41 | NOTICE OF ATTORNEY APPEARANCE: Kelly D. Christl appearing for Leonard LutonAttorney Kelly D. Christl added to party Leonard Luton(pty:dft) (Christl, Kelly) (Entered: 06/13/2019) |
| 06/13/2019 | 42 | Joint MOTION for Extension of Time to File *Pretrial Motions and Responses* by USA as to Leonard Luton. (Paluch, Martha) (Entered: 06/13/2019) |
| 06/17/2019 | 43 | NOTICE OF ATTORNEY APPEARANCE Sarah Hunter Weiss appearing for USA. Attorney Sarah Hunter Weiss added to party USA(pty:pla) (Weiss, Sarah) (Entered: 06/17/2019) |
| 06/18/2019 | 44 | ORDER granting 42 Parties' Joint Motion to Extend the Motions Deadline. Pretrial motions shall be due on 7/15/2019. Responses to pretrial motions shall be due on 7/26/2019. SO ORDERED by Judge Christine M. Arguello on 6/18/2019. Text Only Entry (cmalc3) (Entered: 06/18/2019) |
| 07/10/2019 | 45 | SUPERSEDING INDICTMENT as to Leonard Luton (1) count(s) 1s, 2s−10s, Rajay Dobson (2) count(s) 1, 2−10. (Attachments: # 1 Criminal Information Sheet Leonard Luton, # 2 Criminal Information Sheet Rajay Dobson) (evana, ) (Entered: 07/10/2019) |
| 07/10/2019 | 46 | RESTRICTED DOCUMENT − Level 4: as to Leonard Luton, Rajay Dobson. (evana, ) (Entered: 07/10/2019) |
| 07/10/2019 | 47 | Utility Setting Hearings as to Leonard Luton: Pursuant to the filing of the Superseding Indictment Arraignment/Detention set for 7/11/2019 02:00 PM in Courtroom C205 before Magistrate Judge N. Reid Neureiter. Text Only Entry (evana, ) (Entered: 07/10/2019) |
| 07/11/2019 | 48 | COURTROOM MINUTES for proceedings held before Magistrate Judge N. Reid Neureiter: Arraignment on Superseding Indictment as to Leonard Luton held on 7/11/2019. Defendant present in custody. Plea of NOT GUILTY entered by defendant. Defendant remanded. (Total time: 1 minute, Hearing time: 2:59 − 3:00 p.m.)<br><br>**APPEARANCES**: Martha Paluch on behalf of the Government, Jacob Rasch−Chabot on behalf of the defendant. FTR: Courtroom C205. (slibi, ) Text Only Entry (Entered: 07/11/2019) |
| 07/15/2019 | 49 | Unopposed MOTION to Exclude *30 Days from Speedy Trial Act and Set Status Conference* by Leonard Luton. (Suelau, Laura) (Entered: 07/15/2019) |
| 07/18/2019 | 50 | ORDER that Defendant Luton's Unopposed Motion to Exclude Time from the Speedy Trial Act, Reset Trial Dates and Deadlines, and Set Status Conference (Doc. # 49 ) is GRANTED, and the Court hereby grants an ends of justice continuance in this case for Defendant Luton of 90 days, which shall be excluded from the speedy trial clock, which currently stands at September 18, 2019 as a result of the Superseding Indictment pursuant to 18 U.S.C. § 3161(d)(1). That a Status Conference is SET for **September 26, 2019, at 4:00 PM**. That motions are due by September 30, 2019. Responses are due by October 14, 2019.That the Final Trial Preparation Conference/Change of Plea Hearing set for August 6, 2019, at 11:00 AM, is VACATED and **RESET to October** |

| | | |
|---|---|---|
| | | **24, 2019, at 3:00 PM**. That the five−day jury trial set to begin on August 19, 2019, is VACATED and **RESET to November 4, 2019, at 8:30 AM.**, by Judge Christine M. Arguello on 7/18/2019. (evana, ) (Entered: 07/18/2019) |
| 07/23/2019 | 51 | MOTION to Disclose Grand Jury Material to Defendant by USA as to Leonard Luton, Rajay Dobson. (Attachments: # 1 Proposed Order (PDF Only))(Paluch, Martha) (Entered: 07/23/2019) |
| 07/24/2019 | 52 | ORDER granting 51 Motion to Disclose Grand Jury Material as to Leonard Luton, Rajay Dobson. By Judge Christine M. Arguello on 07/24/2019. (athom, ) (Entered: 07/24/2019) |
| 08/09/2019 | 53 | FPD MOTION for Issuance of Subpoena in Forma Pauperis by Leonard Luton. (Attachments: # 1 Order, # 2 Attachment)(Suelau, Laura) (Entered: 08/09/2019) |
| 08/12/2019 | 54 | RESTRICTED DOCUMENT − Level 3: by Leonard Luton. (Attachments: # 1 Subpoena)(evana, ) (Entered: 08/12/2019) |
| 08/12/2019 | 55 | ORDER granting 53 FPD Motion for Issuance of Subpoena in Forma Pauperis as to Leonard Luton (1) by Judge Christine M. Arguello on 8/12/2019. Text Only Entry (evana, ) (Entered: 08/12/2019) |
| 08/15/2019 | 56 | FPD MOTION for Issuance of Subpoena in Forma Pauperis by Leonard Luton. (Attachments: # 1 Order, # 2 Attachment)(Christl, Kelly) (Entered: 08/15/2019) |
| 08/16/2019 | 57 | RESTRICTED DOCUMENT − Level 3: by Leonard Luton. (Attachments: # 1 Subpoena)(evana, ) (Main Document 57 replaced on 8/16/2019 with correct PDF) (evana, ). (Entered: 08/16/2019) |
| 08/16/2019 | 58 | ORDER granting 56 FPD Motion for Issuance of Subpoena in Forma Pauperis as to Leonard Luton (1) by Judge Christine M. Arguello on 8/16/2019. Text Only Entry (evana, ) (Entered: 08/16/2019) |
| 08/19/2019 | 59 | FPD MOTION for Issuance of Subpoena in Forma Pauperis by Leonard Luton. (Attachments: # 1 Order, # 2 Attachment 1, # 3 Attachment 2, # 4 Attachment 3, # 5 Attachment 4, # 6 Attachment 5, # 7 Attachment 6, # 8 Attachment 7, # 9 Attachment 8, # 10 Attachment 9, # 11 Attachment 10, # 12 Attachment 11, # 13 Attachment 12, # 14 Attachment 13, # 15 Attachment 14)(Suelau, Laura) (Entered: 08/19/2019) |
| 08/20/2019 | 60 | FPD MOTION for Issuance of Subpoena in Forma Pauperis by Leonard Luton. (Attachments: # 1 Order, # 2 Attachment)(Christl, Kelly) (Entered: 08/20/2019) |
| 08/20/2019 | 61 | ORDER Denying 59 FPD Motion for Issuance of Subpoena in Forma Pauperis as to Leonard Luton (1); denying 60 FPD Motion for Issuance of Subpoena in Forma Pauperis as to Leonard Luton (1), by Judge Christine M. Arguello on 8/20/2019. (evana, ) (Entered: 08/20/2019) |
| 09/13/2019 | 62 | NOTICE OF ATTORNEY APPEARANCE: Mark Edward Scabavea appearing for Leonard LutonAttorney Mark Edward Scabavea added to party Leonard Luton(pty:dft) (Scabavea, Mark) (Entered: 09/13/2019) |
| 09/16/2019 | 63 | MOTION to Withdraw as Attorney *and Request For Termination of Electronic Service* by Laura Suelau and Kelly Christl by Leonard Luton. (Suelau, Laura) (Entered: 09/16/2019) |
| 09/18/2019 | 64 | ORDER granting 63 Motion to Withdraw as Counsel and Request for Termination of Electronic Service. Laura Suelau and Kelly Christl are withdrawn as appointed counsel of record in this matter. The Clerk of the Court is DIRECTED to delete Ms. Suelau and Ms. Christl's email address from future ECF filings and electronic notifications in this case. The Court notes that Mark Scabavea has entered his appearance on behalf of Mr. Luton in this matter. SO ORDERED by Judge Christine M. Arguello on 9/18/2019. Text Only Entry (cmalc3) (Entered: 09/18/2019) |
| 09/23/2019 | 65 | Unopposed MOTION to Vacate *MOTION TO VACATE NOVEMBER 4, 2019 TRIAL DATE and ALL TRIAL−RELATED DEADLINES*, Unopposed MOTION to Exclude *30 DAYS FROM THE SPEEDY TRIAL CLOCK* by Leonard Luton. (Scabavea, Mark) (Entered: 09/23/2019) |

| Date | # | Description |
|---|---|---|
| 09/23/2019 | 66 | ORDER as to Leonard Luton. Because Defendant Luton is no longer represented by counsel requested the upcoming Status Conference, it is ORDERED that the Status Conference set for 9/26/2019, at 4:00 PM is VACATED. by Judge Christine M. Arguello on 9/23/2019. Text Only Entry (cmalc3) (Entered: 09/23/2019) |
| 09/24/2019 | 67 | ORDER that Defendant Luton's Unopposed Motion to Vacate November 4, 2019 Trial Date, All Trial−Related Deadlines, and Exclude 30 Days from the Speedy Trial Clock (Doc. # 65 ) is GRANTED, and the Court hereby grants an ends of justice continuance in this case for Defendant Luton of 30 days, which shall be excluded from the speedy trial clock, which currently stands at December 17, 2019 as a result of the Courts previous Order, dated July 18, 2019 (Doc. # 50 ). That a Status Conference is SET for October 24, 2019, at 3:00 PM. That the Final Trial Preparation Conference/Change of Plea Hearing set for October 24, 2019, at 3:00 PM, and the five−day Jury Trial set for November 4, 2019, are VACATED. That all trial−related deadlines, including the pretrial motion and response deadlines, are VACATED, by Judge Christine M. Arguello on 9/24/2019. (evana, ) (Entered: 09/24/2019) |
| 10/22/2019 | 68 | ORDER as to Leonard Luton. Due to a scheduling conflict, it is ORDERED that the Status Conference set for 10/24/2019, at 3:00 PM, is VACATED. It is FURTHER ORDERED that on or before 10/25/2019, the parties are to submit a joint written status report to the Court in lieu of the status conference. SO ORDERED by Judge Christine M. Arguello on 10/22/2019. Text Only Entry (cmalc3) (Entered: 10/22/2019) |
| 10/24/2019 | 69 | STATUS REPORT *AND REQUEST FOR A 30−DAY ENDS OF JUSTICE CONTINUANCE* by USA as to Leonard Luton (Paluch, Martha) Modified on 10/24/2019 to edit text and to correct event type. (sphil, ). (Modified on 10/30/2019 This Motion does not pertain to this defendant Number 2)(evana, ). (Entered: 10/24/2019) |
| 10/24/2019 | 70 | MOTION FOR A 30−DAY ENDS OF JUSTICE CONTINUANCE and STATUS REPORT by USA as to Leonard Luton (Paluch, Martha) (Modified on 10/30/2019 edited to reflect that this is a Motion)(evana, ). (Entered: 10/24/2019) |
| 10/30/2019 | 71 | ORDER Granting 70 Defendant Luton's Unopposed Request for a 30−day Ends of Justice Continuance, and the Court hereby grants an ends of justice continuance in this case for Defendant Luton of 30 days, which shall be excluded from the speedy trial clock, which currently stands at January 16, 2020 That pretrial motions are due on or before January 8, 2020, and responses are due on or before January 22, 2020. That the Final Trial Preparation Conference/Change of Plea Hearing is SET for January 30, 2020, at 3:00 PM. That an eight−day Jury Trial is SET to commence on February 10, 2020, at 8:00 AM, with only the first day of trial commencing at 8:30 AM, by Judge Christine M. Arguello on 10/30/2019. (evana, ) (Entered: 10/30/2019) |
| 11/01/2019 | 72 | Unopposed MOTION for Order *THAT ALL SERVED TRIAL SUBPOENAS REMAIN IN EFFECT FOR THE FEBRUARY 10, 2020 TRIAL DATE* by USA as to Leonard Luton. (Attachments: # 1 Proposed Order (PDF Only))(Paluch, Martha) (Entered: 11/01/2019) |
| 11/04/2019 | 73 | ORDER This matter is before the Court on the United States' Unopposed Motion for Order that All Served Trial Subpoenas Remain in Effect for the February 10, 2020 Trial Date (Doc. # 72 ). Upon review of the Motion and pertinent record, it is ORDERED that United States' Unopposed Motion for Order that All Served Trial Subpoenas Remain in Effect for the February 10, 2020 Trial Date (Doc. # 72 ) is GRANTED. It is FURTHER ORDERED that any subpoenas that were served, by waiver or otherwise, on witnesses for the purpose of compelling those witnesses to attend or testify at the jury trial in Case No. 19−cr−00098− CMA−01, whether by the Government or Defendant Luton, shall be CONTINUED and remain valid, enforceable, and in effect for compelling those witnesses to attend or testify at the eight−day jury trial scheduled to commence on February 10, 2020, at 8:30 AM in Courtroom A 602, located at the Alfred A. Arraj Courthouse, 901 19th Street, Denver, Colorado, 80294. by Judge Christine M. Arguello on 11/4/2019. (evana, ) (Entered: 11/04/2019) |
| 01/08/2020 | 74 | Unopposed MOTION for Order *Regarding the Government's Proposed Expert Testimony Pursuant to Fed. R. Evid. 702* by USA as to Leonard Luton. (Attachments: # 1 Attachment 1, # 2 Attachment 2, # 3 Attachment 3, # 4 Proposed Order (PDF Only))(Paluch, Martha) (Entered: 01/08/2020) |

| | | |
|---|---|---|
| 01/08/2020 | 75 | Government's Proffer *(James Proffer Log) Under Fed. R. Evid. 801(d)(2)(E)* by USA as to Leonard Luton (Paluch, Martha) (Entered: 01/08/2020) |
| 01/08/2020 | 76 | MEMORANDUM in Support by USA as to Leonard Luton re 75 Govt's Proffer *(James Proffer)* (Paluch, Martha) (Entered: 01/08/2020) |
| 01/09/2020 | 77 | Unopposed MOTION in Limine by USA as to Leonard Luton. (Attachments: # 1 Proposed Order (PDF Only))(Weiss, Sarah) (Entered: 01/09/2020) |
| 01/16/2020 | 78 | ORDER Granting 77 The Government's Unopposed Motion *in Limine*, by Judge Christine M. Arguello on 1/16/2020. (evana, ) (Entered: 01/16/2020) |
| 01/16/2020 | 79 | ORDER Granting 74 The Government's Unopposed Motion for Pretrial Ruling Regarding the Government's Proposed Expert Testimony Pursuant to Fed. R. Evid. 702, by Judge Christine M. Arguello on 1/16/2020. (evana, ) (Entered: 01/16/2020) |
| 01/21/2020 | 80 | Unopposed MOTION for Extension of Time to File Response/Reply as to 79 Order on Motion for Order, 71 Order on Motion to Continue,, by Leonard Luton. (Scabavea, Mark) (Entered: 01/21/2020) |
| 01/21/2020 | 81 | ORDER granting 80 Unopposed Motion to Extend Deadline to File Responses to Government's *James* Log Statements. Having reviewed the Motion, and for good cause shown, it is ORDERED that, on or before 1/24/2020, at 5:00 PM, Defendant Luton shall file his Responses to the Government's *James* Log Statements. SO ORDERED by Judge Christine M. Arguello on 1/21/2020. Text Only Entry (cmalc3) (Entered: 01/21/2020) |
| 01/23/2020 | 82 | STIPULATION *TO ADMISSIBILITY OF FED. R. EVID. 1006 SUMMARY CHARTS* by USA as to Leonard Luton (Paluch, Martha) (Entered: 01/23/2020) |
| 01/23/2020 | 83 | MOTION for Order *FOR RULING ON THE ADMISSIBILITY OF TRANSCRIPTS OF RECORDED CALLS AND VOICEMAIL MESSAGES* by USA as to Leonard Luton. (Paluch, Martha) (Entered: 01/23/2020) |
| 01/23/2020 | 84 | STIPULATION *AS TO RECORDING EQUIPMENT* by USA as to Leonard Luton (Paluch, Martha) (Entered: 01/23/2020) |
| 01/24/2020 | 85 | RESPONSE to Motion by Leonard Luton re 77 Unopposed MOTION in Limine (Scabavea, Mark) (Entered: 01/24/2020) |
| 01/24/2020 | 86 | ORDER as to Leonard Luton regarding Doc. ## 75, 76, and 85. Upon review of 85 Defendant's Responses to the Government's *James* Proffer and *James* Log Statements, the Court finds that a *James* Hearing is necessary to resolve Defendant's objections to certain statements proffered by the Government. As such, on or before 1/28/2020, counsel is DIRECTED to contact Chambers at Arguello_Chambers@cod.uscourts.gov to set this matter for a hearing during the week of 2/3/2020 to 2/7/2020. Counsel for both parties shall confer and agree upon a few dates and provide such mutually acceptable dates to the Court when contacting Chambers. The Court will set aside two hours for this hearing. Additionally, on or before 1/29/2020, the Government shall file a revised version of its Proffer and Proffer Log, including copies of the documents containing the statements for which the Government seeks admission and which were produced in discovery. SO ORDERED by Judge Christine M. Arguello on 1/24/2020. Text Only Entry (cmalc3) (Entered: 01/24/2020) |
| 01/27/2020 | 87 | ORDER Setting *James* Hearing as to Leonard Luton. Hearing regarding *James* issues will be held on 2/4/2020, at 10:00 AM, in Courtroom A602 of the Arraj Courthouse, 901 19th Street, Denver, Colorado. The remaining deadlines set forth in this Court's 1/24/2020 Order (Doc. # 86) shall remain in effect. SO ORDERED by Judge Christine M. Arguello on 1/27/2020. Text Only Entry (cmalc3) (Entered: 01/27/2020) |
| 01/27/2020 | 88 | ORDER as to Leonard Luton. Pursuant to the Court's Criminal Practice Standard 17.1(b)(3), Defendant Luton was required to e−mail his Exhibit List to Chambers with a copy to opposing counsel one week before the Final Trial Preparation Conference. Defendant Luton failed to comply with this practice standard. Accordingly, on or before 1/29/2020, at 12:00 PM, Defendant Luton shall e−mail his Exhibit List to Chambers and copy Government counsel on the e−mail. SO ORDERED by Judge Christine M. Arguello on 1/27/2020. Text Only Entry (cmalc3) (Entered: 01/27/2020) |

| | | |
|---|---|---|
| 01/27/2020 | 89 | Government's Proffer *(FINAL James Proffer Log)* by USA as to Leonard Luton (Attachments: # 1 Attachment 1)(Paluch, Martha) (Entered: 01/27/2020) |
| 01/27/2020 | 90 | TRIAL BRIEF by USA as to Leonard Luton (Paluch, Martha) (Entered: 01/27/2020) |
| 01/28/2020 | 91 | SUPPLEMENT to 76 Memorandum in Support by USA as to Leonard Luton (Attachments: # 1 Attachment 1, # 2 Attachment 2)(Paluch, Martha) (Entered: 01/28/2020) |
| 01/30/2020 | 92 | MINUTE ENTRY for proceedings held before Judge Christine M. Arguello: Final Trial Preparation Conference as to Leonard Luton held on 1/30/2020. **ORDERED:** GRANTING 83 Government's Motion for a Pre−Trial Ruling on the Admissibility of Transcripts of Recorded Calls and Voicemail Messages, as stated on the record. **TRIAL:** The Court affirms the 5−day jury trial scheduled to begin 2/10/2020 at 8:30 a.m. Parties allowed 15 minutes per side for voir dire. Case shall be tried to a jury of 13. Jurors will be allowed to take notes. Parties waive the reporting of Jury Instructions. Parties agree to the sequestration of witnesses with the exception of the expert witnesses. **DEADLINES:** Defendant's witness list due 2/3/2020 by 12:00 p.m. Counsel to inform the Court of their position on the implicit bias video on 2/3/2020 by 12:00 p.m. (Total time: 35 Minutes, Hearing time: 3:00 p.m. −− 3:35 p.m.)<br><br>**APPEARANCES**: Martha Paluch and Sarah Weiss on behalf of the Government; Mark Scabavea on behalf of the Defendant. Court Reporter: Darlene Martinez. (swest) Text Only Entry (Entered: 01/30/2020) |
| 01/30/2020 | 93 | ORDER as to Leonard Luton. This matter is before the Court *sua sponte*. At the Final Trial Preparation Conference on 1/30/2020, the Court learned that Defendant Luton intends to call Carlene Hosang as a witness to testify at trial. The Government represented that it intends to admit evidence that may incriminate Ms. Hosang and about which it would cross−examine her. Accordingly, the Court hereby finds that CJA Counsel shall be immediately appointed to represent Ms. Hosang with respect to her Fifth Amendment rights. As soon as CJA Counsel is appointed, such counsel shall promptly contact Chambers at Arguello_Chambers@cod.uscourts.gov to request contact information for Ms. Hosang. It is FURTHER ORDERED that the Parties' counsel shall contact Chambers to schedule this matter for a hearing to determine the admissibility of Ms. Hosang's testimony on or before 2/3/2020, at 5:00 PM. SO ORDERED by Judge Christine M. Arguello on 1/30/2020. Text Only Entry (cmalc3) (Entered: 01/30/2020) |
| 01/31/2020 | 94 | NOTICE OF ATTORNEY APPEARANCE: Mark Cameron Johnson appearing for Material Witness Carlene HosangAttorney Mark Cameron Johnson added to party Carlene Hosang(pty:mw) (Johnson, Mark) (Entered: 01/31/2020) |
| 02/04/2020 | 95 | ORDER as to Leonard Luton. Pursuant to this Court's 1/30/2020 Order (Doc. # 93) and communications between Chambers and parties' counsel, it is ORDERED that an In−Court Hearing regarding the admissibility of Ms. Carlene Hosang's testimony is SET for 2/5/2020, at 10:00 AM, in Courtroom A 602 before Judge Christine M. Arguello. SO ORDERED by Judge Christine M. Arguello on 2/4/2020. Text Only Entry (cmalc3) (Entered: 02/04/2020) |
| 02/04/2020 | 96 | MINUTE ENTRY for proceedings held before Judge Christine M. Arguello: James Hearing as to Leonard Luton held on 2/4/2020. WITNESS SWORN AND TESTIFIED: Amy Howard. EXHIBITS RECEIVED: 1−19. Court ruled as reflected on the record. ORDERED: Counsel for the parties shall retain custody of their respective exhibits until such time as all need for the exhibits has terminated and the time to appeal has expired or all appellate proceedings have been terminated plus sixty days. Defendant present in custody; Defendant remanded. (Total time: 1 Hours, 56 Minutes, Hearing time: 10:00 a.m. −− 11:39 a.m.; 11:54 a.m. −− 12:11 p.m.)<br><br>**APPEARANCES**: Martha Paluch and Sarah Weiss on behalf of the Government; Mark Scabavea on behalf of the Defendant. ALSO PRESENT; Agent Amy Howard, FBI. Court Reporter: Darlene Martinez. (swest) Text Only Entry (Entered: 02/04/2020) |
| 02/05/2020 | 97 | MINUTE ENTRY for proceedings held before Judge Christine M. Arguello: In Court Hearing held 2/5/2020 regarding the advisement of Ms. Hosang's Fifth Amendment Rights. Defendant present in custody; Defendant remanded. (Total time: 16 Minutes, |

| | | |
|---|---|---|
| | | Hearing time: 10:00 a.m. –– 10:16 a.m.) **APPEARANCES**: Martha Paluch and Sarah Weiss on behalf of the Government; Mark Scabavea on behalf of the Defendant. ALSO PRESENT: Mark Johnson, counsel for material witness Carlene Hosang. Court Reporter: Darlene Martinez. (swest) Text Only Entry (Entered: 02/05/2020) |
| 02/10/2020 | 98 | MINUTE ENTRY for proceedings held before Judge Christine M. Arguello: Jury Trial Day One held on 2/10/2020 as to Leonard Luton. Jury of thirteen (13) impaneled and sworn. Opening statements. WITNESS SWORN AND TESTIFIED: Sandra Olson. EXHIBITS RECEIVED: 1–2, 10–19. Jury excused for the day. Defendant present in custody; Defendant remanded. Trial continued to 2/11/2020. (Total time: 4 Hours, 54 Minutes, Hearing time: 8:30 a.m. –– 10:03 a.m.; 10:18 a.m. –– 11:42 a.m.; 1:00 p.m. –– 1:34 p.m.; 1:46 p.m. –– 3:09 p.m.) **APPEARANCES**: Martha Paluch and Sarah Weiss on behalf of the Government; Mark Scabavea on behalf of the Defendant. ALSO PRESENT: Special Agent Amy Howard, FBI. Court Reporter: Darlene Martinez. (swest) Text Only Entry (Entered: 02/10/2020) |
| 02/11/2020 | 99 | MINUTE ENTRY for proceedings held before Judge Christine M. Arguello: Jury Trial Day Two as to Leonard Luton held on 2/11/2020. ORDERED: Juror #100377886 excused. WITNESSES SWORN AND TESTIFIED: Sandra Olson (continued); Michael McEndaffer; Caleb Robertson; Amy Howard; Kevin Hoyland; Andrew Measell. EXHIBITS RECEIVED: 20, 22, 24, 25, 26–119, 126, 126c, 127, 120–124, 125. Jury excused for the day. Defendant present in custody; Defendant remanded. Trial continued to 2/12/2020. (Total time: 5 Hours, 33 Minutes, Hearing time: 8:40 a.m. –– 10:04 a.m.; 10:20 a.m. –– 11:57 a.m.; 12:31 p.m. –– 3:02 p.m.) **APPEARANCES**: Martha Paluch and Sarah Weiss on behalf of the Government; Mark Scabavea on behalf of the Defendant. ALSO PRESENT: Special Agent Amy Howard, FBI. Court Reporter: Darlene Martinez. (swest) Text Only Entry (Entered: 02/11/2020) |
| 02/11/2020 | 100 | NOTICE by USA as to Leonard Luton, Rajay Dobson (Weiss, Sarah) (Entered: 02/11/2020) |
| 02/12/2020 | 101 | MINUTE ENTRY for proceedings held before Judge Christine M. Arguello: Jury Trial Day Three as to Leonard Luton held on 2/12/2020. Charging conference. WITNESSES SWORN AND TESTIFIED: Matt Morgan; Doug Shadel, Leonard Luton. EXHIBITS RECEIVED: 128–130, 138–141, 145–147, 21, 21A 21AA, 511. Jury excused for the day. Defendant present in custody; Defendant remanded. Trial continued to 2/13/2020. (Total time: 4 Hours, 18 Minutes, Hearing time: 7:30 a.m. –– 7:47 a.m.; 8:02 a.m. –– 9:21 a.m.; 9:35 a.m. –– 10:54 a.m.; 11:10 a.m. –– 12:12 p.m.; 12:45 p.m. –– 1:03 p.m.; 1:06 p.m. –– 1:09 p.m.) **APPEARANCES**: Martha Paluch and Sarah Weiss on behalf of the Government; Mark Scabavea on behalf of the Defendant. Court Reporter: Darlene Martinez. (swest) Text Only Entry (Entered: 02/12/2020) |
| 02/13/2020 | 102 | MINUTE ENTRY for proceedings held before Judge Christine M. Arguello: Jury Trial Day Four as to Leonard Luton held on 2/13/2020. WITNESS SWORN AND TESTIFIED: Andre Luton. Defense rests. REBUTTAL WITNESS SWORN AND TESTIFIED: Amy Howard. Jury instructed. Closing arguments. Deliberations began at 11:11 a.m. JURY VERDICT. Jury excused with the thanks of the Court. HEARING: Sentencing set for **5/12/2020 at 3:00 p.m.** in Courtroom A 602, before Judge Christine M. Arguello. The US Probation Office shall prepare a Presentence Report. In accordance with Federal Rules of Criminal Procedure 32(F)(1), counsel shall file their sentencing positions and all motions at least 14 days before the sentencing date; responses or objections no later than 7 days before the sentencing date; or advise the Court that they do not intend to file any papers. Failure to file position papers by that date may result in a continuance of the sentencing date. **ORDERED:** Lunch will be provided to the jury during their deliberations. **FURTHER ORDERED:** counsel for the parties shall retain custody of their respective exhibits and depositions until such time as all need for the exhibits and depositions has terminated and the time to appeal has expired or all appellate proceedings have been terminated plus sixty days. |

| | | |
|---|---|---|
| | | Defendant present in custody; Defendant remanded. Trial concluded.(Total time: 3 Hours, 11 Minutes, Hearing time: 8:24 a.m. −− 9:21 a.m.; 9:35 a.m. −− 11:13 a.m.; 2:30 p.m. −− 3:06 p.m.)<br><br>**APPEARANCES**: Martha Paluch and Sarah Weiss on behalf of the Government; Mark Scabavea on behalf of the Defendant. ALSO PRESENT: Special Agent Amy Howard, FBI. Court Reporter: Darlene Martinez. (swest) Text Only Entry (Entered: 02/13/2020) |
| 02/13/2020 | 103 | Jury Instructions as to Leonard Luton. (swest) (Entered: 02/13/2020) |
| 02/13/2020 | 104 | Jury Note as to Leonard Luton. (swest) (Entered: 02/13/2020) |
| 02/13/2020 | 105 | JURY VERDICT as to Leonard Luton. (swest) (Entered: 02/13/2020) |
| 02/13/2020 | 106 | Jury Verdict Un−Redacted − Level 4 − Viewable by Court Only. (swest) (Entered: 02/13/2020) |
| 03/09/2020 | 107 | Partial TRANSCRIPT of Jury Trial Day 3 − Testimony of Dr. D. Shadel and L. Luton as to Leonard Luton held on 02/12/20 before Judge Arguello. Pages: 1−168. <br><**br**> **NOTICE − REDACTION OF TRANSCRIPTS: Within seven calendar days of this filing, each party shall inform the Court, by filing a Notice of Intent to Redact, of the party's intent to redact personal identifiers from the electronic transcript of the court proceeding. If a Notice of Intent to Redact is not filed within the allotted time, this transcript will be made electronically available after 90 days. Please see the Notice of Electronic Availability of Transcripts document at www.cod.uscourts.gov.<br>**<br> Transcript may only be viewed at the court public terminal or purchased through the Court Reporter/Transcriber prior to the 90 day deadline for electronic posting on PACER. (dmart, ) (Entered: 03/09/2020) |
| 03/16/2020 | 108 | SENTENCING STATEMENT by USA as to Leonard Luton (Attachments: # 1 Attachment 1, # 2 Attachment 2)(Paluch, Martha) (Entered: 03/16/2020) |
| 04/07/2020 | 109 | RESTRICTED PRESENTENCE REPORT first disclosure for attorney review as to Leonard Luton (Attachments: # 1 Exhibit A, # 2 Exhibit B)(aarag, ) (Entered: 04/07/2020) |
| 04/10/2020 | 110 | Partial TRANSCRIPT of Jury Trial Day 1 − Testimony of S. Olson as to Leonard Luton held on 02/10/20 before Judge Arguello. Pages: 1−37. <br>**<br> NOTICE − REDACTION OF TRANSCRIPTS: Within seven calendar days of this filing, each party shall inform the Court, by filing a Notice of Intent to Redact, of the party's intent to redact personal identifiers from the electronic transcript of the court proceeding. If a Notice of Intent to Redact is not filed within the allotted time, this transcript will be made electronically available after 90 days. Please see the Notice of Electronic Availability of Transcripts document at www.cod.uscourts.gov.<br>**<br> Transcript may only be viewed at the court public terminal or purchased through the Court Reporter/Transcriber prior to the 90 day deadline for electronic posting on PACER. (dmart, ) (Entered: 04/10/2020) |
| 04/10/2020 | 111 | Partial TRANSCRIPT of Jury Trial Day 2 − Testimony of S. Olson as to Leonard Luton held on 02/11/20 before Judge Arguello. Pages: 38−50. <br>**<br> NOTICE − REDACTION OF TRANSCRIPTS: Within seven calendar days of this filing, each party shall inform the Court, by filing a Notice of Intent to Redact, of the party's intent to redact personal identifiers from the electronic transcript of the court proceeding. If a Notice of Intent to Redact is not filed within the allotted time, this transcript will be made electronically available after 90 days. Please see the Notice of Electronic Availability of Transcripts document at www.cod.uscourts.gov.<br>**<br> Transcript may only be viewed at the court public terminal or purchased through the Court Reporter/Transcriber prior to the 90 day deadline for electronic posting on PACER. (dmart, ) (Entered: 04/10/2020) |
| 04/14/2020 | 112 | Unopposed MOTION to Continue *SENTENCING HEARING* by Leonard Luton. (Scabavea, Mark) (Entered: 04/14/2020) |
| 04/14/2020 | 113 | Unopposed MOTION for Extension of Time to File *OBJECTIONS TO PSR* by Leonard Luton. (Scabavea, Mark) (Entered: 04/14/2020) |

| | | |
|---|---|---|
| 04/14/2020 | 114 | ORDER granting 113 Defendant Leonard Luton's Unopposed Motion to Extend Time to File Objections to PSR. Having reviewed the Motion, and for good cause shown, it is ORDERED that the Motion is GRANTED and Defendant Luton shall file his objections to the Presentence Investigation Report on or before 5/5/2020. SO ORDERED by Judge Christine M. Arguello on 4/14/2020. Text Only Entry (cmalc3) (Entered: 04/14/2020) |
| 04/15/2020 | 115 | ORDER granting 112 Defendant Leonard Luton's Unopposed Motion to Continue Sentencing Hearing. Having reviewed the Motion, and for good cause shown, it is ORDERED that Mr. Luton's Sentencing Hearing set for 5/12/2020, is VACATED and RESET for a two−hour Sentencing Hearing to commence on 6/17/2020, at 10:00 AM, in Courtroom A 602 before Judge Christine M. Arguello. Counsel shall file their sentencing positions and all motions at least 14 days before the sentencing date and responses or objections no later than 7 days before the sentencing date or advise the Court that they do not intend to file any papers. Failure to file position papers by that date may result in a continuance of the sentencing date. SO ORDERED by Judge Christine M. Arguello on 4/15/2020. Text Only Entry (cmalc3) (Entered: 04/15/2020) |
| 04/16/2020 | 116 | RESPONSE by USA as to Leonard Luton re: 109 Restricted Presentence Report − Attorney Disclosure (Paluch, Martha) (Entered: 04/16/2020) |
| 05/01/2020 | 117 | Unopposed MOTION for Extension of Time to File *OBJECTIONS TO PSR* by Leonard Luton. (Scabavea, Mark) (Entered: 05/01/2020) |
| 05/01/2020 | 118 | ORDER granting 117 Unopposed Motion to Extend Time to File Objections to PSR. Having reviewed the Motion, and for good cause shown, it is ORDERED that the Motion is GRANTED and Defendant Luton shall file his objections to the Presentence Investigation Report on or before 5/15/2020. SO ORDERED by Judge Christine M. Arguello on 5/1/2020. Text Only Entry (cmalc3) (Entered: 05/01/2020) |
| 05/08/2020 | 119 | ORDER as to Leonard Luton: On or before May 12, 2020, the parties are DIRECTED to submit a joint filing indicating whether the Sentencing Hearing ("the Hearing") cannot be further delayed without serious harm to the interests of justice. If the Hearing can be delayed, the joint filing may simply state the same. In that case, the Court will vacate the Hearing, and the parties shall contact Chambers, at arguello_chambers@cod.uscourts.gov, on or before May 13, 2020, in order to reset an in−person hearing. However, if the Hearing cannot be delayed, the joint filing shall detail the reasons why that is the case so that the Court may consider whether to conduct the Hearing, at the currently scheduled time, by video teleconference, or by telephone conference if video teleconferencing is not reasonably available. SO ORDERED by Judge Christine M. Arguello on 5/8/2020. Text Only Entry (cmasec) (Entered: 05/08/2020) |
| 05/12/2020 | 120 | Joint MOTION to Continue Sentencing Hearing, All Sentencing related filing deadlines, and deadlines for filing Objections to the presentence Investigation Report by USA as to Leonard Luton. (Paluch, Martha) (Entered: 05/12/2020) |
| 05/13/2020 | 121 | ORDER Granting 120 Joint Motion to Continue Sentencing as to Leonard Luton (1). Pursuant to email correspondence between counsel and Chambers staff, the Sentencing Hearing set for 6/17/2020 is VACATED and RESET to 8/18/2020, at 3:00 PM in Courtroom A602 before Judge Christine M. Arguello. All deadlines relating to this Hearing shall be adjusted accordingly. The Court has set aside two−hours for this Hearing. SO ORDERED by Judge Christine M. Arguello on 5/13/2020. Text Only Entry (cmasec) (Entered: 05/13/2020) |
| 05/20/2020 | 122 | Unopposed MOTION for Extension of Time to File *OBJECTIONS TO PSR* by Leonard Luton. (Scabavea, Mark) (Entered: 05/20/2020) |
| 05/21/2020 | 123 | ORDER Granting 122 Defendant's Motion for Extension of Time. Defendant shall have up to and including 5/27/2020 within which to file his objection to the PSR. SO ORDERED by Judge Christine M. Arguello on 5/21/2020. Text Only Entry (cmasec) (Entered: 05/21/2020) |
| 05/27/2020 | 124 | OBJECTION/RESPONSE to Presentence Report 109 by Leonard Luton (Scabavea, Mark) (Entered: 05/27/2020) |
| 06/02/2020 | 125 | RESPONSE by USA as to Leonard Luton re: 124 Objection/Response to Presentence Report filed by Leonard Luton (Paluch, Martha) (Entered: 06/02/2020) |

| | | |
|---|---|---|
| 06/04/2020 | 126 | NOTICE OF ATTORNEY APPEARANCE Elizabeth Jane Young appearing for USA. Attorney Elizabeth Jane Young added to party USA(pty:pla) (Young, Elizabeth) (Entered: 06/04/2020) |
| 06/04/2020 | 127 | MOTION for Forfeiture of Property *for Preliminary Order of Forfeiture for a Personal Money Judgment* by USA as to Leonard Luton. (Attachments: # 1 Proposed Order (PDF Only))(Young, Elizabeth) (Entered: 06/04/2020) |
| 06/08/2020 | 128 | ORDER Granting 127 Motion for Preliminary Order of Forfeiture for a Personal Money Judgment Against Defendant Leonard Luton (1), by Judge Christine M. Arguello on 6/8/2020. (evana, ) (Entered: 06/08/2020) |
| 07/07/2020 | 129 | ORDER as to Leonard Luton re Sentencing Hearing set for 8/18/2020: In an effort to slow the spread of COVID−19, to promote public health and safety, and to minimize the risk of exposure to the virus for all parties, the Court will hold as many hearings by video conference or teleconference as practicable during the month of July. The Court may hold the instant hearing by video conference or teleconference only with the express consent of Defendant. *See* United States v. Torres−Palma, 290 F.3d 1244, 1248 (10th Cir. 2002); United States v. Zander, 705 F. App'x 707, 709 (10th Cir. 2017) (unpublished). Accordingly, Defense Counsel is to consult with Defendant and file, on or before 7/22/2020, a notice in CM/ECF advising the Court as to whether Defendant voluntarily waives his right to be physically present at the instant hearing and consents to appear instead by video conference or teleconference. If Defendant wishes to waive his right to appear in person, Counsel are directed to contact my Courtroom Deputy via email (Socorro_West@cod.uscourts.gov) on or before 8/12/2020 for instructions on how to proceed with the VTC. If Defendant does not wish to waive his right to appear in person but does not want to reset the hearing date, the parties are DIRECTED to submit a joint filing detailing the reasons why the hearing cannot be further delayed without serious harm to the interests of justice so that the Court may consider whether or not to reset the hearing. SO ORDERED by Judge Christine M. Arguello on 7/7/2020. Text Only Entry (cmasec) (Entered: 07/07/2020) |
| 07/22/2020 | 130 | NOTICE *of NON−WAIVER* by Leonard Luton (Scabavea, Mark) (Entered: 07/22/2020) |
| 07/27/2020 | 131 | ORDER as to Leonard Luton re 33 Notice. Defendant does not wish to waive his right to appear in person at his Sentencing Hearing. Pursuant to email correspondence between counsel and Chambers staff, the Sentencing Hearing set for 8/18//2020 is VACATED and RESET to 10/15/2020, at 2:00 PM in Courtroom A 602 before Judge Christine M. Arguello. The Court has set aside two hours for this hearing. SO ORDERED by Judge Christine M. Arguello on 7/27/2020. Text Only Entry (cmasec) (Entered: 07/27/2020) |
| 09/14/2020 | 132 | ORDER as to Leonard Luton: This matter is before the Court sua sponte. Due to the continued COVID−19 concerns, the Court will continue to hold as many hearings by VTC/telephone as practicable. Defendant has informed the Court by 130 Notice that he does not wish to waive his right to appear in person at his Sentencing Hearing. Therefore, the in−person two−hour Sentencing Hearing set for 10/15/2020 is VACATED and RESET to 1/21/2021, at 2:00 PM. If the Defendant wishes to waive his right at any time, the parties may file an appropriate motion request an earlier sentencing date, provided the Court has room on its docket. SO ORDERED by Judge Christine M. Arguello on 9/14/2020. Text Only Entry (cmasec) (Entered: 09/14/2020) |
| 11/04/2020 | 133 | STRICKEN by Doc. # 137 −− Letter from Leonard Luton (evana, ) Modified on 1/6/2021 (cmasec). (Entered: 11/05/2020) |
| 12/16/2020 | 134 | Partial TRANSCRIPT of Jury Trial Day 2 − Testimony of Special Agent A. Howard as to Leonard Luton held on 02/11/2020 before Judge Arguello. Pages: 1−107. <br><br> **NOTICE − REDACTION OF TRANSCRIPTS: Within seven calendar days of this filing, each party shall inform the Court, by filing a Notice of Intent to Redact, of the party's intent to redact personal identifiers from the electronic transcript of the court proceeding. If a Notice of Intent to Redact is not filed within the allotted time, this transcript will be made electronically available after 90 days. Please see the Notice of Electronic Availability of Transcripts document at www.cod.uscourts.gov.**<br><br> Transcript may only be viewed at the court public terminal or purchased through the Court Reporter/Transcriber prior to the 90 day deadline for electronic posting on PACER. (dmart, ) (Entered: 12/16/2020) |

| | | |
|---|---|---|
| 12/29/2020 | 135 | ORDER as to Leonard Luton: This matter is before the Court sua sponte. Due to the continued COVID−19 concerns, the Court will continue to hold as many hearings by VTC/telephone as practicable. The Defendant has informed the Court by 130 Notice that he does not wish to waive his right to appear in person at his Sentencing. Therefore, the Sentencing Hearing set for 1/21/2021 is VACATED and RESET to 5/12/2021 at 3:00 PM. The Court has set aside 2 hours for this hearing. If the Defendant wishes to waive his right at any time, the parties may file an appropriate motion request an earlier hearing date, provided the Court has room on its docket. SO ORDERED by Judge Christine M. Arguello on 12/29/2020. Text Only Entry (cmasec) (Entered: 12/29/2020) |
| 01/05/2021 | 136 | STRICKEN by Doc. # 137 − Letter from Leonard Luton (cmadr, ) Modified on 1/6/2021 (cmasec). (Entered: 01/05/2021) |
| 01/06/2021 | 137 | ORDER as to Leonard Luton: Defendant's 133 and 136 Letters are hereby STRICKEN due to being filed pro se by a party who is currently represented by counsel. SO ORDERED by Judge Christine M. Arguello on 1/6/2021. Text Only Entry (cmasec) (Entered: 01/06/2021) |
| 04/21/2021 | 138 | Unopposed MOTION for Extension of Time to File *DEFENDANTS AND GOVERNMENTS SENTENCING STATEMENTS* by Leonard Luton. (Scabavea, Mark) (Entered: 04/21/2021) |
| 04/26/2021 | 139 | ORDER as to Leonard Luton: This matter is before the Court sua sponte. Due to the continued COVID−19 concerns, the Court will continue to hold as many hearings by VTC/telephone as practicable. Defendant has informed the Court by 130 Notice that he does not wish to waive his right to appear in person at his Sentencing Hearing. Therefore, the two−hour in−person Sentencing Hearing set for 5/12/2021 is VACATED and RESET to 8/5/2021, at 2:00 PM. If the Defendant wishes to waive his right at any time, the parties may file an appropriate motion request an earlier hearing date, provided the Court has room on its docket. FURTHER ORDERED that 138 Defendant's Unopposed Motion for Extension of Time is DENIED as moot. SO ORDERED by Judge Christine M. Arguello on 4/26/2021. Text Only Entry (cmasec) (Entered: 04/26/2021) |
| 05/18/2021 | 140 | RESTRICTED PRESENTENCE REPORT as to Leonard Luton (Attachments: # 1 Exhibit A, # 2 Exhibit B)(aarag, ) (Entered: 05/18/2021) |
| 05/18/2021 | 141 | RESTRICTED ADDENDUM to Presentence Report 140 as to Leonard Luton (Attachments: # 1 Exhibit A)(aarag, ) (Entered: 05/18/2021) |
| 07/22/2021 | 142 | STATEMENT − *GOVERNMENTS POSITION STATEMENT RE: LOSS, RESTITUTION AND FORFEITURE* by Plaintiff USA (Attachments: # 1 Attachment A, # 2 Attachment B, # 3 Attachment C, # 4 Attachment D, # 5 Attachment E, # 6 Attachment F, # 7 Attachment G)(Paluch, Martha) (Entered: 07/22/2021) |
| 07/22/2021 | 143 | SENTENCING STATEMENT *AND MOTION FOR SENTENCE BELOW ADVISORY GUIDELINE RANGE* by Leonard Luton (Scabavea, Mark) (Entered: 07/22/2021) |
| 07/27/2021 | 144 | RESTRICTED SECOND ADDENDUM to Presentence Report 140 as to Leonard Luton (aarag, ) (Entered: 07/27/2021) |
| 07/29/2021 | 145 | RESPONSE by USA as to Leonard Luton re: 143 Sentencing Statement filed by Leonard Luton (Paluch, Martha) (Entered: 07/29/2021) |
| 07/29/2021 | 146 | ORDER as to Leonard Luton: Pursuant to email correspondence between counsel and Chambers staff, the in−person Sentencing Hearing set for 8/5/2021 is VACATED and RESET to 8/4/2021, at 02:00 PM in Courtroom A 602 before Judge Christine M. Arguello.The Court has set aside two hours for this hearing. SO ORDERED by Judge Christine M. Arguello on 7/29/2021. Text Only Entry (cmasec) (Entered: 07/29/2021) |
| 08/03/2021 | 147 | Unopposed MOTION for Leave to File *CHARACTER LETTERS AND ACCOMPLISHMENTS OF DEFENDANT WHILE INCARCERATED AND TO FILE SAID DOCUMENTS UNDER LEVEL 2 RESTRICTION* by Leonard Luton. (Attachments: # 1 Exhibit Character Letter, # 2 Exhibit Character Letter, # 3 Exhibit Confinement Accomplishments)(Scabavea, Mark) (Entered: 08/03/2021) |

| | | |
|---|---|---|
| 08/03/2021 | 148 | ORDER as to Leonard Luton (1): Denying 147 Unopposed Motion for Leave to File Character Letters. Counsel is directed to D.C.COLO.LCrR 32.1(e); character letters are to be filed with the probation office. SO ORDERED by Judge Christine M. Arguello on 8/3/2021. Text Only Entry (cmasec) (Entered: 08/03/2021) |
| 08/03/2021 | 149 | RESTRICTED THIRD ADDENDUM to Presentence Report 140 as to Leonard Luton (Attachments: # 1 Exhibit A)(aarag, ) (Entered: 08/03/2021) |
| 08/04/2021 | 150 | MINUTE ENTRY for proceedings held before Judge Christine M. Arguello: Sentencing held on 8/4/2021 as to Defendant Leonard Luton. WITNESS SWORN AND TESTIFIED: Matthew Morgan. EXHIBITS RECEIVED: 128 (trial exhibit), 1, 2, 3, 4, Attestations to the Victim Impact Statements submitted by the Government. Statements by Sandra Olson and Michael Olson. Defendant sentenced as reflected on the record. Defendant present in custody; Defendant remanded. (Total time: 1 Hours, 40 Minutes, Hearing time: 2:02 p.m. -- 3:42 p.m.)<br><br>**APPEARANCES**: Martha Paluch and Sarah Weiss on behalf of the Government; Mark Scabavea on behalf of the Defendant; Michelle Means on behalf of Probation. ALSO PRESENT: Amy Howard, FBI Special Agent; Matthew Morgan, FBI Forensic Accountant. Court Reporter: Darlene Martinez. (swest) Text Only Entry (Entered: 08/04/2021) |
| 08/10/2021 | 151 | JUDGMENT as to Defendant Leonard Luton (1): Defendant committed to the custody of the Federal Bureau of Prisons to be imprisoned for a total term of ONE HUNDRED AND EIGHT (108) MONTHS as to each count, concurrent. Supervised Release of THREE (3) YEARS as to each count, concurrent. Total Special Assessment of $900.00. Total Restitution of $884,947.41. SO ORDERED by Judge Christine M. Arguello on 8/10/2021. (cmasec) (Entered: 08/10/2021) |
| 08/10/2021 | 152 | STATEMENT OF REASONS as to Leonard Luton. (cmasec) (Entered: 08/10/2021) |
| 08/11/2021 | 153 | NOTICE OF APPEAL as to 151 Judgment, by Leonard Luton. (Scabavea, Mark) (Entered: 08/11/2021) |