# J.D. POWER

9/15/2021

J.D. POWER Used Cars/Trucks

## Vehicle Information



| | |
|---|---|
| **Vehicle:** | 2008 Honda CR-V Utility 4D EX-L 4WD 2.4L I4 |
| **Region:** | Mountain |
| **Period:** | September 15, 2021 |
| **VIN:** | 5J6RE48738L047092 |
| **Mileage:** | 157,500 |
| **Base MSRP:** | $26,700 |

## J.D. POWER Used Cars/Trucks Values

| | Base | Mileage Adj. | Option Adj. | Adjusted Value |
|---|---|---|---|---|
| Clean Loan | $6,025 | N/A | N/A | **$6,025** |

J.D. Power Used CarGuide assumes no responsibility or liability for any errors or omissions or any revisions or additions made by anyone on this report. ©2021 J.D.Power