IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 19-cr-00098-CMA-01

UNITED STATES OF AMERICA,

        Plaintiff,

v.

1.      LEONARD LUTON,

        Defendant.

## PRELIMINARY ORDER OF FORFEITURE
## FOR A SUBSTITUTE ASSET

This matter is before the Court on the United States' Motion for Preliminary Order of Forfeiture for a Substitute Asset pursuant to 21 U.S.C. § 853(p) and Fed. R. Crim. P. 32.2(b)(2)(A) (Doc. # 160). The Court having read said Motion and being fully advised in the premises finds:

- on February 13, 2020, a jury found defendant Leonard Luton guilty of Counts One through Three and Counts Five through Ten of the Superseding Indictment, in violation of 18 U.S.C. §§ 1349, 1341, and 2;

- on June 8, 2020 a Preliminary Order of Forfeiture was entered, which included a forfeiture money judgment against defendant Leonard Luton for an amount that was to be determined later at sentencing, which represents the proceeds obtained by the defendant and by the scheme;

- on August 10, 2021, defendant Leonard Luton was sentenced. Defendant Leonard Luton's sentence included a personal money

judgment in the amount of $484,123.16, and he was ordered to pay restitution to the victim in the amount of $884,947.41;

- one or more of the factors articulated in 21 U.S.C. §853(p) has been established;

- the substitute asset, identified as a 2008 Honda CR-V bearing VIN: 5J6RE48738L0479 02 seized on January 22, 2019, in Estes Park, Colorado, in which defendant Leonard Luton has an interest, is to be forfeited and applied to defendant's forfeiture money judgment totaling $484,123.16; and

- the United States does not seek to forfeit more than the $484,123.16 money judgment.

Therefore, it is ORDERED that:

- The United States' Motion for Preliminary Order of Forfeiture for a Substitute Asset (Doc. # 160) is GRANTED;

- Pursuant to the provisions of 21 U.S.C. §853(p), as incorporated by 28 U.S.C. § 2461, and Fed. R. Crim. P. 32.2(e)(1)(B), defendant Leonard Luton's interest in the substitute asset identified above is hereby forfeited to the United States for disposition according to law; and

- the Court shall retain jurisdiction pursuant to Fed. R. Crim. P. 32.2(e)(1) to enter any further orders necessary for the forfeiture and disposition of the substitute asset and to entertain any third-party claims that may be asserted.

DATED:  October 4, 2021

BY THE COURT:

_____
CHRISTINE M. ARGUELLO
United States District Judge