October 29, 2021

Leonard Luton
Reg. # 45133-013
Giles W. Dalby C.F.
805 North Avenue F
Post, Texas 79356

Clerk of Court:
U.S. District Court
901 19th Street
Denver, CO 80294

Re: United States v Luton, et. al
(Case # 1:19-CR-00098-CMA)

Dear Clerk of Court:

    This correspondence is to notify the Court of my change of address as the Bureau of Prisons have designated the place where I am to serve the sentence imposed by the Court. As such, I am respectfully asking that the Court records be updated to reflect my current address.

    Also, prior to leaving the jurisdiction I submitted a Notice of Appeal, could you kindly provide me with a copy of the docket sheet.

    Thanks kindly for your time and assistance in this matter and the courtesy of a timely reply.

Sincerely,

*[signature]*

**FILED**
UNITED STATES DISTRICT COURT
DENVER, COLORADO

NOV 04 2021

JEFFREY P. COLWELL
CLERK

cc: file

Leonard Luton # 45133-013
Giles W. Dalby Correctional Facility
805 North Avenue F
Post, Texas 79356

Legal Mail

Clerk, U.S. District Court
901 19th Street
Denver, CO 80294

