**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Christine M. Arguello**

Criminal Action No. 19-CR-00098-CMA-2

UNITED STATES OF AMERICA,

    Plaintiff,

v.

2.  RAJAY DOBSON,

    Defendant.

---

**Notice of Disposition**

---

    Defendant Rajay Dobson, through his attorney Richard N. Stuckey, respectfully notifies the Court that he has reached a plea agreement with the government and asks that the Court set this matter for a Change of Plea hearing.

Dated: January 28, 2022.
                                         s/ Richard N. Stuckey
                                         Richard N. Stuckey, Attorney at Law
                                         7761 Shaffer Parkway Suite 105
                                         Littleton, CO  80127
                                         303-847-4958 (no fax)
                                         Email: dick@richardstuckeylaw.com
                                         Attorney for Defendant Rajay Dobson

CERTIFICATE OF SERVICE

      I hereby certify that on January 28, 2022, I electronically filed the foregoing Notice of Disposition with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses of all counsel entered in this case.

      s/Richard N. Stuckey
Richard N. Stuckey, Attorney at Law, PC
7761 Shaffer Parkway Suite 105
Littleton, CO 8020127
Office Phone: 303-847-4958
E-mail dick@richardstuckeylaw.com
Attorney for Defendant Rajay Dobson