**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**
**Judge Christine M. Arguello**

Criminal Action No. 19-cr-00098-CMA-2

UNITED STATES OF AMERICA,

     Plaintiff,

v.

2.  RAJAY DOBSON,

     Defendant.

---

**DEFENDANT RAJAY DOBSON'S RESPONSE TO PRESENTENCE REPORT**

---

Defendant Rajay Dobson, by and through his attorney Richard N. Stuckey, respectfully submits his Response to the Presentence Investigation Report and Sentencing Recommendation (Docket Nos. 188 and 188-1, filed May 25, 2022, hereinafter the PSIR) prepared by the Probation Office.

Mr. Dobson is appreciative of the thoroughness of the PSIR. He has no objections to the advisory sentencing guideline calculations contained in the PSIR. Furthermore, Mr. Dobson has no objection to the factual content of the PSIR.

Mr. Dobson's sole objection/response is to the probation officer's sentencing recommendation to the top of the advisory sentencing guideline range. Mr. Dobson will provide further information concerning this issue in his Motion for Sentencing Variance (Motion for Non-Guideline Sentence) under the provisions of 18 U.S.C. 3553 and at the sentencing hearing.

Last, Defendant Dobson wishes the Court to consider the matters set forth in the soon to be filed motion for a non-guideline sentence.   The matters set forth in that motion regarding Mr. Dobson's difficult background and life in Jamaica, where he managed to avoid gangs and firearms and had no criminal record despite the difficult neighborhood and associations with which he was constantly confronted, where he acted responsibly as a law abiding citizen and husband and father, his determination to continue do all he can to repay the Fort Collins victim, and the fact that he was recruited into this lottery scheme by co-defendant Leonard Luton, all compel a non-guideline sentence.   Additionally, the lengthy period Mr. Dobson has spent in pretrial confinement also compels such a result at sentencing, and Mr. Dobson prays that the Court will consider all these matters and sentence him to a sentence of thirty-six months.

Dated:     June 6, 2022.                          s/Richard N. Stuckey
                                                  Richard N. Stuckey, Attorney
                                                  7761 Shaffer Parkway, Suite 105
                                                  Littleton, Colorado 80127
                                                  Telephone: 303-847-4958
                                                  Email: dick@richardstuckeylaw.com
                                                  Attorney for Defendant Rajay Dobson

<u>CERTIFICATE OF SERVICE</u>

I hereby certify that on June 6, 202, I electronically filed the foregoing Response and Objections to Presentence Report with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses of all counsel entered in this case.

s/Richard N. Stuckey

Richard N. Stuckey, Attorney
7761 Shaffer Parkway, Suite 105
Littleton, Colorado 80127
Telephone: 303-847-4958
Email: dick@richardstuckeylaw.com

Attorney for Defendant Rjay Dobson