IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 19-cr-00098-CMA-1

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1.    LEONARD LUTON,

    Defendant.

_____

**UNITED STATES' MOTION FOR FINAL ORDER OF
FORFEITURE FOR A SUBSTITUTE ASSET**
_____

COMES NOW the United States of America ("United States"), by and through United States Attorney Cole Finegan and Assistant United States Attorney Elizabeth Young, pursuant to 21 U.S.C. § 853(p) and Fed. R. Crim. P. 32.2(e), and respectfully requests that this Court enter a Final Order of Forfeiture for a Substitute Asset, specifically, a 2008 Honda CR-V bearing VIN: 5J6RE48738L047092, which was seized from defendant Leonard Luton on January 22, 2019, in Estes Park, Colorado ("2008 Honda CR-V"). In support, the United States submits the following:

    1.    On July 10, 2019, the grand jury charged defendant Leonard Luton by Superseding Indictment with: Conspiracy to Commit Mail Fraud in Count One, in violation of 18 U.S.C. § 1349, and Aiding and Abetting Mail Fraud in Counts Two through Ten, in violation of 18 U.S.C. §§ 1341 and 2. (Doc. 45 at 1-4).

    2.    The Superseding Indictment also provided the defendant with notice that the United States would seek forfeiture, pursuant to 18 U.S.C. § 1981(a)(1)(C) and 28

1

U.S.C. § 2461(c), of any and all of the defendant's right, title, and interest in all property constituting and derived from any proceeds obtained directly and indirectly as a result of the scheme, including but not limited to, a personal money judgment in the amount of proceeds obtained as a result of the offenses charged in Counts One through Ten. (Doc. 45 at 5-6). The Superseding Indictment also provided the defendant with notice that the United States would seek forfeiture of other property as a substitute asset pursuant to 21 U.S.C. § 853(p). (Doc. 45 at 5-6).

3.  On February 13, 2020, a jury found defendant Leonard Luton guilty of Counts One through Three and Counts Five through Ten, in violation of 18 U.S.C. §§ 1349, 1341, and 2. (Doc. 105).

4.  On August 10, 2021, defendant Leonard Luton was sentenced. His sentence included a personal money judgment in the amount of $484,123.16 and he was ordered to pay restitution to victims in the amount of $884,947.41. (Doc. 151).

5.  On October 4, 2021, the Court entered the Preliminary Order of Forfeiture against defendant Leonard Luton, forfeiting his interest in a substitute asset, the 2008 Honda CR-V. (Doc. 161).

6.  Federal Rule of Criminal Procedure 32.2(b)(6)(A) requires that the government send notice to "any person who reasonably appears to be a potential claimant with standing to contest the forfeiture in the ancillary proceeding." In this case, the only known potentially interested parties are the defendant who received direct notice of the forfeiture of the vehicle through this criminal proceeding and Zavion Miller who was provided direct notice as reflected by the Notice of Preliminary Order of Forfeiture filed on December 29, 2021 (Doc. 180 at 4).

7.     In addition, the United States published notice of the forfeiture via an official government internet website for thirty consecutive days, from June 29, 2022 through July 28, 2022, consistent with Fed. R. Crim. P. 32.2(b)(6)(C). Pursuant to 21 U.S.C. § 853(n)(2), the deadline for any interested party who received notice of the forfeiture through the website to file a claim in this action asserting an interest in the 2008 Honda CR-V was August 29, 2022.

8.     To date no third party has filed a Petition for Ancillary Hearing regarding the 2008 Honda CR-V that the United States seeks to forfeit in this case, and the deadline to do so has elapsed.

Accordingly, the United States respectfully requests that this Court enter the Final Order of Forfeiture for Substitute Asset tendered herewith in accordance with 21 U.S.C. § 853(p) and Fed. R. Crim. P. 32.2(e), forfeiting to the United States the 2008 Honda CR-V, the proceeds from which substitute asset will be applied to defendant Luton's Forfeiture Money Judgment.[1]

DATED this 14th day of September 2022.

Respectfully submitted,

COLE FINEGAN
United States Attorney

By:   s/ Elizabeth Young
Elizabeth Young
Assistant United States Attorney
U.S. Attorney's Office
1801 California Street, Suite 1600
Denver, Colorado 80202
Telephone (303) 454-0100
E-mail: Elizabeth.Young2@usdoj.gov
*Attorney for the United States*

---

[1] The United States will also seek to have the proceeds from the sale of the substitute asset applied to the restitution order and returned to the victims in this case.

## CERTIFICATE OF SERVICE

      I hereby certify that on this 14th day of September, 2022, I electronically filed the foregoing with the Clerk of Court using the ECF system which, will send notice to all counsel of record.

                                            s/ *Jason Haddock*
                                            FSA Paralegal
                                            U.S. Attorney's Office