IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 19-cr-00098-CMA-1

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1.    LEONARD LUTON,

    Defendant.

---

### FINAL ORDER OF FORFEITURE FOR A SUBSTITUTE ASSET

---

This matter is before the Court on the United States' Motion for Final Order of Forfeiture for a Substitute Asset, pursuant to 21 U.S.C. § 853(p) and Fed. R. Crim. P. 32.2(e). The Court having reviewed said Motion and being fully advised in the premises finds:

- on February 13, 2020, a jury found defendant Leonard Luton guilty of Counts One through Three and Counts Five through Ten of the Superseding Indictment, in violation of 18 U.S.C. §§ 1349, 1341, and 2;

- a Preliminary Order of Forfeiture for a Substitute Asset was entered on October 4, 2021, which forfeited defendant Leonard Luton's interest in the 2008 Honda CR-V bearing VIN: 5J6RE48738L047092, seized on January 22, 2019, in Estes Park, Colorado;

- all known interested parties were provided an opportunity to respond and publication has been effected as required by 21 U.S.C. § 853(n)

1

- the time for any third party to file a petition has elapsed;

- no Petition for Ancillary Hearing has been filed;

- and it further appears there is cause to issue a forfeiture order under 21 U.S.C. § 853(p) and Fed. R. Crim. P. 32.2(e).

NOW, THEREFORE, IT IS ORDERED, DECREED, AND ADJUDGED:

- the United States' Motion for Final Order of Forfeiture for a Substitute Asset is GRANTED;

- judgment of forfeiture of the 2008 Honda CR-V seized on January 22, 2019, in Estes Park, Colorado, as a substitute asset shall enter in favor of the United States pursuant to 21 U.S.C. § 853(p) and Fed. R. Crim. P. 32.2(e), free from the claims of any other party; and

- the United States shall have full and legal title to the above listed asset and may dispose of said asset in accordance with law.

SO ORDERED this _____ day of _____, 2022.

BY THE COURT:

_____
CHRISTINE M. ARGUELLO
Senior United States District Judge