**F I L E D**
UNITED STATES DISTRICT COURT
DENVER, COLORADO

JUL 24 2023

JEFFREY P. COLWELL
CLERK

Page 2

AO 243 (Rev. 10/07)

MOTION UNDER 28 U.S.C. § 2255 TO VACATE, SET ASIDE, OR CORRECT

SENTENCE BY A PERSON IN FEDERAL CUSTODY

| United States District Court for the ~~Northern~~ District of ~~Maryland~~ Colorado | |
|---|---|
| Name (under which you were convicted): Leonard Luton | Docket or Case No.: 1:19-CR-00098-CMA-1 |
| Place of Confinement: FCI Berlin | Prisoner No.: 45133-013 |
| UNITED STATES OF AMERICA | Movant (include name under which convicted) |
| v.  LEONARD LUTON | |

**MOTION**

1. (a) Name and location of court which entered the judgment of conviction you are challenging:

   United States District Court for the District of Colorado

   (b) Criminal docket or case number (if you know): 1:19-CR-00098-CMA-1

2. (a) Date of the judgment of conviction (if you know): _____

   (b) Date of sentencing: August 4, 2021

3. Length of sentence: 108 months

4. Nature of crime (all counts): one count of conspiracy to commit mail fraud and nine counts of aiding and and abetting mail fraud, in violation of 18 U.S.C. §§ 1341, 1349, and 2.

5. (a) What was your plea? (Check one)

   (1) Not guilty [X]     (2) Guilty [ ]     (3) Nolo contendere (no contest) [ ]

   (b) If you entered a guilty plea to one count or indictment, and a not guilty plea to another count or
   what did you plead guilty to and what did you plead not guilty to?

   _____

   _____

   _____

6. If you went to trial, what kind of trial did you have? (Check one)     Jury [X]     Judge only [ ]

5/16/2023

Page 3

AO 243 (Rev. 10/07)

7. Did you testify at a pretrial hearing, trial, or post-trial hearing?   Yes [x]   No [ ]

8. Did you appeal from the judgment of conviction?   Yes [x]   No [ ]

9. If you did appeal, answer the following:
    (a) Name of court:  United States Court of Appeals for the Tenth Circuit
    (b) Docket or case number (if you know):  21-1285
    (c) Result:  Affirmed
    (d) Date of result (if you know):  July 15, 2022
    (e) Citation to the case (if you know):  United States of America v. Leaonard Luton,
    (f) Grounds raised:  the district court erred in the increase of two offense levels when it
    determined that a substantial part of the scheme was committed from outside the United States; in
    denying the defendant a two-level decrease in the offense level for his minor role; and the
    district court unreasonably imposed a top-of-the-guidelines sentence because it did not explain
    any reason for doing so.

    (g) Did you file a petition for certiorari in the United States Supreme Court?   Yes [ ]   No [x]
        If "Yes," answer the following:
        (1) Docket or case number (if you know):
        (2) Result:

        (3) Date of result (if you know):
        (4) Citation to the case (if you know):
        (5) Grounds raised:

10. Other than the direct appeals listed above, have you previously filed any other motions, petitions, or applications, concerning this judgment of conviction in any court?
    Yes [ ]   No [ ]

11. If your answer to Question 10 was "Yes," give the following information:
    (a) (1) Name of court:
        (2) Docket or case number (if you know):
        (3) Date of filing (if you know):

5/16/2023

Page 4

AO 243 (Rev. 10/07)

    (4)  Nature of the proceeding: _____

    (5)  Grounds raised: _____

_____

_____

_____

_____

_____

_____

_____

    (6)  Did you receive a hearing where evidence was given on your motion, petition, or application?

        Yes ☐     No ☐

    (7)  Result: _____

    (8)  Date of result (if you know): _____

  (b) If you filed any second motion, petition, or application, give the same information:

    (1)  Name of court: _____

    (2)  Docket of case number (if you know): _____

    (3)  Date of filing (if you know): _____

    (4)  Nature of the proceeding: _____

    (5)  Grounds raised: _____

_____

_____

_____

_____

_____

_____

_____

    (6)  Did you receive a hearing where evidence was given on your motion, petition, or application?

        Yes ☐     No ☐

    (7)  Result: _____

    (8)  Date of result (if you know): _____

  (c) Did you appeal to a federal appellate court having jurisdiction over the action taken on your motion, petition, or application?

    (1)  First petition:    Yes ☐     No ☐

    (2)  Second petition:   Yes ☐     No ☐

5/16/2023

AO 243 (Rev. 10/07)

Page 5

(d) If you did not appeal from the action on any motion, petition, or application, explain briefly why you did not:

_____

_____

_____

12. For this motion, state every ground on which you claim that you are being held in violation of the Constitution, laws, or treaties of the United States. Attach additional pages if you have more than four grounds. State the facts supporting each ground.

**GROUND ONE:** Ineffective Assistance of Counsel: Counsel was ineffective in advising the petitioner that if he didn't go to trial and rebut the government's allegation, he would get 20 years. *See Attachment A, for more a more detail factual background supporting this claim.

(a) Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim.):

*Prior to the petitioner's trial, trial counsel met with the petitioner three times. During the first meeting, the petitioner lied to counsel. However, after viewing the evidence that the government was prepared to introduce at trial, the petitioner asked counsel about pleading guilty. At the third and final meeting, the petitioner and counsel discussed what would happen if he pled guilty to all the charges, and counsel told him that he would be sentenced to 20 years. In none of the meetings did counsel ever discuss with the petitioner the Sentencing Guidelines, what what possible sentence the petitioner was facing, how the possible sentence would be affected if the petitioner pled guilty as opposed to going to trial, or the impact of the Sentencing Guidelines. Counsel did not tell the petitioner that there was a possibility of a deal with the government. Counsel also did not tell the petitioner that he could have pled "straight up" to the indictment. Instead, counsel recommended the petitioner go to trial. Absent this advise, the petitioner would not have gone to trial; he only went because of counsel's advice.

(b) **Direct Appeal of Ground One:**

(1) If you appealed from the judgment of conviction, did you raise this issue?

Yes ☐     No ☒

(2) If you did not raise this issue in your direct appeal, explain why: The proper vehicle for raising a claim of this nature, i.e., ineffective assistance of counsel, is in a 28 U.S.C. § 2255 motion.

_____

(c) **Post-Conviction Proceedings:**

(1) Did you raise this issue in any post-conviction motion, petition, or application?

Yes ☐     No ☐

(2) If you answer to Question (c)(1) is "Yes," state:

Type of motion or petition: _____

Name and location of the court where the motion or petition was filed: _____

_____

5/16/2023

Page 6

AO 243 (Rev. 10/07)

Docket or case number (if you know): _____

Date of the court's decision: _____

Result (attach a copy of the court's opinion or order, if available): _____

_____

(3)   Did you receive a hearing on your motion, petition, or application?

      Yes ☐    No ☐

(4)   Did you appeal from the denial of your motion, petition, or application?

      Yes ☐    No ☐

(5)   If your answer to Question (c)(4) is "Yes," did you raise the issue in the appeal?

      Yes ☐    No ☐

(6)   If your answer to Question (c)(4) is "Yes," state:

Name and location of the court where the appeal was filed: _____

Docket or case number (if you know): _____

Date of the court's decision: _____

Result (attach a copy of the court's opinion or order, if available): _____

_____

(7)   If your answer to Question (c)(4) or Question (c)(5) is "No," explain why you did not appeal or raise this issue: _____

_____

_____

_____

**GROUND TWO:** _____

_____

(a)   Supporting facts (Do not argue or cite law.  Just state the specific facts that support your claim.):

_____

_____

_____

_____

_____

_____

_____

_____

5/16/2023

AO 243 (Rev. 10/07)

(b) **Direct Appeal of Ground Two:**

    (1)  If you appealed from the judgment of conviction, did you raise this issue?

        Yes ☐    No ☐

    (2)  If you did not raise this issue in your direct appeal, explain why: _____

_____

_____

(c) **Post-Conviction Proceedings:**

    (1)  Did you raise this issue in any post-conviction motion, petition, or application?

        Yes ☐    No ☐

    (2)  If you answer to Question (c)(1) is "Yes," state:

    Type of motion or petition: _____

    Name and location of the court where the motion or petition was filed: _____

_____

    Docket or case number (if you know): _____

    Date of the court's decision: _____

    Result (attach a copy of the court's opinion or order, if available): _____

_____

_____

    (3)  Did you receive a hearing on your motion, petition, or application?

        Yes ☐    No ☐

    (4)  Did you appeal from the denial of your motion, petition, or application?

        Yes ☐    No ☐

    (5)  If your answer to Question (c)(4) is "Yes," did you raise the issue in the appeal?

        Yes ☐    No ☐

    (6)  If your answer to Question (c)(4) is "Yes," state:

    Name and location of the court where the appeal was filed: _____

_____

    Docket or case number (if you know): _____

    Date of the court's decision: _____

    Result (attach a copy of the court's opinion or order, if available): _____

_____

_____

AO 243 (Rev. 10/07)

(7)  If your answer to Question (c)(4) or Question (c)(5) is "No," explain why you did not appeal or raise this issue:

_____

_____

_____

_____

_____

_____

**GROUND THREE:** _____

(a)  Supporting facts (Do not argue or cite law.  Just state the specific facts that support your claim.):

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

(b)  **Direct Appeal of Ground Three:**

(1)  If you appealed from the judgment of conviction, did you raise this issue?

Yes ☐        No ☐

(2)  If you did not raise this issue in your direct appeal, explain why:

_____

(c)  **Post-Conviction Proceedings:**

(1)  Did you raise this issue in any post-conviction motion, petition, or application?

Yes ☐        No ☐

(2)  If you answer to Question (c)(1) is "Yes," state:

Type of motion or petition: _____

Name and location of the court where the motion or petition was filed: _____

_____

Docket or case number (if you know): _____

Date of the court's decision: _____

Page 9

AO 243 (Rev. 10/07)

Result (attach a copy of the court's opinion or order, if available): _____

_____

_____

(3)  Did you receive a hearing on your motion, petition, or application?
     Yes ☐     No ☐

(4)  Did you appeal from the denial of your motion, petition, or application?
     Yes ☐     No ☐

(5)  If your answer to Question (c)(4) is "Yes," did you raise the issue in the appeal?
     Yes ☐     No ☐

(6)  If your answer to Question (c)(4) is "Yes," state:

Name and location of the court where the appeal was filed: _____

_____

Docket or case number (if you know): _____

Date of the court's decision: _____

Result (attach a copy of the court's opinion or order, if available): _____

_____

(7)  If your answer to Question (c)(4) or Question (c)(5) is "No," explain why you did not appeal or raise this issue: _____

_____

_____

_____

**GROUND FOUR:** _____

_____

(a)  Supporting facts (Do not argue or cite law.  Just state the specific facts that support your claim.):

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

5/16/2023

AO 243 (Rev. 10/07)

(b) **Direct Appeal of Ground Four:**

    (1)  If you appealed from the judgment of conviction, did you raise this issue?

        Yes ☐    No ☐

    (2)  If you did not raise this issue in your direct appeal, explain why:

_____

_____

(c) **Post-Conviction Proceedings:**

    (1)  Did you raise this issue in any post-conviction motion, petition, or application?

        Yes ☐    No ☐

    (2)  If you answer to Question (c)(1) is "Yes," state:

Type of motion or petition: _____

Name and location of the court where the motion or petition was filed: _____

_____

Docket or case number (if you know): _____

Date of the court's decision: _____

Result (attach a copy of the court's opinion or order, if available): _____

_____

    (3)  Did you receive a hearing on your motion, petition, or application?

        Yes ☐    No ☐

    (4)  Did you appeal from the denial of your motion, petition, or application?

        Yes ☐    No ☐

    (5)  If your answer to Question (c)(4) is "Yes," did you raise the issue in the appeal?

        Yes ☐    No ☐

    (6)  If your answer to Question (c)(4) is "Yes," state:

Name and location of the court where the appeal was filed: _____

_____

Docket or case number (if you know): _____

Date of the court's decision: _____

Result (attach a copy of the court's opinion or order, if available): _____

_____

_____

5/16/2023

AO 243 (Rev. 10/07)

    (7)  If your answer to Question (c)(4) or Question (c)(5) is "No," explain why you did not appeal or raise this issue:

_____

_____

_____

_____

13.   Is there any ground in this motion that you have <u>not</u> previously presented in some federal court? If so, which ground or grounds have not been presented, and state your reasons for not presenting them:

    Ground One. As noted, claims of ineffective assistance of counsel are properly raised in motions pursuant to § 2255.

_____

_____

_____

_____

14.   Do you have any motion, petition, or appeal <u>now pending</u> (filed and not decided yet) in any court for the judgment you are challenging?   Yes ☐   No ☐

    If "Yes," state the name and location of the court, the docket or case number, the type of proceeding, and the issues raised.

_____

_____

_____

_____

15.   Give the name and address, if known, of each attorney who represented you in the following stages of the judgment you are challenging:

    (a) At the preliminary hearing:   Laura Suelau, Esq., 633 17th Street, Suite 1000 Denver, CO 80202

    (b) At the arraignment and plea:   Mark Edward Scabavea, Esq. 301 Sheridan Boulevard Lakewood, CO 80226

    (c) At the trial:   Same as above (b)

    (d) At sentencing:  Same as above (b) and (c).

5/16/2023

AO 243 (Rev. 10/07)

(e) On appeal: Same as above (B), (c), and (d)

_____

(f) In any post-conviction proceeding: _____

_____

(g) On appeal from any ruling against you in a post-conviction proceeding: _____

_____

16. Were you sentenced on more than one court of an indictment, or on more than one indictment, in the same court and at the same time?   Yes ☐   No ☒

17. Do you have any future sentence to serve after you complete the sentence for the judgment that you are challenging?   Yes ☐   No ☒

(a) If so, give name and location of court that imposed the other sentence you will serve in the future:

_____

(b) Give the date the other sentence was imposed: _____

(c) Give the length of the other sentence: _____

(d) Have you filed, or do you plan to file, any motion, petition, or application that challenges the judgment or sentence to be served in the future?   Yes ☐   No ☐

5/16/2023

AO 243 (Rev. 10/07)

Page 13

18.   TIMELINESS OF MOTION: If your judgment of conviction became final over one year ago, you must explain
why the one-year statute of limitations as contained in 28 U.S.C. § 2255 does not bar your motion.*

The Judgment in this matter became final on July 15, 2022, thus this motion is timely.

\* The Antiterrorism and Effective Death Penalty Act of 1996 ("AEDPA") as contained in 28 U.S.C. § 2255,
paragraph 6, provides in part that:
A one-year period of limitation shall apply to a motion under this section.  The limitation period shall run
from the latest of −
    (1)   the date on which the judgment of conviction became final;
    (2)   the date on which the impediment to making a motion created by governmental action in violation of
the Constitution or laws of the United States is removed, if the movant was prevented from making such a
motion by such governmental action;
    (3)   the date on which the right asserted was initially recognized by the Supreme Court, if that right has
been newly recognized by the Supreme Court and made retroactively applicable to cases on collateral
review; or
    (4)   the date on which the facts supporting the claim or claims presented could have been discovered
through the exercise of due diligence.

5/16/2023

AO 243 (Rev. 10/07)                                                                                              Page 14

Therefore, movant asks that the Court grant the following relief: Vacate the sentence, allow the petitioner to
plead guilty by "plea agreement" or "straight up," and resentence the petitioner accordingly.

or any other relief to which movant may be entitled.

_____
Signature of Attorney (if any)

I declare (or certify, verify, or state) under penalty of perjury that the foregoing is true and correct and that this Motion
under 28 U.S.C. § 2255 was placed in the prison mailing system on July 14th 2023
(month, date, year)

Executed (signed) on _____ July 14th 2023 (date).

_____
Signature of Movant

If the person signing is not movant, state relationship to movant and explain why movant is not signing this motion.

5/16/2023

Friday, July 14, 2023


Dear Clerk of Court:

    Enclosed is the petitioner's § 2255 motion. Please accept it for filing.

    Additionally, please note that an attachment is forthcoming. Due to clerical errors, it was excluded from this mailing. I will be sure to put it in the mail on Monday, July 17, 2023.


    Thank you for your time and attention to this matter.


                    Sincerely,

                    Leonard Luton

Lazzard Luton #45133-013
Federal Correctional Institution
FCI Berlin
P.O. Box 9000
Berlin, NH 03570

LEGAL MAIL!

802345XXXXX XXXX

WHITE RIV JCT VT 05

19 JUL 2023   PM 2

United States District Court
District of Colorado
Clerk of the Court
901 19th Street, 2nd Floor
Denver, CO 80294

USA