IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 19-cr-00098-CMA
Civil Case No. 23-cv-01890-CMA

UNITED STATES OF AMERICA,

    Plaintiff-Respondent,

v.

LEONARD LUTON,

    Defendant-Movant.

## ENTRY OF APPEARANCE OF COUNSEL

To:     The clerk of court and all parties of record

I hereby certify that I am a member in good standing of the bar of this court, and I appear in this case as counsel for the United States of America.

DATED at Denver, Colorado this 26th day of July, 2023.

        COLE FINEGAN
        United States Attorney

By:     *s/ Jess D. Mekeel*
        Assistant United States Attorney
        United States Attorney's Office
        1801 California Street, Suite 1600
        Denver, Colorado 80202
        Telephone: 303-454-0100
        Fax: 303-454-0405
        Email: Jess.Mekeel@usdoj.gov

        Counsel for Plaintiff United States of America

2

**CERTIFICATE OF SERVICE**

      I hereby certify that on July 26, 2023, I electronically filed the foregoing document with the Clerk of Court using the CM/ECF system. I also certify that a copy will be placed in the U.S. Mail, postage pre-paid and addressed to the following:

Leonard Luton
Reg. No. 45133-013
FCI Berlin
P.O. Box 9000
Berlin, NH 03570

                                              */s/ Kayla Keiter*
                                              KAYLA KEITER
                                              U.S. Attorney's Office