IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 23-cv-01890-CMA
Criminal Action No. 19-cr-00098-CMA-1

UNITED STATES OF AMERICA,

    Plaintiff,

v.

LEONARD LUTON,

    Defendant.

---

## ORDER
---

    After preliminary consideration of the Defendant's *pro se* § 2255 motion (Doc. #215), it is now

    ORDERED that the United States shall, **within thirty (30) days**, file an answer or other pleading directed to the motion pursuant to Rule 4 of the Rules Governing Section 2255 Proceedings. It is

    FURTHER ORDERED that Defendant may file a reply **within thirty (30) days** of the filing of the answer or other pleading.

    DATED:  July 31, 2023

                            BY THE COURT:

                            _____
                            CHRISTINE M. ARGUELLO,
                            Senior United States District Judge