IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 23-cv-01890-CMA
Criminal Action No. 19-cr-00098-CMA-01

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. LEONARD LUTON,

    Defendant.

## FINAL JUDGMENT

In accordance with the orders filed during the pendency of this case, and pursuant to Fed.R.Civ.P. 58(a), the following Final Judgment is hereby entered.

Pursuant to the Order Denying Motion to Vacate Sentence of Judge Christine M. Arguello entered on October 3, 2023, it is hereby

ORDERED THAT THE 28 U.S.C. § 2255 Motion (Docket No. 215), filed July 24, 2023 is DENIED. It is

FURTHER ORDERED that the corresponding civil action is dismissed. It is

FURTHER ORDERED that no certificate of appealability will issue because Mr. Luton has not made a substantial showing of the denial of a constitutional right.

DATED: October 3, 2023.

                                                  FOR THE COURT:
                                                JEFFREY P. COLWELL, CLERK

                                                s/ Robert R. Keech
                                                Robert R. Keech,
                                                Deputy Clerk