OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT
ALFRED A. ARRAJ COURTHOUSE
901-19TH ST., ROOM A105
DENVER, CO 80294-3589

OFFICIAL BUSINESS

19-cr-98-CMA

F I L E D
UNITED STATES DISTRICT COURT
DENVER, COLORADO

OCT 25 2023

JEFFREY P. COLWELL
CLERK

#219,220

SPECIAL MAIL
OPEN ONLY IN THE
PRESENCE OF THE INMATE

DENVER CO 802

Leonard Luton #45133-013
BERLIN FEDERAL CORRECTIONAL INSTITUTION
Inmate Mail
P.O. BOX 9
BERLIN, N

NIXIE        615    DE 1        0010/19/23

RETURN TO SENDER
REFUSED
UNABLE TO FORWARD

BC:  80294259099        *1569-02518-19-33

