OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT
ALFRED A. ARRAJ COURTHOUSE
901-19TH ST., ROOM A105
DENVER, CO 80294-3589

OFFICIAL BUSINESS

RETURN TO SENDER
UNDELIVERABLE AS ADDRESSED
UNABLE TO FORWARD

Leonard Luton
#45133-013
BERLIN
FEDERAL CORR[ECTIONAL INSTITUTION]
Inmate Mail/P
P.O. BOX 900C
BERLIN, NH 03

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

OCT 27 2023

JEFFREY P. COLWELL
CLERK

19-cr-98-CMA